IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
vs.

Susanne Bush LPN
Kay Wilson RN
Dr. Jean Darbouze
John & Jane Doe

Case No: 2:07cv524-MEF

RECEIVED 2007 JUN 14 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. Previous Lawsuits
A. Yes, I have filed another suit in federal court dealing with the same or similar facts involved in this action.
B. No. I have not filed a suit about imprisonment.

C. 1. Courtney Boyd vs. Dr. Darbouze et al.
2. The Middle District Court.
3. Docket Number 2:06-CV-511-WKW
4. The Judge name: Charles S. Coody
5. The case is pending still
6. The Date it was filed: 6-8-06.

II Place of Present Confinement: Easterling Corr. Fac.
This incident Occurred: Easterling Corr. Fac.

Page 1

III. Names and Address of Individual(s) you Allege Violated your Constitutional Rights: All the Defendants are at the Same address at Easterling Corr. Fac. 200 Wallace Dr. Clio, AL, 36017: Susanne Bush, Kay Wilson, Dr. Jean Darbouze, John & Jane Doe. The Commissioner for ADOC, at 1400 Lloyd St. Montgomery, AL 36130.

IV. The Date Upon Which Said Violation Occurred: March 19, 23, 24, 25, 26, 2007.

V. The Defendant negligence action constitutes a violation of my 8th & 14th Amendment Rights under U.S. Constitutional.

State Briefly the facts which support this Ground: See The Attach Affidavit & Attestation. I request trial by jury, because my back pain, I will like to be award compensation that I'm asking for.

Page 2

# AFFIDAVIT And ATTESTATION

My Name is Cartney Boyd and I am over the age 21 as of the Commencement of the filing. At all time relevent hereto I, who attest to the fact were at Easterling Corr. Fac. 200 Wallace Dr, C.O, AL 36014. At All time relevent here to the Defendant were employee of prison Health Service, and under their direct and immediate Control.

On March 23, 2007, I was told by Lt. Mary Ann Lee, that I was going to C-1 lock up. I asked her what was I going for and she said she don't know. So I was taken to Sgt. Logan, by Lt. Lee & Sgt. Scott. Sgt. Logan said that I was going because Nurse Bush had wrote me up for violation 41 on Making False Statement or Charges. I was then taken back to C-1, when I say "Y'all can't make me go in there." I was then placed on the floor by force, for no reason. I was then taken to the HCU, but before I could make it there I pass out, I awoke to being draged by officers. While I was still Cuffed with my hands behind my back. My head, arms, back, was being draged on the Concrete. I was draged about 10 or 15 feets before stoping. I, then had to forced myself up to walk there. After I was given an body Chart, I was then brought to the Segegation, and given one write up from Nure Bush. I was wrote up by Nurse Bush because I wrote Ms. Sharon K. Ormsby (F.B.I.) about nurse Bush.

page 3

Negligence and discrimination ways to me. I sent Ms. Kay Wilson a copy of this letter on March 19, 2007, telling her how I hear someone say "I hate that Black Ass Nigger," I said that I think nurse Bush said it, because she was the only I seen go around the corner. Well Nurse Bush and Ms. Wilson went to Capt. Conyers, and ask him to write me up, but he told her to do it so she did. As a result I was placed on Cell 40 Floor, on 3-24-07 until 3-26-07. I was unable to get up off floor, because my lower back and lower body had went out. I told the officer on every shift and every nurse on every shift, but the nurse would not help me. The Officer said that they could not make them see me. I, told Bush and she said oh well that nothing I can do. I asked her to do me a body chart, but she said to sign up for sick call, which I did on 3-26-07 or about 3-27-07. As a result of these this disciplinary I'm now being forced to sleep on a steel bed without a mattress. I have been given a life long disability to my lower back. I am in very bad pain from being laying on this bed without an mattress, and I was denied proper medical care on 3-23-24-25-26 of March 2007. This negligence acted of retaliating was done, because I wrote Ms. Sharon R. Ormsby (F.B.I.) and it was done maliciously and sadistically to cause harm to the plaintiff. There action constitutes an violation of my 8th & 14th Amendment U.S. Constitution.

Page 4

The plaintiff asserts that he been illegal charged $3.00 for Medical Service, by ADOC, when they don't have specific legal authority to charge inmate $3.00 for Medical Service, $5.00 for Round trips to Work, and $25.00 if we failed a drug test. The ADOC was Order not to Charge Fees without authorized by law. As of now the ADOC are still illegal Charging these Fees. The plaintiff has been robbed out about $300.00, and owe about $180 Co-payment for Health Care fees. See Exhibit C, which is a copy of the report, which says ADOC does not have legal Authorities. This is a violation of 14th Amendment of U.S. Constitution.

## Damages

I ask that he be award 500,000.00 from each Defendants Mark Bush, Ms. Wilson, Dr. Darbouze, Each Defendant to pay 500,000. for Bodily Injury, 500,000. for Accidental Injury, 500,000. Actual Damages, 500,000 for Emotional Damages and 500,000. for Stress Damages. 5million in negligence, 2million in Compensator Damages, 2million for Punitive Damages. This will be asked of by any other Defendant once identified. ADOC to Paid the 3,000.00 for the 300.00 he was illegal Charging and remove the Co-payment hold off his account, and stop charging these fees, without legal authorized.

page 5

## JURISDICTION

1. This Court has jurisdiction over the plaintiff Claim of violation under 42 U.S.C. 1381(a) and 1334.
2. This Court has supplemental jurisdiction over the plaintiff State torts claims under 28 U.S.C. 1367.
3. This Court has supplemental jurisdiction over the plaintiff Negligence Claim.
4. The was at Easterling Corr. Fac. during the events described in his Complaint.
5. Defendant Bush and Zuison are employee at prison Health Service at Easterling Corr. Fac. They are sued in their individual and official Capacities, As well as Dr. Darbouze.
6. All of the other Defendants are employee by A.DOC and they are sued in their individual and official Capacities.

## RELIEF SOUGHT

(I) The Defendants action Constitute Negligence, and denial of proper medical Care, excessive force, denial of process, was done maliciously and sadistically to Cause harm to him, which Constitutes a violation of my 8th and 14th Amendment.

## CONCLUSION

The Conclusion is that those action of the Defendants was without reason, and Constitutes 8th and 14th Amendment. The Plaintiff request for the Damages be ask for, ~~_____~~. That DOC AR #204 be applied to all Defendants, so that he may prove his Claim.

page 4

Certificate Of Service

I hereby Certify that I have served a copy of the foregoing upon the Middle District, by placing it into Easterling Corr. Fac. on Apr. 1 10, 2007.

This is my signature               X _Courtney Byrd_

page 5

Courtney Boyd #208421 B-1-11
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

UNITED STATES MIDDLE DISTRICT
P.O. Box 711
Montgomery, AL
36101

IN THE UNITED STATES MIDDLE DISTRICT

Courtney Boyd #208921
Plaintiff

vs.

Susanne Bush LPN et al
Defendants

RECEIVED
2007 JUN 14 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No: 2:07cv524-MEF

Notice of Summons
Pursuant Fed. R. Civ. Proc. Rule 4(a)

Comes Now, the plaintiff Courtney Boyd, moves into this Honorable Court given notice of his Sum to the Defendants. The plaintiff submit the following:

1. The total Sum for Prison Health Service Defendants are $36 million for the three Defendants.

2. Total Sum for ADOC is 3,000.00 to be paid.

3. The plaintiff request that this Sum be served upon all Defendants at Easterling Corr. Fac. 200 Wallace Dr. Cliv, AL 36017, ADOC Commissioner at 1400 Lloyd St. Montgomery, AL 36130.

Wherefore The plaintiff prays that this Honorable Clerk will please served this Sum upon the Defendants.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Middle District, by placing it in Easterling Corr. Fac. Mail Box on April 16, 2007.

Courtney Boyd

Page 1

# Audit probes prison program

## Missed payments, fees questioned

**By KIM CHANDLER**
News staff writer

The Birmingham News
Saturday
August 28, 2004    11A

MONTGOMERY — State auditors have found problems with Alabama work-release programs, including that prison employees sometimes hired inmates to work in their homes and businesses and didn't pay them.

Audits released Friday also questioned the legality of other practices, including charging inmates $5 for rides to and from their work-release jobs, a fee that raised $2.6 million last year for the state prison budget.

The Examiners of Public Accounts released separately an audit of the Department of Corrections and a special audit of the department's Decatur work-release facility. The audits flagged problems with work-release operations in Decatur, Birmingham and Loxley.

The audit of the Decatur facility specifically criticized an old policy that allowed Department of Corrections employees and their relatives to hire work-release inmates. The audit found that the majority of inmates were not paid at all and inmates were sometimes checked out for days at a time without a job to do. The department ended the policy last year because of the potential for abuse and security problems, spokesman Brian Corbett said.

Corbett said two employees still owe inmates money for work, and the department is trying to correct that. One owes $1,500, and the other owes $700, he said. One employee is paying on an installment plan. The other is serving overseas in the military.

▶ See Audit, Page 12A

## AUDIT: Work-release program examined
▶ From Page 11A

One of the audits noted that work-release inmates were charged $3 co-pays for inmate-initiated use of medical services, $5 for round trips to work and $25 for drug tests if they failed.

"It appears that the Department of Corrections does not have specific legal authority to charge these fees," auditors wrote. The report recommends that in the future, the department charge inmates only fees authorized by law.

Corbett said he did not know what auditors meant by "appears." He said the department would look into the finding.

At the Birmingham work-release center, the audit noted multiple problems with the handling of money that inmates earned from their work-release jobs. The audit's findings also included that some inmates were being forced to pay for their own medical care.

The warden of the Birmingham facility forced inmates with $300 in their prison accounts to pay for medical care with private providers. According to the audit, regulations say inmates with $500 in their accounts get "an option of using free-world medical and dental facilities at their own expense," referring to health care not provided through the prison system.

Corbett said the department has addressed many of the problems flagged in the audits.

Prison Commissioner Donal Campbell in April transferred the warden of the Birmingham work-release to another facility. Campbell declined to elaborate on his reasons for the change other than he had complaints about money.