IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

Courtney Byrd #208792
  Plaintiff
VS.

Susanne Bush LPN
  Defendants

Case No. 2:07CV524-MEF

RECEIVED
2007 JUN 14 A
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion For Discovery Report Prior To Special Report From Defendant

Comes Now, The Plaintiff Courtney Byrd, moves into this Honorable Court pursuant to Rule 26 Fed. R. Civ. Proc. The Plaintiff submit the following:

1. Prison Health Service to produce a clear copy of every Nurse name and age. This includes Secretary for Easterling Corr. Fac. Health Care. The name and age of the person who does the x-ray at Easterling for them.

2. Each Defendant listed to produce any and all complaints filed against them by inmate or other employee of Prison Health Service. This means clear copies of each one.

page 1

4. Produce a clear of the plaintiff Medical Records.
5. Produce a clear copy of the Legislature Bill, which save "DOC" or Prison Health Service to charge inmate $3.00 for medical service, or 5.00 for rides to work at work release, or $25.00 if they fail a drug test.
6. Produce a clear copy of everytime the plaintiff was charged $3.00 from March 30, 2000, until April 10, 2007.
7. Each Prison Health Service Defendant to produce a clear copy of their employee file from the time they started until now.
8. DOC to produce a copy of Admin rule #204, 207, 208, 211, 212, 206, 213, 217, 220. This include all of the Annex from to each one.
9. DOC to produce a clear copy of their Duty log for March 18, 23-24-25-26. This include Segregation Duty log also.
10. Each Defendant of Prison Health Service to produce a clear copy of the first time they started school until they end. This include all college class, produce a certificate copy.

Wherefore, The plaintiff require for the name of all the Prison Health Service at Easterling that he may identify Jane Does, and the other document to prove his claim.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Middle District of Alabama, by placing it into Easterling Corr. Fac. Mail Box on April 19, 2007.

*[signature]*

page 2