IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208521
Plaintiff
VS.

Susanne Bush, et al.,
Defendants

Civil Action No:
2:07CV524-MEF

RECEIVED
2007 JUN 14 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION FOR INTERROGATIES PRIOR
TO SPECIAL REPORT

Comes Now The Plaintiff, Courtney Boyd, moves into this Honorable Court Pro/se Pursuant to Rule 26 & 33 F.R.D.R.CIV.PROC. Present, his interrogaties direct at all of the Defendants who should answer these interrogaties under oath within (20) days of receiving them!

INTERROGATIES

1. List your full names and your Date of Birth?
2. How old are you?
3. How long have you been a resident of Alabama?
4. List your complete educational background, including any Special Classes?
5. How long have you been employed by ▇▇▇ or Prison Health Service?
6. Have you ever been arrested for any thing before or during your employment? If yes, list each one, and what happen.
7. Have you ever had a Serious Complaint or Complaints filed against you by any inmate during your employment? If yes, Please produce a clear copy of every one of them.

Page 1

8. Ms. Kay Wilson did I address any complaint against nurse Bush on March 19, 2007. Did you answer any complaint on this matter? How did you determine this was/a false statement?

9. Ms. Susanne Bush did you not pass out pills on 3-26-07 to B-z-40? Did you not tell the plaintiff you could not help him, when he said "He could not move, because his lower back had went out and his lower body had been out for three day?

10. Dr. Darbouze did you not refuse to give the plaintiff an X-ray on his back, after he said that he had been drug while he was cuffed behind his back and passed out?

11. Was there ever an Bill pass by the legislative to give DOC Authorize to legal charge inmate medical service, round trips to work, for failing a Drug test. Produce a clear copy of the bill. Not what the Commisser signed in 1986.

Wherefore, The Plaintiff pray that the Defendant will answer these interrogatories within (20) days of receive them.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Middle District, by placing it into Easterling Corr. Fac. Mail Box on April 19, 2007.