IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
vs.

Susanne Bush LPN et al
Defendants

Case No: 2:07-CV-00524-MEF-CSC

**Motion For Discovery Prior To Special Report From Defendants:**

Comes Now, the plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to R.26 Fed.R.Civ.Proc. Requesting for the following:

1. DOC Officer at Easterling Corr. Fac. to produce a clear copy of every officer name and Date of Birth and ages. This include all shift, so that he may name the other John and Jane DOE.

2. Each DOC Officer to produce a clear copy of their personnel file, from the Personnel Department. This include any other officer who make be add. This mean from the time you started until now.

3. Produce a clear copy of Easterling Corr.Fac. Duty log from Segregation and Population on March 18, 23, 24, 25, 26, 27, and June 7, 2007.

Page 1

4. DOC to Produce Administrative Regulation # 204, 206, 207, 208, 211, 212, 217, 220, 213, 313, 312, 316, 403, 400. This include all of the Annex from to each one.

5. Produce a Clear Copy of the Classification Regulation, and institutional files

Certificate of Service

I, hereby Certify that I have Served a copy of the foregoing upon the Middle District, by placing it into Easterling Corr. Fac. Mail Box on June 18, 2007

Courtney Boyd

Page 2

Courtney Boyd # 208421 B-1-13
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

6-18-07

THE United States/ District Court
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."