IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiffs

VS.

Susanne Bush LPN et al,
Defendant

Case No: 2:07-CV-00524-MEF-CSC

2007 JUN 20  A 9: 26

Motion For Interrogated prior To
Special Report From Defendants

Comes Now, The Plaintiffs Courtney Boyd, moves
into this Hon. Court. Pursuant to Rule 28 & 37 Fed. R. C. V. Prc.
Persons to Sgt. Logan, Sgt. Scott, Lt. Lee, Officer A.
Williams, Capt. Sconyers, Officer Jordan,
Officer Dansby, Lt. Larson, Sgt. Wright, Officer Bell,
Officer McClain, Shall answer these question within 20
Days of receiving them.

## Questions

1. Capt. Sconyers Did nurse Bush not say I made a
False Statement saying she said "I hate that Black ASS
Nigger"? How Did you determined that, it was a false
Statement?

2. Sgt. Scott Did I ever speak or written to you
that I was go to cause you bodily harm? Did Sgt. Logan
not drag me while I was cuffed behind my back and
Pass out?

3. Sgt. Logan Did you drag me while I was cuffed
behind my back and pass out?

Page 1

4. Lt. Lee Did Sgt. Logan druge me while I was cuffed and puss out on the grounds. Did you have to make him stop?

5. Officer A. William Did Sgt. Logan druge me while I was cuffed and puss out on the ground?

6. Officer Jordan Did I not report to you on March 23, 24, 25, 26, that my back was out and I cull not move? Did you not say you called the HCU, and the nurse said for me to sign up for sick call?

7. Officer Dansby Did I not report to you on March 23, 24, 25, 26, that my back was out and I cull not move? Did you not say you called the HCU, and the nurse said for me to sign up for sick call?

8. Lt. Lawson Did you not see me on the floor on 6-7-07, in the wall way? Did you not ask the nurse if she had gone to if me a body chart?

9. Sgt. Wright Did you not drug me from 11 cell into the wall way after I have puss out on 6-7-07, in my cell?

10. Officer Bell Did Sgt. Wright not make you help him druge me out of 11 cell into wall way & in front of the cubies?

11. Officer L. McClain was you not working in B-1 on 6-7-07? Did you see Sgt. Wright drug me down the floor, into the wall way?

Page 2

12. List your full names?

13. How old are you?

14. How long have you dive in Alabama?

15. Where DO you live now in Alabama?

16. TO All DOC employee, i's a polygraph testing required When ever a Serious Complaint i's filed against an Officer Ⓑ under ARA 204?

Certificate oF Service

I hereby Certify that I have Served a copy of the foregoing upon the Middle District, By placing it into Kilberling Curls Facc Mail Box on June 18, 2007.

Coretta Bryd

Page 3

Courtney Boyd # 208121 13-1-13
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

6-18-07

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

THE United States District Court
P.O. Box 711
Montgomery, AL
36101