IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208421
Plaintiff

VS.

Susanne Bush LPN et.al
Defendants

Case No: 2:07CV-00524MEFCSC

## Motion To Amend Complaint

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court to Amend his Complaint as follows:

On June 9, 2007, I, was having serious pain in my left side, when I passed out. The Officer working came to my cell and asked me could I move, I could not talk because of the pain. Officer Bell left my cell a well about 20 min later Sgt. Wright came in and drug me out where the nurse was. He made Officer Bell help him, even when Officer Bell did not want to. As of this my back pain has being hurting very bad.

On March 23, 2007, I was being brought from C-1 when I pass out, I came to, to see Sgt. Logan dragging me while I was cuffed by my back on the ground. Lt. Murry Ann Lee, order him to stop. I, then got up since I could not get druged again. My whole back started hurting and on March 23, 24, 25, 26, it was out because I was drug in cuffs on my back on the ground. Sgt. Scott, Officer A. Williams was with Lt. Lee, and Sgt. Logan, when this happen.

Page 1

The plaintiff asserts that he has been illegal charged $3.00 for Medical Services by DOC, when they don't have Specific legal authority to charge inmates $3.00 for Medical Service, $5.00 for Round trips to work, and $25.00 if he failed drug test. The ADOC was order not to charge fees authorized by law. As of now the ADOC are still Illegal charging these fees. The plaintiff has been robbed out of over $200.00 for Health Care fees. See Exhibit A which is a Copy of the report, which says ADOC does not have legal Authorized.

The plaintiff request that he be sent to a Level II Camp, because he still has level II, and he was never reclass by Central review Board on 8-18-2005, but was only signed by the Classification work, and warden at Easterling. As of May 31, 2006, I still had Level II Custody, and as of April 12, 2007, The Central review Board Data was not yet entered, because I was never reclass. See Exhibit B which is a copy of the reclass paper which shows it was never sent to Central review Board, and the Inmate Master Display, which shows my current Custody 2, and a copy of my Time Sheet, which shows Security Level review Board Data not yet entered. This Constitutes a violation of the plaintiff 14th Amendment.

page 4

Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Middle District, by placing it into Easterling Corr. Fac. Mail Box on June 18, 2007.

*[signature]*

Page 3

Lountney Boyd # 208521 B-1-13
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

6-18-07

THE United States District Court
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

```
MAY. 31, 2006            USER: SARA P FAULK                           INM SP
                    I N M A T E   M A S T E R   D I S P L A Y
------------------------------------------------------------------------------
AIS#:   208921      NAME: BOYD, COURTNEY JAMES          RACE:  B   SEX: M

DATE OF BIRTH: 12/11/1981     SKILL CLASS: 990      BED ASSIGNMENT: 6B 028

SECURITY LEVEL:               CURRENT SUFFIX:       CURRENT CUSTODY:2

WORK ASSIGNMENT: INST. ASSIGN      PHYSICAL PROFILE:          1

RECEIVED FROM INST:       069      DATE RECEIVED:             8/17/2005

INCENTIVE INDICATOR:      2        GENERAL RESTRICTIONS:      0

RESTRICTION BEGIN DATE: MM/DD/YYYY  RESTRICTION END DATE:     MM/DD/YYYY
                                    OUT GATE INDICATOR:       00
            SEG DATE:               INC CODE:
          INC REASON:
C. O. P. INDICATOR:       Y        PROGRESS REVIEW DATE:      MM/DD/YYYY

ACCOUNT BALANCE:          $0.23    MINIMUM BALANCE:           $36.00

ALL RECORDS DISPLAYED--PRESS ENTER TO CONTINUE/<F5> = OBSCIS DATA
<F6> = DRUG RESULTS/<F7> = APPR. VISITORS & FUNDS/<F8> = APPOINTMENTS
```

*Exhibit B*

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS           INST:   041
                        INMATE SUMMARY AS OF 04/12/2007             CODE:  CDRVK
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
AIS: 00208921    INMATE: BOYD, COURTNEY JAMES  B04001B  RACE: B  SEX: M
INST: 041 - EASTERLING CORRECTIONAL CENTER  DORM:  00  JAIL CR: 000Y 07M 23D
DOB: 12/11/1981  SSN: 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
ALIAS: BOYD, C J                        ALIAS: BOYD, COURTNEY
ALIAS: BOYD, JAMES
ADM DT: 01/06/2000 DEAD TIME: 000Y 00M 00D
ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: REMOVED FROM SEGREGATION
CURRENT CUST: MED-9   CURRENT CUST DT: 12/14/2004  PAROLE REVIEW DATE: - NONE -
SECURITY LEVEL: REVIEW BOARD DATA NOT YET ENTERED
SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   01/06/2000
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME
COUNTY      SENT DT   CASE NO   CRIME                     JL-CR    TERM
MONTGOMERY  01/06/00  N99000681 ROBBERY I                 0233    020Y 00M 00D CS
     ATTORNEY FEES : $000150      HABITUAL OFFENDER : N
     COURT COSTS   : $0000530     FINES : $0000000    RESTITUTION : $0000795

 TOTAL TERM      MIN REL DT     GOOD TIME BAL     GOOD TIME REV      LONG DATE
 020Y 00M 00D    05/12/2019     000Y 00M 00D      000Y 00M 00D       05/12/2019
```

INMATE LITERAL: WEAPONS ENHANCEMENT APPLIED

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM    AUGUST  18, 2005
(COU122)
AIS #: 00208921        SSN: 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    RACE/SEX:  B/M    DATE OF BIRTH: 12/11/1981
NAME: BOYD, COURTNEY JAMES                 CUSTODY:   MIN9   SECURITY LEVEL: 4
INST: EASTERLING CORRECTIONAL CENT         TIME SVPD: 06Y03M02 LAST DISC: 08 16 2005
CRME: ROBBERY I                            MIN REL DT: 05/12/2019 ACTIVE DET:  0
DISC: BEING IN AN UNAUTHORIZED AREA        PRL CONS:   03/01/2005 EDUCAT LEV: 12

WL/PGM: Unassigned                 PRIM OCCUP: ROOFER

RECOMMENDED INSTITUTION: Easterling                 RECOMMENDED CUSTODY: Med

JUSTIFICATION: Reclass. Subject has demonstrated negative behavior while assigned to Elmore in Minimum custody. On August 11, 2005 he received disciplinary action due to violation of rule #57 - Insubordination. Stated to an officer that "Y'all ain't nothing but some old house niggas anyway". On August 16, 2005 he also received disciplinary action due to violation of rule #50 - Being in an Unauthorized area. This type of behavior is not in compliance with the rules.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:           APP. S/L: _____

_____ 08-22-05         _____ 8/22/05
CLASSIFICATION SPECIALIST   DATE       WARDEN OR DESIGNEE       DATE

_____                  _____ 8/22/05
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ DENIED; DIVERTED TO: _____    REASONS: _____

        Exhibit D
                                  _____
                                  CRB MEMBER              DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                  _____
                                  CRB MEMBER              DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                  _____
                                  CRB MEMBER              DATE

FINAL DECISION: INST East CUSTODY Med DATE 8/22/05

DATE INMATE INFORMED: _____  INMATE'S SIGNATURE: X_____ 208921

7/05 PR                 Religion: Christian              Physical Limitation: Back problems
NA 03/24/00 @ Kilby     Psychmeds: NO                    Religion: Christian
Skills: Roofing         Diabetic: NO