IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on June 20, 2007 (Court Doc. No. 7), in which the plaintiff seeks to assert claims against officer Bell, Sgt. Wright, Lt. Murry, Sgt. Scott, Lt. Lee, officer A. Williams and Sgt. Logan with respect to incidents which occurred on June 7, 2007 and March 23-26 of 2007, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 21st day of June, 2007.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE