IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In his complaint, the plaintiff names Lt. Murry as a defendant. Service was attempted but unperfected on Lt. Murry at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Lt. Murry, the plaintiff must furnish the clerk's office with a correct address and full name for this individual. Accordingly, it is

ORDERED that on or before July 16, 2007 the plaintiff shall furnish the clerk's office with the correct address and full name of Lt. Murry. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Lt. Murry he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Lt. Murry and this case will proceed only against the defendants on whom service has been

perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 27th day of June, 2007.


    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE