IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
VS.

Susanne Bush LPN et al,
Defendants

Case NO: 2:07-CV-524-MEF

Motion to Object to the Court Order on
(Court Doc. No. #3 #4 #5 #6)

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court objecting to the court order on Doc #3 #4 #5 #6. The plaintiff submit the following:

1. The plaintiff file for two discovery prior to special report, and Interrogaties prior to special report. First off the plaintiff has a right to Discovery and Interrogaties without leave of the Court R. C. V. proc 26 & 33.

2. Rule 33 says (a) Availability. Without leave of Court or Written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts, to be answered by the party served.

3. Rule 26 says: Except in categories of proceedings specified in Rule 26(a)(1)(E), or to the extent otherwise stipulated or directed by order, a party must, without awaiting a discovery request, provide to other parties:

Page 1

4. The plaintiff will be prejudice if he is not given the thing request for in his discovery or interrogaties, because without it he will not be able to name the other Jhon & Jane, he should be entitle to every complaint or gr filed against PHS works.

5. If this Honorable Court don't want to grant this motion, then preserve him the right to get them later.

Wherefore, The plaintiff, prays this Honorable Court will grant this motion and order the Defendants to answer these discovery and Interrogaties.

Certificate of Service.

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box on June 26, 2007

page 2

Courtney Boyd #208421 B-1-13A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery, AL, 36101