IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
VS.
Susanne Bush LPN et., al
Defendants

CIV- NO: 2:07-CV-524-MEF

**MOTION FOR CLARITY OF THE RECORD**

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court to Clarify to Motion To Amend filed on June 20, 2007. The plaintiff Submit the following:

1. The plaintiff want every officer listed in the Interrogatries to be add as a Defendant. Officer A. Williams, L. McClain, Officer Danshy, Officer Jordan, Capt. Sconyers, Lt. Lawson. These Defendants must add.

2. There is no Lt. Murry at Easterling Corr. Fac. the name was Mary Ann Lee, who is already add.

3. The plaintiff request that the officer listed in # 1 Should be add to this Suit, and the name Lt. Murry Should be remove from this Suit.

Wherefore, The pray that this Honorable Court will Correct this error, and add the officers listed in # 1, and remove the name Lt. Murry from this Suit.

page 1

Certificate of Service

I hereby certify that I served a copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box June 25, 2007.

Courtney Boyd

page 2