IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 28, 2007, the plaintiff filed a motion to clarify record (Court Doc. No. 17) in which he seeks to clarify the defendants listed in his amendment to the complaint. Specifically, the plaintiff requests that correctional officers L. McClain, Dansby, Jordan, Capt. Sconyers and Lt. Lawson be added as defendants.[1] He further advises that Mary Ann Lee is the proper named defendant rather than Lt. Murry. The court therefore construes this document as a motion to amend and motion to correct defendant. Accordingly, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.

2. Correctional officers L. McClain, Dansby, Jordan, Capt. Sconyers and Lt. Lawson be added as defendants in this cause of action.

3. The motion to correct defendant be and is hereby GRANTED.

---

[1] Although the plaintiff also mentions officer A. Williams in the instant motion, the original amendment to the complaint listed officer A. Williams as a defendant and he is therefore already a party to this cause of action.

4. Lt. Murry be stricken from the docket as a defendant.

5. The newly amended defendants undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

6. The aforementioned defendants shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff on or before August 8, 2007. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

7. An answer shall be filed by the newly amended defendants on or before August 8, 2007 in response to the complaint, as amended.

8. The defendants listed in the complaint and original amendment to the complaint are hereby GRANTED an extension from July 31, 2007 to and including August 8, 2007 to file their special report and answer in compliance with the order entered on June 21, 2007 (Court Doc. No. 12).

9. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendments to the complaint to correctional officers L. McClain, Dansby, Jordan, Capt. Sconyers and Lt. Lawson. A copy of this order and the amendment to the complaint shall likewise be furnished to all other defendants, General Counsel for the Alabama Department of Corrections and counsel for Prison Health Services, Inc.

Done this 29th day of June, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE