IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and under authorization of Rule 26(b)(2), *Federal Rules of Civil Procedure*, it is

ORDERED that:

1. No motions for discovery be filed by the plaintiff prior to submission of the defendants' special reports.

2. Within ten (10) days after the defendants have filed their special reports, the plaintiff may seek leave of court to file discovery requests. The plaintiff is *cautioned* that requests for discovery which (i) address privileged matters, (ii) are cumulative or duplicative in nature to information provided in the special reports, (iii) seek information irrelevant to a determination of the issues before this court, and/or (iv) are overly burdensome will not be allowed by this court.

Done this 29th day of June, 2007.

                                        /s/ Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE