IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-524-MEF-CSC |
| | ) | |
| SUSANNE BUSH, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

This cause is before the Court on the Plaintiff's Motion to Object to the Court Order

On Court Document Number 3, 4, 5, and 6 (Doc. # 16), which this Court construes as an

objection to two Orders of the Magistrate Judge concerning discovery (Doc. # 9 and Doc. #

10). In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed the

objection, the Magistrate Judge's Orders, and all submissions related to those Orders. This

Court finds that the Magistrate Judge's Orders are neither clearly erroneous, nor contrary to

law. *See* Fed. R. Civ. P. 72(a). Therefore, Plaintiff's objection is OVERRULED.

DONE this the 5th day of July, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE