IN THE UNITED STATES MIDDLE OF ALABAMA

Courtney Boyd
Plaintiff
vs.
Susanne Bush, et al,
Defendant

2:07CV-524-MEF [WO]

RECEIVED 2007 JUL 18 A 10:2-

## Objection To The Magistrate Judge Recommendation entered 7-10-07

Comes Now, The plaintiff Courtney Boyd moves into this Honorable Court Objecting to the Judgement entered on 7-10-07. The plaintiff Submit the following:

The Plaintiff is not arguing that an Inmate cannot be charged $3.00 Co-payment fee, but argues that the ADOC never get the legislative to pass a bill given them legal Authority to charge these fees. As a Matter of fact, the Commissioner came up with this in 1986, because he claim that Some Inmate was sign up for Sick Call, to not go to work. So He said "Have all Inmate to Sign a $3.00 Co-payment fee for medical care. The Commissioner did not have the right to make any law about Charging Inmate $3.00 Co-payment. The Exhibit to the Complaint clearly shows that the ADOC was order to stop charging fees, because they don't have legal Authority to do so. As of this order the ADOC are Still illegal charging these fees. Now this Constitues a violation of my 8 & 14 Amendment.

page 1

With Alldo respect your Hon. Just because I'm a prison. does not give ADOC the right to robbery me out of fund with is for me to buy some hygiene. This can't be right because they don't take out 10% of what you get in but take the whole amount, if that's what you are this. The Northern State of United State all pay their inmate to work, but ADOC don't, so this is why the Court held that they could be charged for medical help, and it was also pass by the legislative in a bill. See Ala. Const. of 1901 Art. 1. ¶44. Which says "The Alabama Legislative which shall consist of the "Senate and House of Representatives, are the only one who can make is law in Alabama.

The ADOC has failed to stop charging inmates these fees, and they are robbering us blind, and this constitutes a violating of 13A-8-43 and 13A-8-3 Code of Alabama 1975.

The plaintiff argues that the law-making power, vested exclusively in legislature by Constitution, cannot be delegated to any other department of government or any other agency, either public or private. See State v.s. Vaughan 30 Ala. App. 201, 4 So.2d 5 (1921).

The legislative power intended to be vested in the General assembly cannot be delegate to any other body, whether such body be of either the other defined departments or not, but must be exercised exclusively by the general assembly itself. See Fox vs. McDonald 101 Ala. 51, 13 So. ~~~~ 2d. 192 (1963).

page 2

A Statue delegating to governor the power to declare on what date bill should become effective, without regard to any fixed Standard, is a delegation of legislative power in violation of this Section of the Constitution. See Art. 1844 of Ala. Const. of 1901, Mead vs. Eagerton 255 Ala. 66, 50 So.2d 253 (1951).

This Hon. Court has the Supplemental Jurisdiction over the State law tort Claims under 28 U.S.C. 1367, Because the ADOC is violating of my 8 & 14th Amendment to the Constitution. The ADOC are willfully maliciously taking $3.00 away from the plaintiff without the legislative consent. The $3.00 for Medical help, does not goes to "PHS", it goes to ADOC, that's why this Claim was against the prison Commissner because he has been order to stop Charging fees not authorized by law. see Exhibit B in the original Complaint.

Also because the U.S. Constitution under the 14th Amendment protect us by given us equal protection of the law, and Due process, which means, if the Alabama Legislative don't give ADOC the right Charge these fees, the are violating are 8 & 14th Amendment of the U.S. Constitution.

Wherefore, The plaintiff that this Honorable will serve the ADOC with this Complaint, and order that they Stop Charging inmate fees not authorized by law.

Page5

Certificate of Service

I hereby certify that I have served a copy of this to the Middle District of Alabama, by placing it into Easterling Corr. Fac. mail box on July 16, 2007.

*[signature]*

page 4

Courtney Boyd AIS#183713
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States District Court
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Departme of Corrections is not responsible for the substance or content of the enclosed communication."

IN THE UNITED STATES MIDDLE
OF ALABAMA

Courtney Boyd
Plaintiff
vs.

Susanne Bush, et al,

2:07-CV-524-MEF

## AFFIDAVIT

Before Me, The undersigned authority, for the said County and State, personally appeared Courtney Boyd, Says the following:

On 8-15-2004, The ADOC was order to stop Charging Inmate $3.00 for Medical Service, and 5.00 For round trips to work and 25.00 If we failed on drug test. As of July 16, 2007, The ADOC are still Charging illegal fee not authorized by law. The Legislative never pass a Bill given the ADOC the right to Charge these fees. Therefore, The ADOC are willfully maliciously taking these fees. Also the U.S. 14th Amendment protect us by given us equal protection of the law, and Due process, which means that the Alabama Legislative don't given ADOC the right Charge these fees.

I Sign this under the penalty of perjury that the above is true and correct. On July 16, 2007.

Courtney Boyd

Page 1