IN THE UNITED STATES DISTRICT
MIDDLE OF ALABAMA

Courtney Boyd #208921
Plaintiff
vs.                                    2:07-CV-524-MEF

Susanne Bush, et al.,
Defendants

## MOTION TO COMPEL

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to RULE 37(a) F.R.C.V. Proc. Seeking to have the Defendant Comply with the Court order on 6-21-07 (DOC. NO. 3 & DOC. NO. 5). The Plaintiff submit the following:

1. On 6-21-07 this Honorable Court entered any order for the Defendants to allow the plaintiff look through his Medical & Prison file. See (Court DOC. NO. 3 & DOC. NO 5).

2. On June 5, 2007, or about June 27, 2007, The plaintiff was allow to look at his medical file, but have not look at his prison file as order.

3. With All Do respect to the Honorable Judge Coody, order on 6-21-07, it is prejudice to the plaintiff, because their is no way for the plaintiff to make any copies thing out his Medical or prison file, therefore He request that the Defendants forward him a copy of this, so that he may perpar for his case.

page 1

Wherefore, The plaintiff prays that this Honorable Court will grant this Motion and Order that the Defendants forward him a copy of both his prison and medical files.

*Courtney L. Byrd*

Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Faci. Mail Box July 24, 2007.

*Courtney L. Byrd*

Page 2