IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on July 25, 2007 (Court Doc. No. 26), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks access to his prison file.

2. This motion be and is hereby DENIED to the extent the plaintiff requests that the defendants be required to provide copies of documents to him without prepayment of costs. The plaintiff is advised that the orders of procedure entered in this case (Court Doc. No. 12 and Court Doc. No. 18) direct the defendants to produce copies of all relevant documents contained in his prison and/or medical files as part of their special reports.

3. On or before August 9, 2007, the correctional defendants shall allow the plaintiff to inspect and/or copy all documents contained in his prison file which is within the care, custody or control of the defendants. **The plaintiff is hereby informed that prison officials**

**are not required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his prison file, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

The Clerk is hereby DIRECTED to provide a copy of this order to the warden of the Easterling Correctional Facility, the General Counsel for the Alabama Department of Corrections and counsel for Prison Health Services, Inc.

Done this 25th day of July, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE