IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD (AIS # 208921),       §
                                    §
        Plaintiff,                  §
                                    §        Civil Action No.: 2:07-cv-524-MEF
vs.                                 §
                                    §
SUSANNE BUSH, et al.,               §
                                    §
        Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and respectfully request that this Honorable Court extend the time period these Defendants have to file their Special Report and Answer by fifteen (15) days, up to and including August 14, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1.    Due to scheduling conflicts inherent in these Defendants' practices, counsel for Defendants requires additional time to meet with the Defendants to prepare a Special Report and Answer in this matter pursuant to Court Order.

2.    This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/ R. Brett Garett
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON &
  GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE


        I hereby certify that a copy of the above and foregoing has been served by U.S.
Mail this the 30th day of July, 2007, to:

Courtney Boyd (AIS# 208921)
EASTERLING CORRECTIONAL FACILITY
200 Wallace Drive
Clio, Alabama 36017

                                        *s/R. Brett Garrett*
                                        R. BRETT GARRETT (GAR085)
                                        Attorney for Defendants Susanne
                                        Bush, L.P.N., Kay Wilson, R.N.,
                                        H.S.A. and Jean Darbouze, M.D.