IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CIVIL ACTION NO. 2:07-CV-524-MEF
                                  )
SUSANNE BUSH, et al.,             )
                                  )
        Defendants.               )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on July 30, 2007 (Court Doc. No. 28), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the medical defendants be GRANTED an extension from August 8, 2007 to and including August 14, 2007 to file their special report and answer.

Done this 31st day of July, 2007.


        _____/s/ Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE