IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, 208921** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-524-MEF |
| | ) |
| **SUSANNE BUSH, ET AL.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Defendants Richard Allen, Darrell Bell, Gerald Wright, Marcia Scott, Mary Lee, Anthony Williams, Shawn Logan, Joseph Danzey, Mary Jordan, Nathan Lawson, LaGreta McClain, and Kenneth Sconyers (collectively "Correctional Defendants"), by and through the Attorney General for the State of Alabama, the Honorable Troy King, and Assistant Attorney General Jack Wallace, Jr., and respectfully request an extension of time of thirty (30) days in which to file their Answer and Special Report. For grounds, the Correctional Defendants state as follows:

1. This case has twelve Correctional Defendants.

2. The undersigned is in the process of collecting and reviewing affidavits, institutional and/or medical records which are needed to adequately respond to Plaintiff's allegations.

3. The undersigned requires additional time in which to properly respond to Plaintiff's allegations.

3.    No party will be prejudiced by the granting of this extension of time.

>Respectfully submitted,
>
>TROY KING
>ATTORNEY GENERAL
>
>/s/ *Jack Wallace, Jr.*
>Jack Wallace, Jr.
>Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of August 2007, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

Courtney Boyd, AIS 208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

>/s/ *Jack Wallace, Jr.*
>Jack Wallace, Jr.
>Assistant Attorney General

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)