IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) | |
| SUSANNE BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on August 8, 2007 (Court Doc. No. 31), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the correctional defendants be GRANTED an extension from August 8, 2007 to and including September 7, 2007 to file their special report and answer.

Done this 9th day of August, 2007.


      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE