IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd

VS.   Case NO: 2:07-CV-524-

Susanne Bush

## MOTION FOR TRIAL BY JURY

Comes Now, The plaintiff, Courtney Boyd, moves into Honorable Court pursuant Rule 38 Fed. R. Civ. Proc. The plaintiff submit the following:

(1) The plaintiff hereby give his notice to preserve his right to jury trial, pursuant to Rule 38(a) Fed. R. Civ. proc.

Wherefore, The plaintiff pray that this Honorable Court will preserve his right to jury trial.  Courtney Boyd

### Certificate of Service

I hereby Certify that I have served a copy of the forgoing upon Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box on Aug. 16, 2007.

Courtney Boyd

