IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208⁕
 Plaintiff
    VS.

Susanne Bush, et al.,
 Defendants

C.V./ Action No: ~~CV-524-MEF~~
2:07cv 524-MHT

RECEIVED 2007 AUG 21 A 9:14

## MOTION FOR INTERROGATIES

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court Pro/se Pursuant to Rule 26&33 FED. R. CIV. PROC. Present, his interrogaties direct at all of the Defendants, who should answer these interrogaties under oath within (20) days of receiving them:

### INTERROGATIES

1. List your full names and your home address?
2. How old are you?
3. How long have you been a resident of Alabama?
4. List your complete educational background, including any special classes? (Produce a clear copy of them, this means every classes)
5. How long have you been employed by DOC or Prison Health Service?
6. Have you ever been arrested for any thing before or during your employment? If yes, list each one and what happens.
7. Have you ever had a serious complaint or complaints filed against you by any inmate during your employment? If yes, Please produce a clear copy of every one of them.

SCANNED        Page 1

8. Ms. Kay Wilson did I address complaint against Nurse Bush on March 19, 2007? Did you answer any complaint on this matter? How did you determine it was a false statement?

9. Ms. Susanne Bush did you not pass out pills on 3-26-07 to B-1-40? Did you not tell the plaintiff you could not help him, when he said "He could not move, because his lower back and lower body had been out for three days?

10. Dr. Darbouze Did you not tell the plaintiff you would not give him an X-ray when he told you he had been drug by officer when he was cuffed behind my back his passout?

11. Nurse Bush why was your report received on the 26th of March and not March 20, 2007, when the incident happen on March 19, 2007?

Wherefore, The Plaintiff pray that the Defendant will these interrogaties within (20) days of receive it, on separate sheet of paper.

Certificate of Service

I hereby certify that I have served the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box on Aug. 16, 2007.

Corothy Byrd

Page 2



Envelope:

From:
Courtney Boyd
AIS No. 208921
Eastering Correctional Facility
200 Wallace Drive
Clio, AL 36017

To:
United States District Court
P.O. Box 711
Montgomery AL 36101