IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921

VS.                                  Case NO. 2:07-CV-524-MEF

Susanne Bush LPN

## MOTION FOR DISCOVERY REPORT

Comes Now The plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant To Rule 26 Fed. R. Civ. Proce. The plaintiff submit the following:

1. Prison Health Service to produce a clear copy of every Nurse name and age. This included Secretary for Easterling Corr. Fac. Also well as the name and age of the person who do X-ray at Easterling Corr. Fac. This included Date of birth.

2. DOC Officer at Easterling Corr. Fac. to produce a clear copy of every officer name and Date of birth, and age. This includ. all shift.

3. The Defendants listed to produce any and all Complaints filed against them, by inmate or other employee. DOC will produce their from the Personnal Department, and Prison Health Service will produce their from the Head nurse, and the Head office.

page 1

4. Produce a Clear Copy of the plaintiff institutional and Medical file.

5. Each DOC Defendant to produce a Copy of employee file from the personnel Department from the time they started until now.

6. Each Prison Health Service Defendant to produce a Copy of their employee file from the time they started until now.

7. DOC Administrative Regulation #204, 206, 207, 208, 211, 212, 213, 217, 220, 225, 227, 301, 306, 307, 311, 312, 313, 403, 410. This include all of the Annex From to each one.

8. All Prison Health Service Administrative Regulation on their employee. A Copy of the Bill which gave ADOC the right to Charge Inmate the Fee, it must be from the legislative.

9. Produce a Clear Copy of the Duty log for March #19, 23-24-25-26. This includ Segregation Duty log also.

10. Produce a Clear Copy of the Classification Regulation, the up to date one.

11. Produce a Clear Copy of Prison Health Service Defendant employee Certificated Copy of their medical licence. This Includ every employee listed under Question #1.

Wherefore, The plaintiff request for the name of all the DOC and Prison Health Service employee, So that he may identifie John and Jane Doe, and the other are to prove his Claim.

Certificate of Service

I, hereby Certify that I have seved a Copy of the forgoing upon the Middle District, by placing it into Easterling Corr. Fac. Mail Box on Aug 16, 2007.

Page 2



Courtney Boyd
AIS No. 208921
Eastering Correctional Facility
200 Wallace Drive,
Clio, AL 36017

United STATES District Court
P.O. Box 711
Montgomery AL
36101