IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for interrogatories (Court Doc. No. 36) and motion for discovery report (Court Doc. No. 37) filed by the plaintiff on August 21, 2007, it is

ORDERED that these motions be and are hereby DENIED as the plaintiff (i) failed to comply with the directive of the order entered on June 29, 2007 (Court Doc. No. 19) that "[n]o motion for discovery be filed by the plaintiff prior to submission of the defendants' special reports[,]"[1] and (ii) seeks information/documents which are cumulative or duplicative in nature to information/documents contained in his institutional file and prison medical records because the court previously ordered that plaintiff be given access to these records. *Order of June 21, 2007 - Court Doc. No. 10*. The plaintiff is again ***cautioned*** that any request for discovery which (i) addresses privileged matters, (ii) is cumulative or duplicative in nature to information provided in either the special reports or documents to which the plaintiff previously had access, (iii) seeks information irrelevant to a determination of the issues before this court, and/or (iv) is

---

[1] The correctional defendants have not yet filed their special report.

overly burdensome will not be allowed by this court.

    Done this 22nd day of August, 2007.

                                             /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE