IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   2:07-CV-524-MEF |
| SUSANNE BUSH, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ANSWER**

Come now the Defendants Richard Allen, Anthony Williams, LaGreta McClain, Joseph Danzey, Matthew Jordan, Kenneth Sconyers, Nathan Lawson, Mary Lee, Gerald Wright, Marcia Scott, Shawn Logan, and Darrell Bell, by and through counsel, Troy King, Attorney General of Alabama, to file this, their answer to the complaint.

1. The Defendants deny that they used excessive force against the Plaintiff in violation of the Eighth Amendment.

2. The Defendants deny that they have subjected the Plaintiff to inhumane conditions of confinement in violation of the Eighth Amendment.

3. The Defendants deny that the Plaintiff's Eighth Amendment rights are violated in any manner whatsoever.

4. The Defendants deny each and every material allegation of the complaint, demanding strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

2. Defendants assert that Plaintiff has failed to show there is any genuine issue of material fact in this case.

3. Defendants deny that they violated the Plaintiff's constitutional rights pursuant to the Eighth and Fourteenth Amendments.

4. Defendants deny all material allegations not expressly admitted herein and demands strict proof thereof.

5. Defendants assert immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

6. Defendants assert qualified immunity.

7. Defendants assert State-Agent discretionary immunity.

8. Defendants assert immunity pursuant to Ala. Code, 1975, § 6-5-338.

9. Defendant Richard Allen asserts that the Plaintiff fails to state a claim against him for which relief can be granted. Plaintiff totally failed to make any factual allegations against the Defendant Allen whatsoever beyond merely naming him as a party defendant.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jwallace@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 7th day of September, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Courtney Boyd, AIS 208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General