IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.

SUSANNE BUSH LPN et.al.
Defendants

Case NO:2:07-CV-524-MEF

RECEIVED
2007 SEP 12 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR DISCOVERY

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Rule 26 Fed.R.Civ. Proc. The Plaintiff Submit the following:

1. Prison Healths Servcie Defendants to produce a clear copy of every Nurse Name & Date of Birth. This included Secretary for Easterling.Corr. Fac. HUC. Also well as the Name & Date of Birth of the Person who does X-Ray at Easterling Corr.Fac.

2. D.O.C. Defendants to produce a clear copy of every Officer Name& Date of Birth. This inculd all three shift.

#. The Prison Health Service Defendant to produce any and all complaints fileds by the plaintiff, also well as every Grievance From filed. The Complaints & Grievance filed by other inmate's from 8-17-05 until 9/10/07.

4. The D.O.C. Defendants will produce their personnal Deapartment file, and the Prison Health Service will produce a clear copy of their personnal file from the Head Office and Head Nurse.

5. Produce a Clear Copy of the plaintiff institutional and Medical Records.

6. Produce a clear copy of D.O.C. Adminstrative Regulation #204, 206, 207, 208,211,212,213,214,217,220,225,227,403,410. This inculded all of the Annex From to each one.

7. The Prison Health Service produce a clear copy of their full Adminstrative Regulation on their employee.

D.O.C. Produce a clear copy of their Duty Log for March 19,23,24,25,26. This

PAGE 1

includ Segregation Duty Log also, and All incident report on this Matter,

8. The Prison Health Service Defendants to produce a clear copy of the Certificated Copy of theie Medical licence. Do not just list what school you want to, but produce a Certificated Copy. This includ every one list in number #1, this way when the plaintiff name the Jane Doe's he will all ready have them.

   WHEREFORE, The Plaintiff request that the Defendants from both side forward him the things request of, so that he may prove his claim and identifie Jhon &Jane Doe, as list in the original complaint, within 10 days.

CERTIFICATE OF SERVICE

I hereby certify that have served a copy of the foregoing upon the Defendants counsel, by placing it into Easterling Corr.Fac. Mail Box on Sep. 10, 2007

_____
Courtney Boyd

Courtney Boyd #209421 C-2-27A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL
11 SEP 2007 PM

United States middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."