IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd

Plaintiff

Vs.                         Case No:2:07-CV-524-MEF

Suanne Bush LPN et.al

Defendants

RECEIVED
2007 SEP 12 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION FOR INTERROGATORIES

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Rule 26&33 Fed.R.Civ.Proc. Persent to Sgt.Logan, Sgt. Scott, Lt.Lee, Officer A.Williams, Capt. Sconyers, Officer Mr.M.Jordan, Officer Dansbay Lt.Lawson, Sgt.Wright, Officer Bell, Officer L.McClain, shall answer these question within 10 days of receving them:

QUESTION

0. State? how long have you been working for D.O.C, started when you stared?

1. List your full name?

2. List your Date of Birth?

3. How long have live in Alabama?

4. How many children do you have; List thier Name&Age?

5. Are you married, if so how long have you been married?

6. Do all D.O.C. Employee, must take an Polygraph test, when ever a serious complaint is file against officer under AR#204?

7. Capt.Sconyers How did you determine that my complaint against Nurse Bush was a false statement, When I said, she said I hate that Black Ass Nigger?

8. Sgt.Scott Did I ever Speak or written to you that I was going to cause you bodily harm?

9. Sgt.Logan Did you drug me while I was cuffed behind my back and pass cut?

10. Lt.Lee Did Sgt.Logan drug me while I cuffed and pass out on the ground? Dis you have to make him stop?

11. Officer A.Williams Did Sgt.Logan drug me while I was cuffed and pass on the ground?

12. Officer Mr.M.Jordan did I not report to you on 3-23,24,25,26, that my back want out and I could not more? Did you not say you the HUC, and

Page 1

they said for me to sign up for sick call?

13. Officer Dansbay did I not report to you on March 23,24,25,26,that my back had want out and I Could not move. Did you not say you call the HUC, and the nurse said sign up for sick call?

14. Lt.Lawson, Did you not see me on the floor on 6-7-07, in the cubible wall way?

15. Sgt.Wright did you not drug me from cell 11 into the wall way in front of the cubible?

16. Officer Bell did Sgt.Wright not make you drug me out in front of the wall way by the cubible?

17. Officer L.McClain was you working in B dorm cubible on 6-07-07? Did you see Sgt.Wright drug me down the floor into the wall way in front of the cubible? Did I leave B-drom to go to HCU for the Body Chart on 6-7-07?

   WHEREFORE, The Plaintiff, prays that the Defendants will answer these question within 10 days of receving them.   *Courtney Boyd*

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Eastering Corr.Fac. Mail Box on Sep. 10   2007.   *Courteny Boyd*

Courtney Boyd #209471 C-2-24A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL
11 SEP 2007 PM

United States Middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."