IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
Vs.
SUSANNE BUSH LPN et.al
Defendants

Case No: 2:07-CV-524-MEF

*RECEIVED 2007 SEP 12 A 9:45 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## MOTION FOR INTERROGATORIES

Comes Now, The Plaintiff, Courtney Boyd, moves into This Honorable Court Pursuant to Rule 26&33 Fed.R.Civ.Proc. The plaintiff submit the following:

1. List your full Name?

2. List your Date of Birth?

3. How long have you lived in Alabama?

4. Dr. Darbouze did you not say "You was not going to give the plaintiff an "X-Ray" on his back, after he said he had been drug by officer when he was cuffed and pass out the ground?

5. Ms. Kay Wilson did I address any complaint against nurse Bush on March 19, 2007? Did you answer any complaint on this matter? How did you determine it wwas a false statement?

6. Ms. S. Bush, did you not pass out pill on 3-26-07 to B-2-40? Did you not tell the plaintiff you could not help him, when he said "He could not made, because his lower back and lower body had been out for three (3) Days? Did you pass by the plaintiff on March 19, 2007, saying "Hi Courtney Boyd? Did you not go around the concer an say "I hate that "Black Ass Nigger?

7. Ms. Kay Wilson, Did you ever answer any complaint or grievance from I filed against Nurse Bush? How many complaint & grievance have I filed against Nurse Bush? Procduce a clear copy of them?

WHEREFORE, The Plaintiff prays that the Defendants will answer these Question within (10) dayd of receving them.

*/s/ Courtney Boyd*

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the Defendant Counsel, by placing it into Easterling Corr.Fac. Mail Box on Sep 10, 2007

*/s/ Courtney Boyd*

PAGE 1

Courtney Boyd #209421 A-2-24A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL
11 SEP 2007 PM

United States middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."