IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for interrogatories filed herein by the plaintiff on September 12, 2007 (Court Doc. No. 42 and Court Doc. No. 43), and for good cause, it is

ORDERED that these motions be and are hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s), and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

Done this 12th day of September, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE