IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for discovery filed herein by the plaintiff on September 12, 2007 (Court Doc. No. 41), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff (i) seeks copies of complaints and grievance forms *plaintiff has filed* with Prison Health Services, Inc. and/or its employees at Easterling Correctional Facility from March 19, 2007 until September 10, 2007, (ii) requests complete copies of all correctional incident reports compiled with respect to the uses of force occurring on March 23, 2007 and June 7, 2007, and (iii) seeks copies of the disciplinary reports lodged against him in March of 2007 for his violations of Rule No. 41, Rule No. 44 and Rule No. 56.

2. This motion be and is hereby DENIED to the extent the plaintiff seeks production of his institutional file and medical records as the court previously ordered that plaintiff be given access to these records, *Order of June 21, 2007 - Court Doc. No. 10*, and any

information in these records could have been obtained by the plaintiff during his review of such records.

    3. The motion be and is hereby DENIED in all other respects as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s), and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

    4. On or before October 2, 2007, the medical defendants shall file a supplemental special report which includes copies of complaints and grievance forms *plaintiff has filed* with Prison Health Services, Inc. and/or its employees at Easterling Correctional Facility from March 19, 2007 until September 10, 2007.

    5. On or before October 2, 2007, the correctional defendants shall file a supplemental special report which contains (i) complete copies of all correctional incident reports compiled with respect to the uses of force against plaintiff on March 23, 2007 and June 7, 2007, and (ii) copies of the disciplinary reports lodged against the plaintiff in March of 2007 for his violations of Rule No. 41, Rule No. 44 and Rule No. 56.

    Done this 12th day of September, 2007.

                                  /s/ Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE