IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   2:07-CV-524-MEF |
| **SUSANNE BUSH, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**MOTION FOR LEAVE TO RESUBMIT EXHIBIT**

Comes now the undersigned counsel and moves to resubmit Exhibit 10 to the Correctional Defendants' Special Report (Doc. 40) and for cause states:

1. Upon review of the undersigned's file it was discovered that the second page of the incident report attached to Exhibit 10 was inadvertently omitted.

                Respectfully submitted,

                TROY KING
                Attorney General

                /s/ *Jack Wallace, Jr.*
                Jack Wallace, Jr.
                Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jwallace@ago.state.al.us

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 12th day of September, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Courtney Boyd, AIS 208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921  )
   Plaintiff,  )
  )
VS.  )
  ) CASE NO. 2:07-CV-524-MEF
  )
SUSANNE BUSH, et al.,  )
   Defendant (s)  )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Kenneth Sconyers</u>, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is <u>Kenneth Sconyers,</u> and I am presently employed as <u>Correctional Captain</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

On March 23, 2007, I instructed Lt. Mary Lee, First Shift Commander, to have Inmate Courtney Boyd placed in the Restricted Privilege Dormitory (C-1) pending investigation for violation of Departmental Rule #41 – Making false statement or charge to a ALDOC Employee with intent to deceive the employee or prejudice another person. Inmate Boyd had attempted to prejudice Nurse Susie Bush's supervisor, Health Service Administrator Kay Wilson, against her by falsely accusing Nurse Bush of making discriminating remarks about him. As reports indicated (Exhibit #1), Lt. Lee advised Inmate Boyd of his assignment to the Restricted Privilege Dorm. Inmate Boyd refused orders by both Lt. Lee and Sgt. Marcia Scott to report to Dorm C-1. Lt. Lee and Sgt. Scott then escorted Inmate Boyd to Dorm C-1 where he repeatedly refused orders by Lt. Lee and Sgt. Scott to enter the dorm. Dormitory Rovers Bobby Lingo and Anthony Williams, who were present at the time, attempted to assist. Officer Lingo placed his hands on Inmate Boyd's right shoulder and arm as he and Lt. Lee and attempted to escort Inmate Boyd into the dorm. Inmate Boyd pulled away from Lt. Lee, turned toward Sgt. Scott with clenched fists, and stated, "Y'all can't make me go in there!" Officer Williams grasped Inmate Boyd's left arm, and he, Officer Lingo, and Lt. Lee placed Inmate Boyd on the floor of Dorm C-1. Inmate Boyd continued to resist as Officer Lingo handcuffed him to the rear. Sgt. Shawn Logan approached Dorm C-1 and assisted in escorting Inmate Boyd to the Health Care Unit (All inmates and Officers involved in any use of force routinely receive an immediate medical examination following any use of force). While in transit to the Health Care Unit, Inmate Boyd allegedly fell on the sidewalk. The Health Care Unit was immediately notified, and a Nurse responded to the scene. Inmate Boyd then got up and walked to the Health Care Unit where he was examined by Nurse Deborah Shehane. As indicated on the Medical Report, Inmate Boyd


DEFENDANT'S EXHIBIT 10

Affidavit – Kenneth Sconyers
Civil Action – 2:07 CV-524-MEF
Page 2

suffered only a slight scrape to his knee as a result of the fall or being forced to the Dorm C-1 lobby floor. Inmate Boyd was then placed in Administrative Segregation pending additional charges of RV# 56- Failure to obey a direct order of a DOC Official, and RV# 44 – Threats. Lt. Willie Bryant, who was not a participant in the use of force, conducted a Use of Force Investigation. Lt. Bryant concluded that the use of force against Inmate Boyd was justified and that only the minimal amount of force was used.

I have in no way violated Inmate Boyd's constitutional rights. I assert that any injury or disciplinary action received by Inmate Boyd was a direct result of his non-conformity to institutional rules and regulations.

KENNETH SCONYERS

SWORN TO AND SUBSCRIBED TO before me this the 5th day of July, 2007.

NOTARY PUBLIC

My Commission Expires: 03/27/07.

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

# INCIDENT REPORT

| 1. Institution: Easterling Correctional Facility | 2. Date: 3/23/07 | 3. Time: 9:40 AM | 4. Incident Number: ECF-07-307 | Class Code: C |
|---|---|---|---|---|

| 5. Location Where Incident Occurred: Dormitory C-1 (Restricted Privileges Dorm) | 6. Type of Incident: R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force) |
|---|---|

| 7. Time Incident Reported: 10:26 AM   RECEIVED APR - 9 2007 | 8. Who Received Report: Captain Kenneth Sconyers |
|---|---|

**9. Victims:**
| | Name | | AIS |
|---|---|---|---|
| a. | N/A | No. | N/A |
| b. | | No. | |
| c. | | No. | |

**10. Suspects:**
| | Name | | AIS |
|---|---|---|---|
| a. | Courtney Boyd | No. | B/208921 |
| b. | | No. | |
| c. | | No. | |
| d. | | No. | |
| e. | | No. | |

**11. Witnesses:**
| | Name | | AIS |
|---|---|---|---|
| a. | Anthony Williams, CO I | No. | N/A |
| b. | Bobby Lingo, CO I | No. | |
| c. | Marcia Scott, CO II | No. | |
| d. | | No. | |
| e. | | No. | |
| f. | | No. | |
| g. | | No. | |

**PHYSICAL EVIDENCE:**
12. Type of Evidence
N/A

13. Description of Evidence:
N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.
e.

**15. Narrative Summary:**

On March 23, 2007, Lt. Mary Lee was assigned as the First Shift Commander and Sgt. Marcia Scott was assigned as the Assistant First Shift Commander. At approximately 9:40 AM, Lt. Lee escorted Inmate Courtney Boyd, B/208921, to the Shift Commander's Office, and advised Inmate Boyd that was being placed in Dormitory C-1 (Restricted Privileges Dorm) per Captain Kenneth Sconyers for Rule Violation #41-Making false statements or charges to an ADOC Employee with intent to Deceive the Employee or Prejudice Another Person. Lt. Lee then ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd refused to comply with the order. Sgt. Scott also ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd again refused to report to Dormitory C-1. Lt. Lee and Sgt. Scott exited the Shift Commander's Office and escorted Inmate Boyd to Dormitory C-1. At approximately 9:52 AM, Lt. Lee, Sgt. Scott, and Inmate Boyd entered Dormitory C lobby. Lt. Lee ordered Inmate Boyd to enter C-1. Inmate Boyd refused to comply with the order. Sgt. Scott again ordered Inmate Boyd to enter C-1. Inmate Boyd again refused to comply with the order. Officer Bobby Lingo, the assigned C-1 Rover, and Officer Anthony Williams, the assigned C-2 Rover, entered the lobby. Officer Lingo grasped Inmate Boyd by his right shoulder and arm. Lt. Lee grasped Inmate Boyd by his left shoulder and arm. Lt. Lee and Officer Lingo attempted to escort Inmate Boyd into C-1. Inmate Boyd began to resist. Inmate Boyd pulled away from Lt. Lee, and turned around in an



STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Easterling Correctional Facility | Incident Number: ECF- 07- | Class Code: C |
|---|---|---|
| Date: 3/23/07 | | Type of Incident: R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force) |

Narrative Summary (Continued) Page No. 2

aggressive and threatening manner, at Sgt. Scott, with his fists clinched and stated, "Y'all can't make me go in there." Officer Williams then grasped Inmate Boyd's left arm. Lt. Lee, Officer Lingo, and Officer Williams placed Inmate Boyd on the floor. Inmate Boyd continued to resist. The inmates in C-1 began encouraging Inmate Boyd to comply with the order. Officer Lingo placed handcuffs on Inmate Boyd's left arm. Officer Williams placed handcuffs on Inmate Boyd's right arm. Officers Lingo and Williams picked Inmate Boyd up off the floor. Sgt. Shawn Logan, the Segregation Commander, entered C-1 to assist with the incident. At approximately 10:20 AM, Lt. Lee, Sgt. Logan, Sgt. Scott, and Officer Williams escorted Inmate Boyd to the Health Care Unit. As Inmate Boyd was being escorted to the Health Care Unit, Inmate Boyd fell on the sidewalk. Lt. Lee via radio advised Officer Stephanie Govan, the assigned Health Care Unit Rover, to escort the Nurse to the sidewalk in front of Dormitory B, because Inmate Boyd had fallen on the sidewalk. Inmate Boyd then got up, and continued walking to the Health Care Unit. At approximately 10:25 AM, Inmate Boyd was examined by Nurse Deborah Shehane (See attached medical report). At approximately 10:26 AM, Lt. Lee reported the incident to Captain Kenneth Sconyers and Warden Carter F. Davenport. At approximately 10:30 AM, Inmate Boyd was released from the Health Care Unit. Captain Sconyers advised Lt. Lee to place Inmate Boyd in Administrative Segregation. At approximately 10:30 AM, Lt. Lee, Sgt. Scott, Sgt. Logan, and Officer Lingo escorted Inmate Boyd to the Segregation Unit. Inmate Boyd was processed into Administrative Segregation pending disciplinary action for R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats. At approximately 10:45 AM, Officer Williams reported to the Health Care Unit and was examined by Nurse Mona Payne (See attached medical report). At approximately 10:51 AM, Officer Williams was released from the Health Care Unit and resumed his tour of duty. At approximately 11:15 AM, Officer Lingo reported to the Health Care Unit and was examined by Nurse Payne (See attached medical report). At approximately 11:22 AM, Officer Lingo was released from the Health Care Unit and resumed his tour of duty. At approximately 12:03 PM, Lt. Lee reported to the Health Care Unit and was examined by Nurse Diane Bowman (See attached medical report). At approximately 12:07 PM, Lt. Lee was released from the Health Care Unit and resumed her tour of duty. At approximately 1:37 PM, Lt. Lee completed a Duty Officer Report and e-mailed the report to the appropriate Officials (See attached Duty Officer Report). On March 26, 2007, Lt. Willie Bryant conducted a Use of Force Investigation Sheet (See attached Use of Force Investigation Sheet). (See attached statements of Sgt. Marcia Scott, Officer Bobby Lingo, and Officer Anthony Williams).

Lt. Mary Lee
Mary Lee, COS I



ADOC Form 302-B – June 1, 2005