IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to resubmit exhibit filed by the correctional defendants on September 12, 2007 (Court Doc. No. 46), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of September, 2007.


                                                 /s/ Charles S. Coody
                                                 CHARLES S. COODY
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE