IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

COURTNEY BOYD
PLAINTIFF

Vs.

SUSANNE BUSH et.al.,
Defendants

Case No: 2:07-CV-524 MEF

MOTION TO OBJECT TO THE COURT ORDER ENTERED

AND NOTICE OF APPEAL

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court objecting to the Judgment entered on September 12,2007, and also give his notice of appeal. The Petitioner submit the following:

1. The Plaintiff objects to the court order entered on 9-12-07, because the plaintiff has a right to discovery & interrogatories, gives to him under the United States Constituion, which give you equal protection of the law. Rule 33 Fed.R.Civ.Proc. Says " You may seek interrogatoies without leave of the court. And Rule 26 Fed.R.Civ.Proc. Says " A party must without a waiting a discovery request serve the other party.

2. For this Honorable Court to denied the plaintiff both discovery & interrgatoies is very perjudice to his case, because without this information he is seeking, it will impossible to answer the defendant special report. The thing that the plaintiff is seeking are very much relevant to his claim, against the defendants.

3. The plaintiff has been grant indigent staute, so he unable to pay for any copies out of his medical record and instutitional file. Therefore, he request that the defendants forward him an copy.

PAGE !

4. The plaintiff will ask the Defendant the question in his interrogatories at trial and request that the Defendants be held to answer these question, so that the plaintiff will have them under Oath.

5. If this Honorable Court does not grant the plaintiff both Discovery & Interrogatories, he will not be able to Name the other Defendants listed as Jhon Doe Does, if he is not grant his full Discovery.

6. The plaintiff need the Defendants Certificated Copies of their medical license, and not sure name what school they want too. Also the prison Health Service Administrative Rule, which the prison Health Service are govern by. Also the ADOC Administrative Rules, these Rule will be use to show the Defendants went outside their Job Duties.

7. The plaintiff request for all of his Complaint & Grievance, filed from 8-17-05 until Sep. 11, 2007, because the plaintiff has filed nomerous Complaint against Nurse Bush. If this Honorable order, the Defendant to answer the interrogatories, it will show that Defendant Wilson never answer one complaint filed against Nurse Bush.

Page 2

8. The plaintiff request for all Defendants personnel files, because it will show if they ever been charge, by an other Inmate of using force or making recial statements.

9. The plaintiff interrogatories deal with the claim in this Honorable Court, so to denied the questions asked will be very persudice to the plaintiff case. This Honorable Court said that the plaintiff may file for both Discovery & Interrogatories within 10 days after the Defendant answer, so I do not understand why the Motions was denied.

10. If this Honorable Court does not want to grant the plaintiff his Discovery & Interrogatories, then forward this to the 11th Circuit Court of Appeals.

Wherefore, The plaintiff prays that this Honorable Court will grant this motion and order the Defendants to answer both Discovery & Interrogatories.

Courtney Boyd

Certificate of Service

I hereby certify that I have served the Defendants counsel, with a copy of this motion, by placing it into Kilby Institutional mail Box on 9-13-07.

Courtney Boyd

Page 3

Courtney Bert #208921 C-2-24A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery AL
36101