IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD,                    )
                                  )
        PLAINTIFF,                )
                                  )
v.                                )    CASE NO. 2:07-cv-524-MEF-CSC
                                  )
SUSANNE BUSH, et al.,             )
                                  )
        DEFENDANTS.               )

## ORDER

This cause is before the Court on the Plaintiff's Motion to Object to the Court Order

Entered and Notice of Appeal (Doc. # 48), which this Court construes as an objection to an

Order of the Magistrate Judge concerning discovery (Doc. # 45).  In accordance with Federal

Rule of Civil Procedure 72(a), this Court has reviewed the objection, the Magistrate Judge's

Order, and all submissions related to that Order.  This Court finds that the Magistrate Judge's

Order is neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore,

Plaintiff's objection is OVERRULED.

DONE this 28th day of September, 2007.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE