IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) 2:07-CV-524-MEF |
| **SUSANNE BUSH, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## RESPONSE TO COURT ORDER (DOC. 45)

Come now the ADOC Defendants, by and through the undersigned counsel and in response to this Honorable Court's September 19, 2007 Order (Doc. 45) submit the following:

1.   Affidavit of Latrice Green with attachments.

                                        Respectfully submitted,

                                        TROY KING
                                        Attorney General

                                        /s/ *Jack Wallace, Jr.*
                                        Jack Wallace, Jr.
                                        Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jwallace@ago.state.al.us

1

**CERTIFICATE OF SERVICE**

   I hereby certify that I have, this the 2nd day of October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Courtney Boyd, AIS 208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

              /s/ *Jack Wallace, Jr.*
              Jack Wallace, Jr.
              Assistant Attorney General

## AFFIDAVIT

COURTNEY BOYD, #208921
    PLAINTIFF,

        VS                              CASE NO. 2:07-CV-524-MEF

SUSANNE BUSH, et al.
    DEFENDANT (S)

STATE OF ALABAMA
EASTERLING CORRECTIONAL FACILITY

    I, <u>Latrice Green</u>, hereby certify and affirm that I am a <u>Classification Supervisor</u>, at Easterling Correctional Facility; that I am one of the custodians of <u>Inmate Records</u> at this institution; that the attached document (s) are true, exact, and correct photocopies of certain documents maintained here in the <u>Classification Unit</u>; and that I am over the age of twenty-one years; and competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Easterling Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the ___15___ day of ___September___, 20_07_.

___/s/ Latrice Green___

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __18th__ DAY OF __September__, 20_07_. MY COMMISSION EXPIRES My Commission Expires Jan. 24, 2009

___/s/___
NOTARY PUBLIC

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: Easterling Correctional Facility | 2. Date: 3/23/07 | 3. Time: 9:40 AM | 4. Incident Number: ECF-07-307 | Class Code: C |
|---|---|---|---|---|
| 5. Location Where Incident Occurred: Dormitory C-1 (Restricted Privileges Dorm) | | 6. Type of Incident: R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force) | | |
| 7. Time Incident Reported: 10:26 AM   RECEIVED APR - 9 2007 | | 8. Who Received Report: Captain Kenneth Sconyers | | |

9. Victims:   Name                                              AIS
   a. N/A                                                       No. N/A
   b. ___                                                       No. ___
   c. ___                                                       No. ___

10. Suspects:  Name                        AIS
    a. Courtney Boyd               No. B/208921
    b. ___                         No. ___
    c. ___                         No. ___
    d. ___                         No. ___
    e. ___                         No. ___

11. Witnesses: Name                        AIS
    a. Anthony Williams, CO I      No. N/A
    b. Bobby Lingo, CO I           No. ___
    c. Marcia Scott, CO II         No. ___
    d. ___                         No. ___
    e. ___                         No. ___
    f. ___                         No. ___
    g. ___                         No. ___

PHYSICAL EVIDENCE:
12. Type of Evidence
    N/A

13. Description of Evidence:
    N/A

14. Chain of Evidence:
    a. N/A
    b.
    c.
    d.
    e.

15. Narrative Summary:

On March 23, 2007, Lt. Mary Lee was assigned as the First Shift Commander and Sgt. Marcia Scott was assigned as the Assistant First Shift Commander. At approximately 9:40 AM, Lt. Lee escorted Inmate Courtney Boyd, B/208921, to the Shift Commander's Office, and advised Inmate Boyd that was being placed in Dormitory C-1 (Restricted Privileges Dorm) per Captain Kenneth Sconyers for Rule Violation #41-Making false statements or charges to an ADOC Employee with intent to Deceive the Employee or Prejudice Another Person. Lt. Lee then ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd refused to comply with the order. Sgt. Scott also ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd again refused to report to Dormitory C-1. Lt. Lee and Sgt. Scott exited the Shift Commander's Office and escorted Inmate Boyd to Dormitory C-1. At approximately 9:52 AM, Lt. Lee, Sgt. Scott, and Inmate Boyd entered Dormitory C lobby. Lt. Lee ordered Inmate Boyd to enter C-1. Inmate Boyd refused to comply with the order. Sgt. Scott again ordered Inmate Boyd to enter C-1. Inmate Boyd again refused to comply with the order. Officer Bobby Lingo, the assigned C-1 Rover, and Officer Anthony Williams, the assigned C-2 Rover, entered the lobby. Officer Lingo grasped Inmate Boyd by his right shoulder and arm. Lt. Lee grasped Inmate Boyd by his left shoulder and arm. Lt. Lee and Officer Lingo attempted to escort Inmate Boyd into C-1. Inmate Boyd began to resist. Inmate Boyd pulled away from Lt. Lee, and turned around in an

03APR07
(JC)

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Easterling Correctional Facility | Incident Number: ECF- 07- | Class Code: C |
|---|---|---|
| Date: 3/23/07 | | Type of Incident: R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force) |

Narrative Summary (Continued) Page No. 2

aggressive and threatening manner, at Sgt. Scott, with his fists clinched and stated, "Y'all can't make me go in there." Officer Williams then grasped Inmate Boyd's left arm. Lt. Lee, Officer Lingo, and Officer Williams placed Inmate Boyd on the floor. Inmate Boyd continued to resist. The inmates in C-1 began encouraging Inmate Boyd to comply with the order. Officer Lingo placed handcuffs on Inmate Boyd's left arm. Officer Williams placed handcuffs on Inmate Boyd's right arm. Officers Lingo and Williams picked Inmate Boyd up off the floor. Sgt. Shawn Logan, the Segregation Commander, entered C-1 to assist with the incident. At approximately 10:20 AM, Lt. Lee, Sgt. Logan, Sgt. Scott, and Officer Williams escorted Inmate Boyd to the Health Care Unit. As Inmate Boyd was being escorted to the Health Care Unit, Inmate Boyd fell on the sidewalk. Lt. Lee via radio advised Officer Stephanie Govan, the assigned Health Care Unit Rover, to escort the Nurse to the sidewalk in front of Dormitory B, because Inmate Boyd had fallen on the sidewalk. Inmate Boyd then got up, and continued walking to the Health Care Unit. At approximately 10:25 AM, Inmate Boyd was examined by Nurse Deborah Shehane (See attached medical report). At approximately 10:26 AM, Lt. Lee reported the incident to Captain Kenneth Sconyers and Warden Carter F. Davenport. At approximately 10:30 AM, Inmate Boyd was released from the Health Care Unit. Captain Sconyers advised Lt. Lee to place Inmate Boyd in Administrative Segregation. At approximately 10:30 AM, Lt. Lee, Sgt. Scott, Sgt. Logan, and Officer Lingo escorted Inmate Boyd to the Segregation Unit. Inmate Boyd was processed into Administrative Segregation pending disciplinary action for R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats. At approximately 10:45 AM, Officer Williams reported to the Health Care Unit and was examined by Nurse Mona Payne (See attached medical report). At approximately 10:51 AM, Officer Williams was released from the Health Care Unit and resumed his tour of duty. At approximately 11:15 AM, Officer Lingo reported to the Health Care Unit and was examined by Nurse Payne (See attached medical report). At approximately 11:22 AM, Officer Lingo was released from the Health Care Unit and resumed his tour of duty. At approximately 12:03 PM, Lt. Lee reported to the Health Care Unit and was examined by Nurse Diane Bowman (See attached medical report). At approximately 12:07 PM, Lt. Lee was released from the Health Care Unit and resumed her tour of duty. At approximately 1:37 PM, Lt. Lee completed a Duty Officer Report and e-mailed the report to the appropriate Officials (See attached Duty Officer Report). On March 26, 2007, Lt. Willie Bryant conducted a Use of Force Investigation Sheet (See attached Use of Force Investigation Sheet). (See attached statements of Sgt. Marcia Scott, Officer Bobby Lingo, and Officer Anthony Williams).

*Lt. Mary Lee*
Mary Lee, COS I

ADOC Form 302-B – June 1, 2005

## STATEMENT OF OFFICER ANTHONY WILLIAMS

ON MARCH 23, 2007, OFFICER ANTHONY WILLIAMS ASSISTED LT. MARY LEE WITH ESCORTING INMATE COURTNEY BOYD, B/208921, IN DORM C-1. INMATE BOYD REFUSED TO ENTER THE DORM AND PULLED AWAY FROM LT. LEE. INMATE BOYD THEN APPROACHED SGT. MARCIA SCOTT IN A HOSTILE AND THREATENING MANNER WITH HIS FIST CLINCHED. OFFICER WILLIAMS GRABBED INMATE BOYD, WITH OFFICER BOBBY LINGO'S ASSISTANCE. OFFICERS WILLIAMS AND LINGO FORCED INMATE BOYD TO THE FLOOR AND PLACED HANDCUFFS ON INMATE BOYD TO THE REAR. THIS IS A TRUE AND ACCURATE STATEMENT TO THE BEST OF MY KNOWLEDGE. END OF STATEMENT.

*Anthony Williams*
ANTHONY WILLIAMS, CO I

)                                                    )

## Statement of Officer Bobby Lingo

On March 23, 2007, Lt. Lee and Sgt. Scott entered Dorm C with Inmate Courtney Boyd, B/208921, to be placed in Dorm C-1. As Lt. Lee was escorting Inmate Boyd by the right arm to C-1 and Officer Lingo was escorting with the left arm, Inmate Boyd jerked away in a hostile manner from Lt. Lee. Officer Bobby Lingo and Officer Anthony Williams placed Inmate Boyd on the floor and placed handcuffs on Inmate Boyd to the rear.

_Bobby Lingo_ COI
Bobby Lingo, CO I

## Statement of Sgt. Marcia Scott

On March 23, 2007, I, Sgt. Marcia Scott was assigned as the Assistant Shift Commander. At approximately 9:35 AM, Lt. Mary Lee and I gave Inmate Courtney Boyd, B/208921, several direct orders to report to Dorm C-1 (Restricted Privileges Dorm). Inmate Boyd refused to comply with the orders and stated, "I'm not going to C-1. Y'all can put me in seg." Lt. Lee and I escorted Inmate Boyd to Dorm C-1. Inmate Boyd refused to enter Dorm C-1. Lt. Lee and I gave Inmate Boyd several orders to enter Dorm C-1. Inmate Boyd did not comply with the orders. Lt. Lee and Officer Bobby Lingo grasped Inmate Boyd by his arms and attempted to escort Inmate Boyd into Dorm C-1. I was standing behind Inmate Boyd. Inmate Boyd became aggressive and turned around facing me in a threatening manner with his fists clinched. Inmate Boyd stated, "Y'all can't make me go in there." Lt. Lee, Officer Lingo, and Officer Anthony Williams placed Inmate Boyd on the floor. Other inmates in Dorm C-1 began to gather around trying to encourage Inmate Boyd to comply. I ordered the inmates to get on their beds. The inmates complied. Officer Williams placed handcuffs on Inmate Boyd to the rear. Lt. Lee, Officer Williams, Sgt. Shawn Logan, and I escorted Inmate Boyd to the Health Care Unit to be examined. This statement is true and correct to the best of my knowledge.

*Sgt. Marcia Scott*
Sgt. Marcia Scott

# USE OF FORCE
# INVESTIGATION SHEET

**LIST BELOW PERSONNEL INVOLVED/ INTERVIEWED**

Officer Anthony Williams
Officer Bobby Lingo
Lt. Mary Lee

**LIST BELOW INMATES INVOLVED/ INTERVIEWED**

Courtney Boyd, B/208921

**FINDING:** On March 23, 2007, Inmate Courtney Boyd, B/208921, was ordered several times by Lt. Mary Lee and Sgt. Marcia Scott to report to Dorm C-1 (Restricted Privileges Dorm). Inmate Boyd refused to comply with the orders and stated, "I'm not going to C-1. Y'all can put me in Seg." Officer Bobby Lingo grasped Inmate Boyd by his right shoulder and arm. Lt. Lee grasped Inmate Boyd by his left shoulder and arm. Inmate Boyd began to resist and started to pull away and turned around in an aggressive and threatening manner. Inmate Boyd was taken down to the floor by Officer Lingo and Officer Williams for his actions. Handcuffs were placed on Inmate Boyd to the rear.

**THE USE OF FORCE WAS JUSTIFIED:** A minimal amount of force was necessary to react to Inmate Boyd's threatening and aggressive behavior towards security staff.

INVESTIGATING OFFICER'S SIGNATURE

ATTACHMENT #1 SOP C-28



# EMERGENCY

| ADMISSION DATE 3/23/07 | TIME 10:25 AM | ORIGINATING FACILITY: Easterling □ SIR □ PDL □ ESCAPEE □ | □ SICK CALL □ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|
| ALLERGIES: NKDA | WT 172 | CONDITION ON ADMISSION: ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA | |
| VITAL SIGNS: TEMP 98.3 ORAL/RECTAL | RESP. 18 | PULSE 72  B/P 108/88 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S: "I went into 6A and they threw me on the ground & cuffed me."

**PHYSICAL EXAMINATION**

? Inmate to HCU for DOC Body Chart. Inmate states my knees & my head hurts. Inmate has scrape noted to ® knee. No bleeding noted @ this time. No injuries noted to head noted @ this time - no other cuts, bruises or abrasion noted @ this time. A/P/G. SK w/o to touch, resp @ base. No c/o noted & no visible distress noted.
A. Doc Body Chart

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT:** Return if needed

| DISCHARGE DATE 3/23/07 | TIME 1030 AM | RELEASE / TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
| NURSE'S SIGNATURE | DATE 3/23/07 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: Easterling Correctional Facility | 2. Date: 06/07/07 | 3. Time: 8:10 PM | 4. Incident Number: ECF-07-762 | Class Code: C |
|---|---|---|---|---|
| 5. Location Where Incident Occurred: Dorm B (Segregation Unit) Cell #11 | | | 6. Type of Incident: Inmate Alleged Accidental Injury | |
| 7. Time Incident Reported: 8:26 PM    RECEIVED AUG - 3 2007 | | | 8. Who Received Report: Lt. Nathaniel Lawson | |

9. Victims:
   a. N/A   No. _____
   b. _____   No. _____
   c. _____   No. _____

10. Suspects:
   a. Courtney Boyd   No. B/208921

11. Witnesses: (none listed)

**PHYSICAL EVIDENCE:**
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
   a. N/A

15. Narrative Summary:

On June 07, 2007, Sgt. Gerald Wright was assigned to Easterling Correctional Facility. At approximately 8:10 PM, Sgt. Wright was summoned to the Segregation Unit. Officer Darrell Bell was assigned as the Segregation Unit Rover. Officer Bell reported to Sgt. Wright that Inmate Courtney Boyd, B/208921 was lying on the floor in Cell #11 un-responsive. Inmate Torriano Carroll, B/155117, was housed in the cell with Inmate Boyd. At approximately 8:24 PM, Sgt. Wright and Officer Bell proceeded to Cell #11. Sgt. Wright looked through the Cell Door Observation Window and observed Inmate Boyd lying conscious on the floor on his back. Sgt. Wright asked Inmate Boyd several times what was wrong with him. Inmate Boyd remained un-responsive. Sgt. Wright ordered Inmate Boyd to get up and walk to the cell door to be handcuffed. Inmate Boyd did not comply with the order. Sgt. Wright ordered Inmate Carroll to report to the cell door to be handcuffed. Inmate Carroll complied with the order. Inmate Carroll was removed from the cell without incident. Inmate Boyd continued to be defiant by not responding to any verbal commands. Inmate Boyd raised his head and looked at Sgt. Wright and Officer Bell. Inmate Boyd clinched his fist and made his body stiff and rigid. Sgt. Wright instructed Officer Bell to place his hands on Inmate Boyd's right leg and right arm. Sgt. Wright placed his hands on Inmate Boyd's left leg and left arm. Sgt. Wright and Officer Bell removed Inmate Boyd from the cell and escorted him to the Lobby, by carrying him. At approximately 8:26 PM, Lt. Nathaniel Lawson entered the Segregation Unit Lobby from the Segregation Commander's Office. Sgt. Wright reported the incident to Lt. Lawson. Lt. Lawson ordered Officer Bell to place handcuffs on Inmate Boyd. Officer Bell placed handcuffs on Inmate Boyd. Lt. Lawson and Sgt. Wright placed Inmate Boyd in a chair in the lobby. Lt. Lawson questioned Inmate Boyd about the incident. Inmate Boyd reported that he had fallen off the bottom bunk in his cell. At approximately 8:30 PM, Inmate Boyd was examined

Distribution:   ORIGINAL AND ONE (1) COPY to Central I & I Division           COPY to Deputy Commissioner of Operations (Class A and B ONLY)
                COPY to Institutional File                                      COPY to Central Records Office

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: | Incident Number: | Class Code: |
|---|---|---|
| Easterling Correctional Facility | ECF-07 | C |
| Date: 06/07/07 | Type of Incident: Inmate Alleged Accidental Injury | |

Narrative Summary (Continued) Page No. 2

by Nurse Valley Hathaway in the Segregation Lobby (see attached Medical Chart). At approximately 9:20 PM, Inmate Boyd was released from Nurse Hathaway. Inmate Boyd walked back to his assigned cell escorted by Sgt. Wright and Officer Bell without incident. No further action taken.

Sgt. Gerald Wright

ADOC Form 302-B – June 1, 2005



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 6/7/07 | 8:30 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☒ OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97.8 ORAL/RECTAL   RESP. 20   PULSE 100   B/P 100/76   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION / SUTURES

S - "I fell off my bottom bunk on the floor."

O - B/M A+O x 3 but won't respond when spoken to. He is just pointing to his ® side. When he finally spoke he said his side hurts. Small dime sized bruise noted to ® hip area & a half dollar sized bump to

**PHYSICAL EXAMINATION**

the back of his head. Ø open areas noted. Pupils equal & react to light. Pedal pulse x 2. Pain on palpation to ® side. Abd. soft / non-distended & tender to touch to ® side. Bowel sounds present x 4 quads. Ø numbness or tingling in extremities. In ℞ pain as a sharp pain that radiates to ® leg as he tries to walk.

PROFILE RIGHT OR LEFT — bump
contusion
RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY

pt. in comfort. X-ray. Will notify Dr. Darbouze. Feldene 20mg po now & ® series chest x-ray in am po Dr. Darbouze / R Hathaway

**DIAGNOSIS** See above

**INSTRUCTIONS TO PATIENT** See above

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 6/7/07 | 9:20 AM/PM | Seg | | |

NURSE'S SIGNATURE R Hathaway   DATE   PHYSICIAN'S SIGNATURE   DATE 6/8/07   CONSULTATION

**INMATE NAME (LAST, FIRST, MIDDLE)** Boyd Courtney   DOC# 208924   DOB 12/11/81   R/S B/M   FAC. East

# STATEMENT

On June 7, 2007, at approximately 8:24 PM, I, Officer Darrell Bell observed Inmate Courtney Boyd, B/208921, laying in his assigned cell B-11 non responsive. Sgt. Gerald Wright was notified of the incident. Inmate Torriano Carroll, B/155117, was handcuffed and removed from cell B-11. Sgt. Wright entered cell B-11 and attempted to handcuff Inmate Boyd. Inmate Boyd clinched his fists. Sgt. Wright grasped Inmate Boyd's left leg and left arm. Sgt. Wright ordered me to grasp Inmate Boyd's right leg and right arm. Sgt. Wright and I escorted Inmate Boyd to the Segregation Unit Lobby. Inmate Boyd was examined by Nurse Valley Hathaway. END OF STATEMENT.

*Darrell Bell, CO*
Darrell Bell, CO