IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD (AIS # 208921), | § § | |
| Plaintiff, | § § | Civil Action No.: 2:07-cv-524-MEF |
| vs. | § § | |
| SUSANNE BUSH, ét al., | § § | |
| Defendants. | § | |

## SUPPLEMENTAL SPECIAL REPORT OF DEFENDANTS JEAN DARBOUZE, M.D., KAY WILSON, R.N., H.S.A. AND SUSANNE BUSH, L.P.N. PURSUANT TO COURT ORDER DATED SEPTEMBER 12, 2007

COME NOW Defendants, Jean Darbouze, M.D. (identified in Plaintiff's Complaint as "Dr. Jean Darbouze"); Kay Wilson, R.N., H.S.A. (identified in Plaintiff's Complaint as "Kay Wilson, RN"); and Susanne Bush, L.P.N., (hereinafter referred to collectively as "the Medical Defendants") and in response to this Honorable Court's Order of September 12, 2007, present the following Supplemental Special Report:

### I. RESPONSE

The Plaintiff, Courtney Boyd (AIS# 208921) is an inmate currently confined at Easterling Correctional Facility located in Clio, Alabama. On June 14, 2007, Mr. Boyd filed a Complaint against Jean Darbouze, M.D., Easterling's Medical Director; Kay Wilson, R.N., H.S.A., Easterling's Health Services Administrator; and Susanne Bush, L.P.N., a licensed practical nurse at Easterling, alleging that Dr. Darbouze and Nurse Wilson failed to provide him with appropriate medical treatment between March 19,

2007 and March 26, 2007. (See Compl.).[1] Mr. Boyd makes an allegation of racial discrimination against Nurse Bush regarding alleged statements made to him while being treated in Easterling's health care unit on March 19, 2007. (See Compl.). Mr. Boyd brings these claims pursuant to 42 U.S.C. § 1381(a), 42 U.S.C. § 1334, and 28 U.S.C. § 1367 as well as the Eighth and Fourteenth Amendments to the United States Constitution. (Id.) On September 10, 2007, Boyd filed a "Motion for Discovery" requesting production of numerous documents as follows:

> 1. Prison Healths Servcie Defendants to produce a clear copy of every Nurse Name & Date of Birth. This included Secretary for Easterling.Corr.Fac. HUC. Also well as the Name & Date of Birth of the Person who does X-Ray at Easterling Corr.Fac.
> 2. D.O.C. Defendants to produce a clear copy of every Officer Name& Date of Birth. This incul'd all three shift.
> 3. The Prison Health Service Defendant to produce any and all complaints fileds by the plaintiff, also well as every Grievance Form filed. The Complaints and Grievance filed by other inamte's from 8-17-05 until 9/10/07.
> 4. The D.O.C. Defendants will produce their personnal Department file, and the Prison Health Service will produce a clear copy of their personnal file from the Head Office and Head Nurse.
> 5. Produce a Clear Copy of the plaintiff institutional and Medical Records.
> 6. Produce a clear copy of D.O.C. Administrative Regulation # 204, 206, 208,211,212,213,214,217,220,225,227,403,410. This inculded all of the Annex From to each one.
> 7. The Prison Health Service produce a clear copy of their full Adminstrative Regulation on their employee.
> D.O.C. Produce a clear copy of their Duty Log for March 19,23,24,25,26. This include Segregation Duty Log also, and All incident report on this matter.
> 8. The Prison Health Service Defendants to produce a clear copy of the Certificated Copy of theie Medical licence. Do not just list what school you want to, but produce a Certificated Copy. This include every one list in number #1, this way when the plaintiff name the Jane Doe's he will all ready have them.

---

[1] This is the second lawsuit Mr. Boyd has filed against Defendants Darbouze and Wilson regarding medical treatment received at Easterling Correctional Facility. Boyd's initial action is pending as 2:06-cv-511-WKW before the Honorable Charles S. Coody.

(See Doc. 41).

In response to Plaintiff's Motion, the Court entered an Order on September 12, 2007 granting said Motion, in part, and requested the following information from the Medical Defendants:

> On or before October 2, 2007, the medical defendants shall file a supplemental special report which includes copies of complaints and grievance forms ***plaintiff has filed*** with Prison Health Services, Inc. and/or its employees at Easterling Correctional Facility from March 19, 2007 until September 10, 2007.

(See Doc. 45 at ¶ 6).

WHEREFORE, Defendants Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A. and Susanne Bush, L.P.N. supplement their pending Special Report to include the above requested information attached hereto as Ex. "A."

Respectfully submitted,


*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Jean
Darbouze, M.D., Kay Wilson, R.N.,
H.S.A. and Susanne Bush, L.P.N.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 2nd day of October, 2007, to:

Courtney Boyd (AIS# 208921)
EASTERLING CORRECTIONAL FACILITY
200 Wallace Drive
Clio, Alabama 36017

                                          *s/ R. Brett Garrett*
                                          Of Counsel

## INMATE REQUEST SLIP

Name _Courtney Boyd_ Quarters _D-1_ Date _3-22-07_
AIS # _208921_

( ) Telephone Call ( ) Custody Change (✓) Personal Problem
( ) Special Visit ( ) Time Sheet ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Dear Ms. Wilson, I wanted to talk with you about my Grievance filed 3-15-07. So since you don't I want to have a Appeal from. Because you are taking side with your friends. I wanted to talk with you and Nurse Bush at the same time about my Complaint. So please call me over to give me my Appeal from.

Do Not Write Below This Line - **For Reply Only**

Mr. Boyd, you + I talked when you were in the HCU today, 3/23/07. You were also given a grievance appeal form as you requested. K. Wilson, RN/HSA, 3/23/07.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

N176



Prison Health Services, Inc.

## Inmate Grievance

| Courtney Boyd | 208921 | B-14 Seg | 4-15-07 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A --- Inmate Grievance**

Dear Ms. Ewilson, As you know I was seen by the Doctor 4-13-07, Well once more I was not given proper medical care, by the nurse or doctor, I don't even have my vital sign done, And the Doctor would not order me an x-ray on my back. After I told me I was [illegible] drug my office, on the same day you sent nurse Bush had me wrote up, and put into jail. I was coffee while I was being drug. I take my life very serious. If I have done any thing wrong to any nurse I do ask forgiveness form you all. Because I should not be treated like this, and I don't want to make you all mad and when I need your help you turn me down or I may get the wrong med. extra, which could kill me. So if I don't ask to you all I ask forgiveness and mercy on my life from you all.

INMATE SIGNATURE

**PART B --- RESPONSE**   DATE RECEIVED 4-16-07

Mr. Boyd, vital signs are done as medically necessary and indicated. The MD would have ordered an x-ray if medically indicated.

K Ewilson RN/HSA
P.H.S. Department Head Signature

4/17/07
DATE

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X    Other | ☐ | ☐ |

Committee Review of Data Collection

RECEIVED APR 16 2007

11/03 – Alabama
Revised 5/16/05

## Prison Health Services, Inc.

### Inmate Grievance Appeal

NAME: Courtney Boyd       AIS #: 208921       UNIT: B-1-11       DATE: 4-19-07

**PART A – INMATE Grievance Appeal for the following reason:**

I have been having problems with the nurse and Doctor Staff here at Eastering. I wrote letter to the F.B.I. let them know how I have being getting poor Medical Care, And how nurse Bush keep picking at me, and how I hear Some one say, I hate that Black Ass Nigger, I told Ms. Wilson that she was the only one around the concer, Ms. Wilson did not talk with me about it, but had me write up and put into jail. I was drug by officers while I was cuffed behind my back down on the ground. When I ask the doctor for an x-ray he would not give me one. I'm making two copys just in case we don't get this one.

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**   DATE RECEIVED: 5-1-07

Mrs. Wilson and Mrs. Blackmon along with the ACO Officer were present at the time you said this occured. No one heard anyone including Mrs. Bush make the above statement. I have reviewed your medical record and your numerous complaints of back pain. Reviewed all x-ray results which were normal. However based upon your continued complaints of pain I am going to present your case to Dr. McQueen the state medical Director for her review. Thank you!

Inmate Signature: Boyd 20891       Date: 5-1-07
Health Services Department Head: Johnson RN HSA       Date: 5-1-06-07

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

0535-AL

White-Administration Copy       Yellow-Response Copy       Pink-Notary Copy

Prison Health Services, Inc.

## Inmate Grievance

NAME: Courtney ▓▓▓▓

AIS #: 208821

UNIT: B-1-11

DATE: 5-7-07

**PART A --- Inmate Grievance**

Dear Ms. Wilson, As we know I don't to fall go through my medical record, and Sgt. Lanan says you are Ms. Johnson said that y'all had to talk with your counsel before I was able to look at them again. As you know I don't start looking at them until April 26, 2007. So I still need to copy something down, so please check with your counsel and let me know why don't y'all follow the Court order. I'm sending a copy of this to the Hon. Judge, just in case y'all think y'all don't see it, or get to. Also what did Dr. McQueen say about me? I had a Doctor appointment but I don't go because these Both ask for the officer to take us back. Please let me know what happen?

INMATE SIGNATURE: [signature]

**PART B -- RESPONSE**   DATE RECEIVED 5-8-07

Mr. Boyd, as I explained to you today, I have nothing to do with when you are allowed time to review your records. It is up to DOC & when they can arrange it. I was told that you do have to pay ahead of time before you can get copies made.

P.H.S. Department Head Signature: JKWilson, RN/HSA

DATE: 5-8-07

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

MAY - 8 2007

Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney Boyd      AIS #: 208921      UNIT: 13-1-11      DATE: 6-7-07

### PART A—Inmate Grievance

Dear Wilson, I was having severe pain in my left side when I fell out. I was drug out to the sick call room by officer Bell and Sgt. Wright. When I got out there I was seen by nurse. I did not ever get a body chart, when she seen on [illegible] bump on the back of my head. I was placed back into my cell in a wheelchair. I don't get proper medical care. Everytime I get sick I have this problem about not getting proper medical care. Please call me out to talk about this problem. Please don't lade this one!

INMATE SIGNATURE: [signed]

### PART B – RESPONSE         DATE RECEIVED 6-8-07

Mr. Boyd, as I explained to you today, while you were over at the HCU for your x-ray, a body chart was done on you on 6/7/07. And Dr. Darbouze was notified.

P.H.S. Department Head Signature: K. Wilson, RN/HSA

DATE: 6-8-07

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ■ | ☐ | VI  Delay in Health Care Provided | ■ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ■ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

JUN - 8 2007

## PRISON HEALTH SERVICES
## MEDICAL COMPLAINT FORM

**NAME:** Courtney Boyd  **AIS #:** 208921  **UNIT:** B-1-73  **DATE:** 6-20-07

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A --- INMATE REQUEST**

Dear Ms. Wilson, I have realize that I can never get proper medical help, because of those two suit I have against all, but if it take me to letting them go to get proper medical help then you say the word and I will let them both go, if it help me get better medical help then what I'm getting. I sometime feel as if I'm about to die, and when the officer call the nurse they all say "sign up for sick call". Even when I'm having chest pain. I was seen on sick call on 6-7-07, about my left side hurting me. I wanted my appendix look at by the doctor, but it has been over 14 days, and I still have not gotten proper medical help. please help me, it is my life that you all are playing with.

INMATE SIGNATURE: Courtney Boyd

**PART B -- RESPONSE**   DATE RECEIVED 6-21-07

Mr. Boyd, you have an appointment scheduled to see Dr. Daubouze today, 6/21/07.

MEDICAL STAFF SIGNATURE: K Wilson, RN/HSA
DATE: 6/21/07

**IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

JUN 21 2007

NC 073

COPY

# Prison Health Services, Inc.

## Inmate Grievance **Appeal**

NAME: Courtney Boyd     AIS #: 208921     UNIT: C-1-4     DATE: 8/20/07

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same medical problem, which is not well. I have been given a life-long back insert I know, you said that DOC must remove my hold off my account, but DOC said you must do it, because I can't be charged for the same thing two times. And this is what my bill are for my back insert with happen June 30, 2006. Also what have Dr. McColton said about me, because I'm on a TOP Bed, and I have fell down two times, so I need my bottom Bed and back brace. I will be able to tell you more, when you talk with me! Thank-you, and please don't lose this!

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**     DATE RECEIVED: 8-20-07

As per our conversation, I have explained the ADOC co-pay policy in detail to you. Anytime you sign up for medical service you are charged a co-pay by the department of corrections. Due to your complex medical history I am recommending that we do a medical review for you. I will let you know the time and date. We will meet with you, ADOC and PHS and we will discuss all your medical concerns. Let me know if you have any further problems. Thank you.

Inmate Signature: _____ 208921
Date: 8-27-07

Health Services Department Head: _____
Date: 8-27-07

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

RECEIVED AUG 2 0 2007

50535-AL

White-Administration Copy     Yellow-Response Copy     Pink-Notary Copy