# IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd

VS.

Susanne Bush

2:07cv524-MEF

CIVIL ACTION NO: 2:07CV-524

RECEIVED 2007 OCT 16 A 10:00
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Motion for Subpoenas & Discovery & Interrogatories for Plaintiff

Comes Now, the plaintiff, Courtney Boyd, moves into this Honorable Court seeking to Re-Submit his Motion for Interrogatories & Discovery pursuant to Rule 26 & 33 Fed. R. C. V. proc. The plaintiff submit the following, in support:

1. The plaintiff submit his Traverse which shows that the Defendants has failed to answer his Complaint correctly, and has submitted everybody else, in-regards to this Lawsuit, and therefore, the Discovery & Interrogatories are very much need in this Case.

Wherefore, I pray that this Court will grant this Motion and order the the Defendant to produce a copy of every incident and Disciplinary & Citation from 3-01-06 until 10-7-07, All Admin. Rules & Regulations, Medical Record, Prison file, the Defendants' personnel files, as well as everything else asked for, in his Discovery & Interrogatories.

Courtney Boyd

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendants' Counsel, by placing it into Kilby his camp, Mail Box on Oct. 7, 2007.

Courtney Boyd

