IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
VS.                                    Case No: 2:07-CV-524-MEF
Susanne Bush LPN et.al
Defendant

## MOTION FOR DISCOVERY

Comes Now, The plaintiff Courtney Boyd, moves into this Honorable Court Pursuant to Rule 26 Fed.R. Of.Civ.Proc. The plaintiff Submit the followings:

1. Prison Health Service to Produce a Clear Copy of every Nurse name and Date of birth. This included Secretary for Easterling Corr. Fac. Also well as the name and Date of birth the Person who does X-ray at Easterling Corr. Fac.

2. D.O.C. Officer at Easterling Corr. Fac. to Produce a Clear Copy of every Officer name and Date of birth and ages. This incuild all three Shift.

3. The Prison Health Service Defendant to produce any and all Complaints filed by the plaintiff, and other Inmate against them, This incuild all Grievance from. D.O.C. Defendant to produce their Personnal Department files, and the Defendant of prison Health Service will Produce their personnal file from the Head office and Head nurse.

page 1

4. Produce a Clear Copy of the plaintiff institutional and Medical all 3 vol.

5. Each D.O.C. Defendant to Produce a Copy of employee file from personnal Department from the time they started until Now.

6. Each prison Health Service Defendant to produce a Copy of their employee file from the time they started until now.

7. D.O.C. to Produce Administrative Regulation # 204, 206, 207, 208, 211, 213, 214, 217, 220, 225, 227, 301, 306, 307, 414, 311, 312, 313, 403, 410. This included all of the Annex from to each one.

8. All Prison Health Service Aministrative Regulation on their employee.

9. D.O.C. Produce Clear Copy of the Duty log for March 19, 23, 24, 25, 26. This includ Segregation Duty log Also.

10. Prison Health Service Defendant to produce a Clear Copy of Certificated Copy of their Medical licence.

Wherefore, The plaintiff request for the name of all the D.O.C. and prison Health Service employee, so that he may identifie Jhon and Jane Doe and the other are to prove his Claims.

Corethy Boyd

Certificate of Service

I, hereby Certify that I have Served a copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box on Oct 16, 2007.

Corethy Boyd

Page 2

