IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #
Plaintiff
vs.

2:07-CV-524-MFE

Susanne Bush LPN et.al
Defendants

RECEIVED
2007 OCT 16 AM 10:28
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

MOTION FOR INTERROGATORIES

Comes Now, The Plaintiff Courtney Boyd, moves, into this Honorable Court Pursuant to Rule 26 & 33 Fed. R. Civ. Proc. The Plaintiff Submit the following:

Questions

1. List your full name?
2. List your Date of Birth?
3. How long have you live in Alabama?
4. Dr. Darbouze Did you not say you was not going to give the Plaintiff an x-ray on his back, After he Said he had been drug by Officer when he was cuffed and pass out on the ground?
5. MS. Kay Wilson did I address any Complaint against nurse Bush on March 19, 2007? Did you answer any complaint on this matter? How did you determine it was a false statement?
6. MS. Susanne Bush did you not pass out pills on 3-26-07 to B-1-40? Did you not tell the Plaintiff you could not help him, when He Said "He could not make, because my lower back and lower body had been out for three day?

Wherefore, The plaintiff prays that the Defendants will answer these questions within 20 days of receiving them.

*[signature]*

## Certificate of Service

I hereby Certify that I have served the forgoing upon the Defendants Cansel, by placing it into Easterling Corr. Fac. Mail Box on Oct. 7, 2007.

*[signature]*

Page 2



Courtney Boyd, AIS 208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

THE UNITED STATES DISTRICT
DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101