IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #208921
  Plaintiff
VS.                                        Case No: 2:07-CV-524-MEF

Susanne Bush LPN et al,
  Defendants,

## MOTION FOR INTERROGATORIES

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court under Rule 26 & 33 Fed. R. Civ. Proc. Persent to Sgt. Logan, Sgt. Scott, Lt. Lee, Officer A. Williams, Capt. Sconyers Officer W. M. Jordan, Officer Danskey, Lt. Lawsen, Sgt. Wright, Officer Bell, Officer McClain, Shall answer these question within 20 days of receiving them!

### Questions

1. Capt. Sconyers Did nurse Bush not say I made a false statement saying she said "I hate that Black Ass nigger." How Did ya determined that it was a false statement?

2. Sgt. Scott Did I ever speak or written to ya that I was go to cause ya bodily harm? Did Sgt. Logan not drag me while I was cuffed behind my back and pass out?

3. Sgt. Logan Did ya drag me while I was cuffed behind my back and pass out?

Page 1

4. Lt. Lee Did Sgt. Logan drug me while I was Cuffed and pass out on the ground? Did you have to make him stop?

5. Officer A. Williams Did Sgt. Logan drug me while I was Cuffed and pass out on the ground?

6. Officer Mr. M. Jordan Did I not report to you on March 23, 24, 25, 26, that my back went out and I could not move? Did you not say, you called the Hcu, and the nurse said for me to sign up for sick call?

7. Officer Danshey Did I not report to you on march 23, 24, 25, 26, that my back had went out and I could not move? Did you not say, you called the Hcu, and the nurse said for me to sign up for sick call?

8. Lt. Lawson Did you not see me on the floor on 6-7-07 in front of the Cubible hall way?

9. Sgt. Wright Did you not drug me from 11 Cell, into the hall way after I had passout on 6-7-07 in my Cell?

10. Officer Bell Did Sgt. Wright make you help him drug me out of 11 Cell into hall way in front of the Cubible?

11. Officer L. McClain was you not working in B-dorm on 6-7-07? Did you see Sgt. Wright drug me down the floor, into the hall way in front of the Bubble? Did I leave the D-Dorm to get a body chart.

12. List your full names?
13. List your Date of Birth

14. To All D.O.C. employee, is a polygraph testing required when ever a serious complaint is filed against an Officer &Am#204?

Wherefore, The Plaintiffs, Pray that the forgoing will be answer and the Defendants answer there.

Corey Ray

### Certificate of Service

I hereby Certify that I have sent a copy of the forgoing upon the Middle District, by placing it into Easterling corr. fac. Mail Box on ~~this~~ Oct. 7, 2007.

Corey Ray

Page 3



Courtney Boyd, AIS 208921
Eastering Correctional Facility
200 Wallace Drive
Clio, AL 36017

Legal Mail

THE UNITED STATES NEWER
DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101