IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD #208921
Plaintiff
VS.                                    ACTION NO: 2:07-CV-524-MEF
SUSANNE BUSH, et al.
Defendant

Traverse to THE DEFENDANTS SPECIAL
REPORT

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court of Judge Charles S. Coody, Chief United States Magistrate Judge for The United States District Court for the Middle District of Alabama:

1. The plaintiff has taken a review of the all Defendants Special report, in order to detrimine the facts and Circumance relevant to their Claims. The Defendants has Submit their Sworn Statement, Medical records, which is the Subject matter of this Complaint.

2. The Defendants Cannot plead for qualified immunity, because the Defendant who work for PHS, and are only employed by the ADOC, through a Contract To provide inmate with medical Care. The ADOC, Defendant Cannot plead qualified immunity when a civil rights lawsuit alleging excessive force. See Skitch vs Thornton 280 F.3d 1295.

3. The Medical Defendant said that the plaintiff Claims are moot, because the events which underline the Complaint have been resolved. However the Defendant have not resolved anything with the plaintiff.

Page 2

4. The plaintiff has filed over six to ten Complaint & grievance against Defendant Bush and some against Dr. Darboute, but none of these time have Ms. Kay Wilson, address an Complaint on this matter. The plaintiff would submit a Exhibit, but is unable, because he don't get his full discovery request.

5. The ADOC Defendant has failed to follow the Administrative Regulation #300 ☑ Procedure A 3 "Use of force by an officer or employee resulting in serious Physical Injury to the Inmate. The plaintiff has not talked with any I&I Division work. Yet. The Lt. Bryant at Easterling Corr. Fac. did investigation, which was wrong.

Wherefore, The plaintiff prays that this Honorable Court will set this matter down for an evidentiary hearing.

### Certificate of Service

I hereby Certify that I have served a copy of the forgoing upon the Defendants Counsel by placing it into Easterling Corr. Fac. Mail Box on Oct. 9 2007, 2007.

Courtney Boyd

### Argument In Support of Traverse

The plaintiff, Courtney Boyd, filed a suit, against the Defendants for excessive force & racial discrimination and denial of proper medical treatment. There negligence acted cause an Eight & 14th Amendment violation. The Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1331 and 42 U.S.C. §1983.

The Defendant has not answer the plaintiff Complaint, because on 3-19-07. While the plaintiff was in the HCu Defendant Bush came pass the plaintiff said "H' Courtney Boyd, then when around the Corner. That's when I her

Page 2

Someone said, "I hate that Black ASS NIGGER." Nurse Bush was the only person around the corner, when this statement was made. So I filed an complaint to Ms. Sharon L. Ormsby (F.B.I.) about Nurse Bush negligence & Discrimination was against me. On 3-23-07, Ms. Bush & Wilson went to Capt. Sconyers and asked him to lock me up, for Violation Rule 41 Making A False Statement or Charges. On March 23, 2007, I was told by Lt. Lee that I was going to C/I lock up. I asked her what I was I going to jail for, and she said, she don't know. So I was then talking to Sgt. Logan, by Lt. Lee and Sgt. Scott. Sgt. Logan said that I was been wrote up by Nurse Bush for Rule Violation 41, Making a false Statement or Charges. I was then talking back to C-I, and I was in the Dorm, when I said "Y'all can't make me go in there." I was then forced to the ground and cuffed for no reason, and was being talking to the HCU, when I fell out. I, awake to being druged by one of the officers Sgt. Logan. Keep in Mind I was cuffed with my hands behind my back. My head, arms, back was being druged on the Concrete by these officer, after I had fell out. I was druged about 10 or 15 feet, before stopping. I, then had to force myself up to walk to the HCU. This is the second time these three have shown racial Discrimination acts toward me, Capt. Sconyers, Nurse Bush, Wilson. See Exhibit A 2 which is a complaint I filed, when a officer told me that if I keep going to HCU. complaining of my back, the first shift nurse would have me kill, if I keep coming to the HCU about my back pain.

On 3-23 to the 26, 2007 I was in B-2-40 cell on the floor, when my back went out for three day and I could not move. On-3-26-07, I asked Nurse Bush for help, and she said oh well, their nothing I can do. I asked her for an body chart, but she said no sign up for sick call, which I did on 3-26-07 and was seen on 3-27-07. As a result of these three

disciplinary I was force to sleep on a steel bed without any mattress for 12 hour a day for a 110 days. See Exhibit 13 which was filed with the Complaint. The U.S. Supreme court has held that this is Cruel & Unusual punishment, and ADOC was order to stop taking inmate mattress, but Easterling Corr. Fac. are still doing so. I have an life-long disability do to my back injury. I was denied proper Medical Care on 3-23,24,25, 26, because He was force to lay on the floor, without any help. The plaintiff was denied proper medical care, by Dr. Darbuze, because he would not give me an X-ray on my back. After I told him I had been drugged by officer. Officer Danzer, Jorden, were the officer who said that they call the HCU, and the nurse's said for me to sign up for sick call, when they was told I could not move at all. I was force to go to the bathroom on myself. This is what these Officers should be order to submit an Affidavit on.

None of the incident Report was filed on time, by any of the Defendants. Nurse Beth did not file an incident report on 3-20-07, but filed it the same day I was placed in lock up on 3-23-07, and it was received by I&I on the 26 of March 2007. The incident report filed by Lt. Lee was not filed on March 23, 2007, before she went home, but was filed on April 3, 2007 and received on April 9, 2007. This is a major violation, because all incident reports must be filed before an officer go home. The Defendant for the Medical, submit an special report on 8-14-07, see their Exhibit 4A-4, which is Copy of the body chart done on 3-23-07, which shows my injuries I received from being drugged by officers. The ADOC submit a false Documents which must be s for the record, because it's not the same body chart submit by the Medical Defendant. The incident Report submit with Response to Court Order (DOC 45) filed on Oct. 2, 2007, shows that the incident Report was filed and received on Aug. 3, 2007, two months After the incident, and After this suit was filed. The Body Chart

Page 4

Shows my injuried of a bump on my head, from being drug up the wall, and my head hitting the floor.

Well their no dispute that the plaintiff already has a serious lower back pain problem, which has given him an life-long disability. Under the Alabama Law their a such thing as my a person condition, worst than what it is. The facted that the plaintiff was dragged on concrete two time, and then being force to sleep on a steel bed without a mattress, and denied him an x-ray, is clear a violation of 8th Amendment. A "Serious Condition" is an objectively serious medical need that, if left unattended, poses a serious risk of harm." Taylor vs. Adams 221 F.3d 1253 (11th Cir. 2003); Hope vs. Pelzer 536 U.S. 730, 122 S.Ct. 2508, 153 L.Ed. 2d 666 (2002); Farrow vs. West 320 F.3d 1235 (11th Cir. 2003). The condition must have either been diagnosed by a physician as mandating treatment or be so obvious that even a lay person would easily recognize the necessity for the doctor help. See Hill vs. DeKalb Regional Youth Detention Center 40 F.3d 1176 (11th Cir. 1994); Estelle vs. Gamble 429 U.S. 97, 104 1976).

It has been well settled that "A prison official's deliberate indifference to a substantial risk of serious harm to an inmate is a violation of 8th Amendment." Farmer vs. Brennan 128 L.Ed. 2d 811 (1994); Ayala Serrano vs. Gonzalez 909 F.2d. 817; Skitch vs. Thornton 280 F.3d 1295.

The Defendant Both Wilson, Scanyer, racial discrimination action, is what cause the Plaintiff harm. Their negligence action was done to cause the plaintiff serious bodily harm. Which is a violation of the 8th & 14th Amendment of U.S. Constitutional.

page 5

The Plaintiff submit it inmate request to the Warden, but don't get any help. Exhibit B.

Wherefore, The plaintiff pray that this Traverse be grant and this matter set down for trial.

*Courtney F. Bey*

## Conclusion

The Conclusion is that the Defendant's negligence acted of showing racial & discrimination acted, and drugging the plaintiff on concerts, constitutes an 8th & 14th Amendment violation.

*Courtney Bey*

## Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendant counsel, by placing it into Easterling Corr. Fac. mail box on: Oct. 7  2007.

*Courtney F. Bey*

Page 6



IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

vs

Susanne Bush
Defendant

Case NO: 2:07-CV-524-MEF

RECEIVED
2007 OCT 16 A 10:00
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

I do hereby swear that the traverse filed is true and correct to the best of my ability.

Done on 7 day of October 2007.

Pursuant to penalty of perjury that the forgoing is true and correct. Executed on: 10-7-07

Courtney Boyd

Page 1