IN THE DISTRICT COURT OF THE
UNITED STATES MIDDLE DISTRICT
OF ALABAMA

Courtney Boyd #208921
Plaintiff
VS.
Susanne Bush et. al,
Defendant

RECEIVED 2:07cv524-MEF
Civil Action No: 2:07-CV-524/MEF
2007 OCT 29 A 10:14
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Reconsideration OR Notice OF Appeal

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court seeking an reconsideration on Court Doc. No. 52, 53, 54, 55, AND Notice of Appeal. The plaintiff submit the following:

(1) The plaintiff filed for Discovery & interrogatories on Oct. 16 2007, which this Honorable Court granted the plaintiff the right to look at his medical & Prison records. This Honorable Court said that the plaintiff could write down anything he want to use as evidence in this case. See Court Doc. #57.

(2) The plaintiff had two time look at his Records, because he don't write down everything within these two days, Lt. Bryant said he will not be allowed to look at them again. However their are documents I needed out of my Prison & Medical record which I was not allowed to look at and copy. They were the incident records and Complaints & Grievance & Appeals Grievance, which he was going to send as evidence to this court. Lt. Bryant then tried to force me to sign the from saying I'm done looking at his records. This is why the plaintiff wanted both interrogatories & Discovery granted in full as is because I'm suing these people who are the same once I must get to allow him to look at his Records. This action is very hurtful to his case, because the Defendant are not being held to answer the interrogatories to the thing he claiming they did.

page 1

3. Under the Rule of Evidence 404(a) Evidence of a Person's Character or a trait of Character is admissible for the purpose of proving action in Conformity therewith on a particular occasion:

(4). The Interrogaties question are relevant to determination the Constitutional issue before this Court. Therefore, the Defendant's need to be order to answer All of the interrogaties from 1 to 22 & 1 to 26 from both Defendants, the ADOC, Medical Defendants, because this will prove their Character of them.

(5). The Defendants had failed to follow this Honorable Judge Court order (Court Doc #57) therefore this is Prejudice to the plaintiff Claim, because he does not have the money to make any copies & ADOC will not allow him to write down what he need. Therefore Every Discovery request is every much need to prove his Claim.

(6) The plaintiff prays that this Honorable Court order the Defendants to answer every question on his interrogaties and Produce every Discovery request for, because it will in no way hurt the Defendants, if they be order to answer produce an answer his Discovery & Interrogaties. However if this Honorable Court still does not want to grant this Motion, then place this Motion down for an Appeal.

Wherefore the plaintiff prays that this Honorable Court will grant this Motion and order the Defendants to produce & answer the above.

Courtney Boyd

Certicate OF Service

I hereby Certify that I have served a Copy of the foregoing upon the Defendants Cansel, by placing it into Easterling Corr. Fac. Mail Box on: Oct. 23, 2007.

Courtney Boyd

page 2

Courtney Boyd # 208921 2-1-6A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 351
26 OCT 2007 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery, AL
36101