IN THE UNITED STATES MIDDLE DISTIRCT OF ALABAMA

RECEIVED

Courtney Boyd

Plaintiff

2007 NOV 15 A 9: 55

   vs.

Dr.Darbouse et.Al.

Susanne Bush et.Al.

Shemekia Foster et.Al.

Defendants

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No:CV-06-511-WKW-CSC

CV-07-524-WKW-CSC

CV-07- 961 WKW-CSC

## NOTICE OF CHANGE OF ADDRESS

Comes  Now, The Plaintiff, Courteny BOyd, moves inot this  Honorable Court given
notice of his change of address from:Easterling Corr.Fac. 200 Wallace Dr.,Clio,Ala,36017,
To:Ventress Corr.Fac. P.O.Box 767 Clayton, Ala, 36016. So Please forward all of the
plaintiff legal mail to his new address.

## CERTIFICATE OF SERVICE

BUI hereby certify that I have served a copy of the foregoing upon the Defendants
Counsel, by placing it inot Ventress Corr.Fac.  Mail Box On 11-13-07.

Courtney Boyd

PAGE 1

NAME *Courtner 13arl* AIS # *208921* DORM # *F-31-A*
**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    $00.41⁰
0002403830  NOV 14 2007
MAILED FROM ZIP CODE 36016

**"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."**

United STATES Middle District Court
P.O. Box 711
Montgomery, AL
36101

36101+0711 B007