*LEGAL USE ONLY*

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

COURTNEY BOYD #208921
Plaintiff

2007 NOV 15 A 9: 31

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Vs.   Case No: Cv-07-524-WKW-CSC

SUSANNE BUSH et.al.,
Defendants.

MOTION TO COMPELL

Comes Now, The Plaintiff, Courtney Boyd, moves into This Honorable Court Pursuant to Rule 37(a) Fed.R.Civ.Proc. The Plaintiff submit the following:

1. This Honorable Court order the Defendants to produce a copy of the _Disciplinary_, which the plaintiff was charged and found guilty of. See Court Doc 53-54 55.

2. The Defendants has not yet produce these documents to the plaintiff, and the Defendants was not allow the plaintiff to go through his prison or medical record as he need. Therefore he request that his Motion for Discovry be granted and the Defendant be order to forward these document requested of by the plaintiff.

**WHEREFORE,** The Plaintiff, prays that this Honorable Court will granted this Motion and order the Defendants to produce the plaintiff full discovry as asked for before on Court Doc 53-54 56

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Easterling Corr.Fac.Mail Box On: 11-13-07.

_[signature]_
Plaintiff

PAGE 1

Courtney Boyd #208921 D-2 3B
Easterling Corr. Fac.
200 Wallace Dr.
Clio, AL
36017



$00.41
NOV 14 2007
MAILED FROM ZIP CODE 36017

United STATES DISTRICT Court
P.O. BOX 711
Montgomery, AL, 36101

36101+0711-11 B007