IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion to compel filed by the plaintiff on November 15, 2007 (Court Doc. No. 64), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before November 30, 2007, the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his inmate file/prison medical records which are within the care, custody or control of the defendants.  **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**.  **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his inmate file/medical records, he must in accordance with applicable prison rules/regulations make prepayment to the appropriate official of all costs related to producing the copies.**  The plaintiff is advised that: (i) he may utilize any means

available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.  **The plaintiff is hereby cautioned that no further orders will be entered requiring additional access to his prison file/medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

    3.  On or before November 30, 2007, the correctional defendants shall file a supplemental special report which contains complete copies of the *disciplinary reports* lodged against the plaintiff in March of 2007 for his violations of Rule No. 41, Rule No. 44 and Rule No. 56.

    The Clerk is DIRECTED to provide a copy of this order to the warden of the Ventress Correctional Facility and to the supervisor of the health care unit at such facility.

    Done this 15th day of November, 2007.

                                              /s/ Charles S. Coody  
                                          CHARLES S. COODY  
                                          CHIEF UNITED STATES MAGISTRATE JUDGE