IN THE UNITED STATES DISTZRICT COURT OF THE MIDDLE
DISTRICT OF ALABAMA

Courteny Boyd #208921
Plaintiff

Vs.
SuSanne Bush et.al,
Defendants

Case No:2:07-CV-524-M-EF

## MOTION TO COMPEL THE DEFENDANTS TO PRODUCE DISCOVERY AND INTERROGATORIES

COmes Now, The Plaintiff, Courteny Boyd, moves into this Honorable Court seeking this Honorable Judge to grant the palintiff his Motion for Discovery and Interrogatories Court Doc. #52-53-54-55 . The Plaintiff submit the following:

1. The Plaintiff was granted an Opportunity to look at his medical reocrd and his prison filed on or before Nov.30.

2. The Plaintiff was not allowed to go though his prison file and was not allowed to look at the Complaints and Grievances from filed by him against Nurse Bush, because the Head Nurse at Ventress said that Easterling COrr.Fac. Head nurse keep them. This is the three time that this Honorable Judge has issued this order, and the Defendants are stoping the plaintiff form prove his claim.

3. The Plaintiff request that this Honorable COurt will grant this Motion and order the Defendants to forward the plaintiff the thing requested for in his Motions. Because it is unfair for the plaintiff to be order to pay for copy when this Honorable Court knowns that his has been granted Indigent Statute.

WHEREFORE, The Plaintiff prays thait htis Honorable COurt will grant this Motion and order the Defendants to forward the plaintiff the thing requested for in his motion.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants COunsel, by placing it into the Ventress Corr.Fac. Mail Box On11-28-07.

Courteny Boyd/Plaintiff

PAGE 1

RECEIVED 2007 NOV 30 A 9:42
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NAME Courtney Boyd  AIS # 208921  DORM # F-4
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United State District Court
P.O. Box 711
Montgomery AL
36101