**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **COURTNEY BOYD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **2:07-CV-524-MEF** |
| **SUSANNE BUSH, ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

## SECOND SUPPLEMENTAL SPECIAL REPORT

Come now the ADOC Defendants, by and through the undersigned counsel and in response to this Honorable Court's November 15, 2007, Order (Doc. 65) submit the following:

1.    Attached as Exhibit 15 to this filing, is the affidavit of Warden J.C. Giles with complete copies of any and all disciplinaries received by Plaintiff/Inmate Courtney Boyd for the month of March, 2007. This includes disciplinaries for violations of Rule 41 (Making False Statements or Charges); Rule 44 (Threats); and Rule 56 (Failure to Obey a Direct Order of an ADOC Official) as ordered by this Court.  Also included is a disciplinary dated March 29, 2007, for Boyd's violation of Rule 64 – Possession of Contraband.

2.    Inmate Boyd has been afforded numerous opportunities to review and/or copy documents from his institutional and medical files.  He was allowed to do so on July 5, 2007; July 31, 2007; October 22, 2007; and today, November 30, 2007.  Copies of

affidavits of prison officials documenting these opportunities are attached as Exhibit 16.

3.  Upon review of Plaintiff's latest filing (Doc. 66), it is apparent Inmate Boyd is attempting to obtain free copies of documents from his files rather than simply wanting to inspect his records.   Inmate Boyd states, "Because it is unfair for the plaintiff to be order to pay for copy when this Honorable Court knowns that his has been granted indigent statute" (sic).  This Court has stated that the Defendants are not required to provide the Plaintiff with free copies of documents.

4.  Finally, the Defendants wish to offer for the court's consideration that when the Plaintiff was offered a chance to review his inmate file and medical records yet again today as ordered by this Honorable Court that he, according to DOC personnel, was asking to view records of his co-payments for medical treatments which are not kept in the inmate file or in the medical files but rather as records in the business office. The inmate was given a copy of these records free of charge by Warden Giles.  A copy of Boyd's co-payment history is attached to Warden Giles Affidavit in Exhibit 16.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jwallace@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 30th day of November, 2007, electronically

filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify

that I have served a copy of the same upon the Plaintiff by placing same in the United

States Mail, postage prepaid and properly addressed as follows:

Courtney Boyd, AIS 208921
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016-0767


/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921      )
                           )
     PLAINTIFF          )
                           )
vs.                   ) CIVIL ACTION NO. 2:07-CV-524-MEF
                           )
SUSANNE BUSH, et. al.,       )
                           )
     DEFENDANTS.     )

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County

and State of Alabama at Large, personally appeared one J.C. Giles, who being

known to me and being by me first duly sworn, deposes and says on oath as

follows:

My name is J. C. Giles, and I am presently employed as a Correctional

Warden III, with the Alabama Department of Corrections at the Ventress

Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

The attached documents are a true and exact copy of any and all

disciplinaries received by Courtney Boyd, #208921 in March of 2007. Attached

are four (4) disciplinaries for the entire month of March 2007 to wit:

Disciplinary #07-165, dated March 23, 2007, in which Courtney Boyd is

accused of violating rule number 41, "Making False Statements or Charges" by

Susanne Bush, LPN on March 19, 2007 for violating Rule Number 41.



DEFENDANT'S
EXHIBIT
15
PENGAD 800-631-6989

Page 2
Affidavit – J. C. Giles

Disciplinary #07-168, dated March 24, 2007, in which Courtney Boyd is accused of violating rule number 44, "Threats" by Correctional Sergeant, Marcia Scott on March 23, 2007 for violating Rule Number 44.

Disciplinary #07-169, dated March 26, 2007, in which Courtney Boyd is accused of violating rule number 56, "Failure to obey a Direct Order of a ADOC Official" by Correctional Lieutenant Mary Lee on March 23, 2007 for violating Rule Number 56.

Disciplinary #07183, dated March 30, 2007, in which Courtney Boyd is accused of violating rule number 64, "Possession of Contraband" by Correctional Officer Larry McCovery on March 29, 2007 for violating Rule Number 64.

_____  11-19-07
J. C. Giles              Date


STATE OF ALABAMA )

BARBOUR COUNTY )

SWORN TO AND SUBSCRIBED BEFORE ME THIS _19th_ DAY OF _November_ 2007.

_Reba D Currie_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _4-8-08_

 

**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016

Bob Riley
GOVERNOR

Richard F. Allen
COMMISSIONER

**A F F I D A V I T**

)
)
)
)

STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Courtney Boyd, #208921 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 19th day of Nov , 2007.

_Reba J Currie_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 19th DAY OF Nov , 2007.

_Carolyn W. Driskell_
Notary Public
My Commission Expires: 04/06/2010

Telephone (334) 353-3883                 Fax (334) 353-3967

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

ALDOC Form 225B                                                    **ECF-07-**

DISC. #07-183

1. INMATE : **Courtney Boyd**          CUSTODY: **MEDIUM**     AIS NO.: **B/208921**

2. FACILITY: **Easterling Correctional Facility**

3. The above named inmate is being charged by **Officer Larry McCovery** with violation of rule **#64** specifically **Possession of Contraband** from regulation # **403**, which occurred on or about **March 29, 2007** at (time) **5:05 PM** (am / pm), Location: **Dorm B (Segregation Unit)**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Courtney Boyd, B/208921 did have in your possession nineteen (19) Tylenol pills, five (5) Flexeril pills, and two (2) Motrin. You were not authorized to hord these medications.**

5. Date _3/30/07_          Arresting Officer / Signature / Rank _Larry McCovery cof_
                                                       **Officer Larry McCovery**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **30** day of **March**, 2007, at (time) **7:02PM** (am/pm).

7. Serving Officer / Signature / Rank _F. Octave COI_          Inmate's Signature / AIS Number

8. Witnesses desired? (NO) _Inmate's Signature 208921_     YES _Inmate's Signature_

9. If yes, list: _____

10. Hearing Date **4-6-07**     Time **9:02 am**     Place **Segregation Lobby Office**

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is) / insanity capable of representing himself.
                                          Signature / Hearing Officer _Linda Shen c/o_

13. Plea: _Not Guilty_ _____ Guilty _____

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                          Signature / Hearing Officer _Linda Shen c/o_

15. Arresting Officer's testimony (at the hearing): **On the date and time in question, I shook down J3 Courtney Boyd's cell in Dormitory B 7. I found a tissue roll, and inside of it was nineteen Tylenol pills, five Flexeril pills, and two Motrin. Inmate Boyd was not authorized to have these pills in his cell. I asked Inmate Boyd did the pills belong to him, and Inmate Boyd replied, "Yes." He didn't know that he could not keep them for later when he was in pain. I confiscated the pills.**

_____

_____

_____

Annex C to AR 403 ( Page 1 of 3 pages )

AR 403 January 30, 2003

16. Inmate's Testimony: (See attached statement and questions).

_____

_____

Witness: **N/A** _____  Substance of Testimony: **N/A** _____

Witness: _____  Substance of Testimony: _____

Witness: _____  Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

Signature / Hearing Officer

18. The Following witnesses were not called     Reason not called
1. **N/A** _____     **N/A** _____
2. _____     _____
3. _____     _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that: On 03/29/07, at approximately 5:05 PM, in Dorm B (Segregation Unit), Inmate Courtney Boyd, B/208921, did have in his possession, nineteen (19) Tylenol pills, five (5) Flexaril pills, and two (2) Motrin pills, which were found and confiscated by Officer Larry McCovery. Therefore, Inmate Boyd was in violation of Rule #64-Possession of Contraband.

20. Basis for Finding of Fact: Officer Larry McCovery stated under oath that he found and confiscated nineteen (19) Tylenol pills, five (5) Flexaril pills, and two (2) Motrin pills from Inmate Boyd's possession. Inmate Boyd admitted the pills belonged to him but claimed he didn't know he couldn't keep them for later when he was in pain.

21. Hearing Officer's Decision:     **X**     Guilty     Not Guilty

22. Recommendation of Hearing Officer: 25 Days Disciplinary Segregation and 25 days loss of all privileges.
*Prohibited from earning good time.

Signature / Hearing Officer
Linda Glenn, COI
Typed Name and Title

23. Warden's Action – Date
Approved
Disapproved
Other (specify)

Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the 11 day of APRIL 2007, at (time) 8:45 (am) pm.

Signature / Serving Officer / Title     Inmate's Signature and AIS Number

Annex C of AR 403 (page 2 of 3 pages)
AR 403 January 30, 2003

Disciplinary Report Question

1. Did you find them on me? No, but in your assigned Cell

A.

2. Did you find them under the Bed in an old toilet paper? Yes, but it was not in old toilet paper.

A.

## Statement

I Can't be Charged with possession of Contraband if you don't Find it on me. I don't have any medications in my possession. Under the Amind rt#302. Contraband must be found on the person, for them to be Charged with it.

The Cell was not Check before I went into the room, so that why there was under the Bed. in the toilet paper.

I don't sleep on the bed, but I sleep on the floor, so I can be charged with any under that bed.

Certificate OF Service

I hereby Certify that I have served a Copy of foregoing upon Defendant Counsel. by Placing it into Leisterling Corr. Fac, on March 18 2007.

*[signature]*

page 3

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #07-165

1.     INMATE : **Courtney Boyd**          CUSTODY: **Medium**          AIS NO.: **B/208921**

2.     FACILITY: **EASTERLING CORRECTIONAL FACILITY**     ENTERED APR - 4 2007 EC

3.     The above named inmate is being charged by **Susanne Bush, LPN** with violation of Rule **#41** specifically **Making False Statement or Charges** from Regulation # **403**, which occurred on or about **March 19, 2007** at (time) **2:00PM**, Location: **Health Care Unit**.    A hearing on this charge will be held after 24 hours from service.

4.     Circumstances of the violation(s) are as follows: **You, Courtney Boyd did state in a written complaint that Nurse Bush said, "I hate that black ass nigger!" This is a false statement.**

5.     _3/23/07_                              _Susanne Bush LPN_
       Date                                    Arresting Officer / Signature / Rank
                                               Susanne Bush, LPN

6.     I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _23_ day of _March_, 2007, at (time) _12:40_ (am/pm)

7.     _Jama will -COI_                        _Courtney Boyd 208921_
       Serving Officer / Signature / Rank      Inmate's Signature / AIS Number

8.     Witnesses desired?     NO  _Courtney Boyd 208921_     YES _____
                                   Inmate's Signature              Inmate's Signature

9.     If yes, list: _____

10.    Hearing Date _3-30-2007_     Time _10:50 Am_     Place _Dorm B, Seg Office_

11.    Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12.    A finding is made that inmate (is) is not) capable of representing himself.

                                               _Neil Jewcot_
                                               Signature / Hearing Officer

13.    Plea: _Courtney Boyd 208921_ _____ Not Guilty _____ Guilty

14.    The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                               _Neil Jew COF_
                                               Signature / Hearing Officer

15.    Arresting Officer's testimony (at the hearing): **Inmate Boyd did state in a written complaint that I said, "I hate that black ass nigger!" This is a false statement. I did not say that, nor do I have knowledge of anyone saying that about Inmate Boyd.**

Annex C to AR 403 ( Page 1 of 2 pages )

16. Inmate's Testimony:    I was not in the HCU at 2:00 PM on 03/19/07, because I didn't go in to see the doctor until 2:10 PM, and before then I was in the waiting room.

_____

_____

Witness:    N/A _____    Substance of Testimony:  N/A _____

Witness: _____    Substance of Testimony: _____

Witness: _____    Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_Joel Tew COI_
Signature / Hearing Officer

18. The Following witnesses were not called       reason not called
   1. N/A                                         N/A
   2. _____               _____
   3. _____               _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that :  On 03/19/07, at approximately 2:00 PM, in the Health Care Unit, Inmate Courtney Boyd, B/208921, did state/write in a complaint dated 03/19/07. Therefore, Inmate Boyd was in violation of Rule #41-Making False Statement or Charges.

20. Basis for Finding of Fact:  Susanna Bush, LPN, stated under oath that Inmate Boyd did state in a written complaint that she said, "I hate that black ass nigger!" Nurse Bush stated in her testimony that Inmate Boyd's accusation is false.

21. Hearing Officer's Decision:       X    Guilty
                                           Not Guilty

22. Recommendation of Hearing Officer:  45 Days Disciplinary Segregation and loss of all privileges.
*Prohibited from earning good time.

_Joel Tew COI_
Signature / Hearing Officer
Joel Tew, COI
Typed Name and Title

23. Warden's Action - Date   4/3/07
   Approved   _Norris Sutton_
   Disapproved
   Other (specify)

24. _____
   Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the  3  day of  April  2007, at (time)  1120  (am/ pm).

_____         _____
Signature / Serving Officer / Title       Inmate's Signature and AIS Number

(Page 2 of 2 pages)

Disciplinary Query

Q. Nurse Bush did I say you called me a black Ass nigger in the HCU at 2:00 pm on 3-15-07

A. No, this complaint did.

Q. Nurse Bush did I write a complaint to Ms. Wilson saying you "called me a black Ass nigger?"

A. Yes

Q. I was not in the HCU, at 2:00 pm, on March 14, 2007 because don't go in to see the Doctor until 2:10 pm, and before then I was in the waiting room. did not ask because not a question

Q. Nurse Bush Can you show me the complaint I wrote saying you call "I hate that black Ass nigger."?

A. RN Kay Wilson, Capt. Swonyers has a copy.

Q. Nurse Bush did I not say in my letter that I only think you said that's that I was not sure.

A. If inmate was not sure he shouldn't have written the statement in complaint.

Think To form or have in the mind, TO
have as an opinion?

Q Nurse Bush are you employed by D.O.C. or
are you employed by Prison Health Services, Ik

A. Prison Health Services, contracted through D.O.C

Q I was in the HCU at 1:35pm until the officer
had cut to wait in the waiting room, where I was
until 2:10pm so there no way I could have said
that to nurse Bush at 2:00am in the HCU It was in
written complaint. Due process violation
1. I was not notify that I was under, by anyone
within 48 or 72 hours which enter on March 22, 2007,
did not ask, not
a question.
2. Line 3&4 are in conflict, because one min, she says, I
buffer in the HCU at 2:00pm and then She says I wrote
a complaint. Under Amin. Rule 702, The first five line
must be correct on your disciplinary. This 8 5 C Please, if Null
did not ask, not a question

Q Nurse Bush was my letter address to MS Wilson
about you? Yes

A.

Q. Did I not write my complaint on 3-15-07 and I
never said, you said I wrote that Black 1951 nigger.?

A.    it is in the copy of the complaint

**Prison Health Services, Inc.**

**Inmate Grievance**

Return To
↓

| NAME | AIS # | UNIT | DATE |
|------|-------|------|------|
| _____ 208921 | | C-1-29A | 3-15-07 |

**PART A – Inmate Grievance**

I would like to talk with you about use a nurse Mrs. Bush, everytime she see me she kick her noise or if the tote me break I'm a "blockman." The first part I complaint about here on once again fail to do anything about it. Also I seen the Doctor on 3-13-07. None of the nurse took my vital sign, and when I seen the Doctor I told him once he said that They don't have to take my vital sign cause I be up there every weeks. I feel that I'm being dene, wrong on Count of Sic. I filed a. If you can't deal with this, Please give me a Grievance Appeal so I can take my Complaint higher. So Please call me up to fill this matter. This to be dealt with as one around everyone I feel that nurse Bush try hurt me, so maybe this problem I know I have to do this to you here today, but it must be done.

**INMATE SIGNATURE** _____

**PART B – RESPONSE**          **DATE RECEIVED** 3-16-07

Vital signs are taken on patients as medically indicated. All patients are seen & treated regardless of age, race, etc. K Wilson, RN/HSA

3-20-07

**P.H.S. Department Head Signature**
K Wilson, RN/HSA
**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | | ☐ | ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | | ☐ | ☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | | ☐ | ☐ |
| V | Conduct of Healthcare Staff | ☐ | ☐ | X Other | | ☐ | ☐ |
| Committee Review of Data Collection | | | | | | | |

11/03 – Alabama
Revised 5/16/05

MAR 16 2007

60534-AL          White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

Copy

Ms. Courtney Boyd #208921 C-1-29
E.C.F.
200 Wallace Dr.
Clio. Al 36017

Date: 3-19-07

Ms. Sharon E. Ormsby (F.B.I.) (334) 263-1691
One Commerce st. su. 606
Montgomery, AL 36104
REIN: Negligence & Discrimination
Dear Ms. Ormsby,
Greeting, I'm writing to you today because I have filed
over (1) Complaint against nurse Bush for Picking at me.
I just filed a Complaint against her because I feel as if she
hate me because I'm black. Well on 3-19-07, I was about to
see the Doctor, when she came pass me saying "Hi Courtney Boyd",
She went on around to corner, and that's when I hear someone say
"I hate that Black Ass Nigger" Now I don't know if she said this,
but she was the only one, who around the corner. I really think
nurse Bush said this. I'm writing you and my Counsel, because
my mother said I should. Because the last time I filed a Complaint
against her, she had me put into seclu. So now I'm writing you, and
Sending her Boss a Copy of this because she may get a Officer or
another nurse to write me up. So I'm sending her Boss a Copy of
this letter and I hope she will call me over to talk with me on this
matter. Please come to see me on this Problem. Thank-you,
Courtney Boyd
          "My Last Cry For HELP!"

White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

Mr. Courtney Boyd #208921 C-1-29     Date 3-19-07

800 [illegible] Dr.

Clio, AL 36017


MS. Sharon E. Ormsby (F.B.I.) (334) 263-1691

One Commerce St. ste. 606

Montgomery, AL 36104

Re: Negligence + Discrimination

Dear MS. Ormsby

Greeting, I'm writing to you [illegible] because I have [illegible]
over (1) Complaint against nurse Bush for [illegible] at me
I would like [illegible] against her because I feel as if she
rate me because I'm black. Well on 3-19-07 I [illegible] about to
see the doctor when the Lady passing saying "He [illegible]
She went on around to [illegible] and that's when I [illegible]
I think that "Black ass Nigger" Now I don't know if she said this,
but she was the only one who around the corner. I really think
nurse Bush said this. I'm writing you and my counsel because
my mother said I should. Because the last time I filed a complaint
against her, she had me put in a [illegible]. So now I'm writing you, and
sending her Boss a copy of this because she may get a officer or
another nurse to write me up. So I'm sending her Boss a copy of
this letter and I hope she will allow me out to talk on this on this
matter. Please come to see me on this problem. Thank you.

[signature]

"MY Last Cry For HELP!"

*Exhibit "B"*

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

ALDOC Form 225B

ECF-07-

DISC. #07-168

1. INMATE: **Courtney Boyd**    CUSTODY: **Medium**    AIS NO.: **B/208921**

2. FACILITY: <u>Easterling Correctional Facility</u>

3. The above named inmate is being charged by <u>Sgt. Marcia Scott</u> with violation of Rule **#44** specifically **Threats** from regulation # <u>403,</u> which occurred on or about <u>March 23, 2007</u> at (time) <u>approximately 9:40 AM</u> (am / pm), Location: <u>Dorm C-1.</u>  A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows:  <u>You, Inmate Courtney Boyd, B/208921, did turn toward Sgt. Scott in an aggressive and threatening manner with your fists clinched and stated, "Y'all can't make me go in there."</u>

5. _3/24/07_    _Marcia Scott, COII_
   Date                            Arresting Officer / Signature / Rank
                                   **Marcia Scott, COII**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _24_ day of _Mar_, 2007, at (time) _1:30_ (am/pm)

7. _CO1 D.t Bahl_    _Courtney Boyd 208921_
   Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

8. Witnesses desired?    NO ____    YES _Courtney Boyd 208921_
                         Inmate's Signature         Inmate's Signature

9. If yes, list: _Lt. May, Lee, Officer Lingo, Officer Williams_

10. Hearing Date _4-3-07_    Time _8:45 am_    Place _P. Negotiation_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is)/ is not) capable of representing himself.
    _2082_    _Stephanie Rowan, CO I_
                 Signature / Hearing Officer

13. Plea: _Guilty_    Not Guilty ____    Guilty ____

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    _Stephanie Rowan, CO I_
    Signature/ Hearing Officer

15. Arresting Officer's testimony (at the hearing): <u>Inmate Boyd was being aggressive and threatening. Lt. Lee and Officer Lingo had him by his arms and escorted him into Dorm Cl. He snatched away and he turned toward me in a threatening manner with his fists clenched and stated, "Y'all can't make me go in there." (See attached questions).</u>

Annex C to AR 403 ( Page 1 of 3 pages )

16.   Inmate's Testimony:   ~~didn't make a verbal or written expression to anybody.~~

Witness: _May A. Lu, COI_          Substance of Testimony:   **(See attached**
**questions).**

Witness: **N/A**          Substance of Testimony: **N/A**

Witness: _____          Substance of Testimony: _____

17.   The inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are
      attached.

_Stephanie Govan, COI_
Signature / Hearing Officer

18.   The following witnesses were not called          -     reason not called
      1.   **Officer Bobby Lingo**                           **Waived by Inmate Boyd**
      2.   **Officer Anthony Williams**                      **Waived by Inmate Boyd**
      3.   **N/A**                                            **N/A**

19.   After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
      The Hearing Officer finds that :   **On 03/23/07, at approximately 9:40 AM, in Dorm C1, Inmate**
**Courtney Boyd, B/208921, did turn toward Sgt. Marcia Scott in an aggressive manner, with**
**his fists clenched and state, "Y'all can't make me go in there."  Therefore, Inmate Boyd**
**was in violation of Rule #44-Threats.**

20.   Basis for Finding of Fact:   **Sgt. Marcia Scott stated under oath that Inmate Boyd turned**
**toward her in an aggressive manner with his fists clenched and stated, "Y'all can't make**
**me go in there."  (1) Hearing officer finds Inmate Boyd guilty based on Sgt. Scott's**
**testimony.   (2) Sgt. Scott felt threatened based on Inmate Boyd's actions.**

21.   Hearing Officer's Decision:          __X__  Guilty
                                           _____  Not Guilty

22.   Recommendation of Hearing Officer:   **45 Days Disciplinary Segregation.**
**\*Prohibited from earning good time.**

_Stephanie Govan, COI_
Signature / Hearing Officer
**Stephanie Govan, COI**
Typed Name and Title

23.   Warden's Action  Date _4/6/06_
      Approved   _Derrick Carter_
      Disapproved
      Other (specify) _____

      Reason if more then 30 calendar days delay in
      action. _____

25.   I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
      Named inmate on this the ___6___ day of __April__ 200_6_, at (time) _1105_ am / pm).

_Samuel Jewel_ CO8                        _(signature)_
Signature / Serving Officer / Title       Inmate's Signature and AIS Number

Disciplinary Question

Q Sgt. ~~Scott~~ Scott, did I ~~verbal~~ or written
expression to you saying I had intent to do bodily
harm to you? No, but I was threaten
by his actions)

A.

Q Sgt. Scott was I not in C1 when you all
place me down on the floor? Yes

A.

Q. Sgt. Scott did I not go into C1, when you
all pull me in here? That's right he
had up be placed in C1, he didn't go

A. on his own

Q Sgt. Scott did I spoke or write that my intent
was to cause you bodily harm to you?
(See Admin Rule # 302 Incident reporting Annex B)

A. No.

Q clenched - to hold fast

Fist - the ~~hand~~ hand with the fingers doubled tight
into the palm

LEGAL USE ONLY

#.302   Classification of Incidents

Threats on officer or Employee: See definition of threats

Threats: A verbal or written expression by an individual
        of an intention to do bodily harm to another individual
        or group.

~~~~~~~~~~~~~~~~~ Due Posess Violation

1. An disciplinary record may not be charge once. +
   if given to an inmate. This disciplinary charged,
   and this is what was added "An aggressive and
   threatening manner with your fists clinched and stated
   + Y'all can't make me go in there". This is not what
   the original record stated ~ you, inmate Courtney/Boyd
   did turned around in a threatening manner with
   your fists clenched towards Sgt. Marica Scott.
      The word "Aggressive and "Y'all can't make me go
      in there".

2. This don't happen at 9:40 am, because the yard don't
   get lock down until 9:43 am, and when I was taken
   to the Hen, the was about to court, because it was
   10:10 am. The first five line on a disciplinary must
   be correct, because this is where I o I will get
   there information from.

3. It has been 10 working, and that a violation
   of my Due Posess.

Witnesses Question

Q  was it after 9:10 a.m. when you placed me on the
floor in C-1?

A. Lt. Lee — I didn't place him on the floor

Officer Kings—

Officer Williams—

Q  Did I verbal or written to any expression that my
intent was to cause any kind of bodily harm?
He turned around in a threatening manner as
A. Lt. Lee if he were going to hit Sgt. Scott

A. O. King

A.O. Williams

Q  Where was I standing and where were you standing
answer by putting your name under the person?



Q  Inmate Boyd was in the middle and Sgt.
Scott was behind him

LEGAL USE ONLY

*Exhibit "C"*

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

ALDOC Form 225B                                                                    ECF-07-

DISC. #07-169

1.  INMATE : **Courtney Boyd**          CUSTODY: **Medium**          AIS NO.: **B/208921**

2.  FACILITY: <u>Easterling Correctional Facility</u>

3.  The above named inmate is being charged by <u>Lt. Mary Lee</u> with violation of Rule <u>#56</u> specifically <u>Failure to</u> <u>Obey a Direct Order of an ADOC Official</u> from regulation # <u>403</u>, which occurred on or about <u>March 23, 2007</u> at (time) <u>approximately 9:40 AM</u> (am / pm), Location: <u>Dorm C-1</u>. A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: <u>You, Inmate Courtney Boyd, B/208921, were ordered</u> <u>several times to report to Dormitory C-1 (Restricted Privileges Dorm). You refused to comply with the</u> <u>orders.</u>

5.  <u>3/24/07</u>                                          <u>Mary Lee, COS I</u>
    Date                                               Arresting Officer / Signature / Rank
                                                       Mary Lee, COSI

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the <u>26</u> day of <u>March</u>, 2007, at (time) <u>9:10</u> (am / pm).

7.  <u>Noel Jew COI</u>                              <u>refused to sign Noel Jew COI</u>
    Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

8.  Witnesses desired?     NO _____          YES <u>refused to sign Noel Jew</u>
                                 Inmate's Signature            Inmate's Signature

9.  If yes, list: <u>OFFICER A. WILLIAMS, OFFICER LINGO</u>

10. Hearing Date <u>4-3-07</u>     Time <u>9:05 am</u>     Place <u>Segregation</u>

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    <u>Stephanie Rowan, COI</u>
    Signature / Hearing Officer

13. Plea: <u>Guilty</u> _____ Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    <u>Stephanie Rowan, COI</u>
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): <u>I ordered Inmate Boyd to go to C1 Dorm. He</u> <u>refused to go inside the dorm. After several orders were given, force had to be used to</u> <u>place him in C1 (see attached questions).</u>

                                                       Annex C to AR 403 ( Page 1 of 3 pages )

16. Inmate's Testimony:   It was after 9:40 AM when these things happened.  All of it happened, but it was after 9:40 AM.

_____

Witness:   N/A                          Substance of Testimony:   N/A

_____

Witness: _____                Substance of Testimony: _____

_____

Witness: _____                Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

_Stephanie Govan, COI_
Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
    1.  Officer Anthony Williams              Waived by Inmate Boyd
    2.  Officer Bobby Lingo                   Waived by Inmate Boyd
    3.  N/A                                   N/A

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that :   On 03/23/07, at approximately 9:40 AM, in Dorm C1, Inmate Courtney Boyd, B/208921, did refuse to go in Dorm C1 after Lt. Mary Lee gave you several orders to do so.  Therefore, Inmate Boyd was in violation of Rule #56-Failure to Obey a Direct Order of an ADOC Official.

20. Basis for Finding of Fact:   Lt. Mary Lee stated under oath that she ordered Inmate Boyd to go into C1 Dorm.  Inmate Boyd refused to do so.  (1) Inmate Boyd did admit in his testimony that he did not comply with the order.  (2) Hearing officer finds Inmate Boyd guilty based on Lt. Lee's testimony.

21. Hearing Officer's Decision: _____X_____ Guilty
                                           Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation.
    *Prohibited from earning good time.

_Stephanie Govan, COI_
Signature / Hearing Officer
Stephanie Govan, COI
Typed Name and Title

23. Warden's Action ─ Date   4/6/07
    Approved   _Arnold Holt_
    Disapproved
    Other (specify)

    Reason if more then 30 calendar days delay in action.   _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the ___6___ day of __April__ 2006, at (time) __1105__ (am/ pm).

_Samuel Terrell  COII_                        _____
Signature / Serving Officer / Title           Inmate's Signature and AIS Number

Disciplinary Question

Q. At 9:40 am what was I not in C-1 Dorm, and placed on the floor by officer? At 9:40 am we were attempting to place Boyd in C1 dorm

A.

Q. why was I being placed into C-1 Dorm? He had another charge pending from another citation

A

Q. Had I being given any written Notification on why I was going to C-1 Dorm. witness Sgt. Rogan informed him verbally

A

Q. Was I not in C1 at 9:40am

Listed A.
Witness A.

Q. was I not in C1 after ya'all placed called on me.

A.
A.

LEGAL USE ONLY

# ●Due Poses ●olation

1. I was not notificated ~~this~~ with 24 hours ~~that~~ I would receive any Disciplinary from LO Lex.

2. I was not served with any notificate Detention on the March, 23, 2007.

3. You can not be arrested by an officer and investigated by that same officer. Because they have and lack of interest in the case.

4. I can't be Charged with the Same charge two time off one incident. I was given a Detention Notification that Sgl. Scott was writing me up for this Charge. The 5th & 14th Amendment protect anyone from being tried two time for one charge. Therefore this disciplinary is Null and Void by a right of laws.

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #06-619    ENTERED NOV 0 1 2005

1.  INMATE : **Courtney Boyd**    CUSTODY:  **Medium**    AIS NO.:  **B/M 208921**

2.  FACILITY: **EASTERLING CORRECTIONAL FACILITY**

3.  The above named inmate is being charged by __Officer Cleveland L. Ewing__ with violation of Rule **#64**, specifically __Possession of Contraband__ from Regulation # **403**, which occurred on or about __October 4__, **2006** at (time) __3:40__ (pm), Location: __Receiving Unit__. A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: __You, Inmate Courtney Boyd, B/M 208921, did attempt to smuggle through Easterling's Receiving Unit, eighteen (18) handrolled cigarettes; thirteen (13) loose leaf cigarette rolling papers; and 0.6 ounce of loose tobacco wrapped in clear cellophane paper, concealed inside three resealed Golden Flakes potato chips bags. Easterling is a "smoke-free" institution.__

5.  __Oct 13, 2006__                   _Cleveland L. Ewing, COI_
    Date                               Arresting Officer / Signature / Rank
                                       Cleveland L. Ewing, COI

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __13__ day of __October__, 2006, at (time) __12:00__ (am/**pm**)

7.  _James will. COI_                  _Refused To Sign James will. COI_
    Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

8.  Witnesses desired?  **NO** _Refused To Sign James will. COI_   YES _____
                        Inmate's Signature                         Inmate's Signature

9.  If yes, list: _____

10. Hearing Date __10/17/06__    Time __10:00 AM__    Place __Segregation__

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (**is** / is not) capable of representing himself.
                                       _Angela Brown, COI_
                                       Signature / Hearing Officer

13. Plea: _____  Not Guilty  _____  Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                       _Angela Brown, COI_
                                       Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): __Inmate Courtney Boyd did attempt to smuggle through Easterling's Receiving Unit, eighteen hand-rolled cigarettes, thirteen loose leaf cigarette rolling papers, and 0.6 ounces of loose tobacco, wrapped in clear cellophane paper, concealed inside three resealed Golden Flake potato chip bags. I advised all the inmates that came in that Easterling is a smoke free institution. I asked Inmate Courtney Boyd did he have any contraband such as cigarette tobacco, matches, or cigarette rolling papers. Inmate Boyd said, "No." I advised Inmate Boyd again that Easterling is a smoke free institution.__

Annex C to AR 403 (Page 1 of 2 pages)

16. Inmate's Testimony: **It was not in my constructive possession at that time. There was no cigarette or Golden Flake chips on my property sheet upon me entering Easterling Correctional Facility.**

Witness: **N/A**                     Substance of Testimony: **N/A**

Witness: _____             Substance of Testimony: _____

Witness: _____             Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

   *Angela Brown, COI*
   _____
   Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
   1. **N/A**                                        **N/A**
   2. _____                                _____
   3. _____                                _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that :  **On 10/04/06, at approximately 3:40 PM, in the Receiving Unit, Inmate Courtney Boyd, B/208921, did attempt to smuggle in eighteen (18) hand rolled cigarettes, thirteen (13) loose leaf cigarette rolling papers, and 0.6 ounces of loose tobacco wrapped in cellophane paper concealed inside three (3) resealed Golden Flake potato chip bags. Therefore, Inmate Boyd was in violation of Rule #64 Possession of Contraband.**

20. Basis for Finding of Fact:  **Officer Cleveland Ewing stated under oath that Inmate Boyd did attempt to smuggle through Easterling's Receiving Unit, eighteen (18) hand rolled cigarettes, thirteen (13) loose leaf cigarette rolling papers, and 0.6 ounces of loose tobacco wrapped in clear cellophane paper concealed inside three (3) Golden Flake potato**

21. Hearing Officer's Decision:  **X** Guilty **chip bags. The possession of any item**
   Not Guilty **not issued to the inmate here at East-**
   **erling, sold in the Canteen Store, or approved**
22. Recommendation of Hearing Officer:  **by the Warden, is contraband.**
   **45 Days Disciplinary Segregation and loss of all privileges.**
   ***Prohibited from earning good time.**

   *Angela Brown, COI*
   _____
   Signature / Hearing Officer
   **Angela Brown, COI**
   Typed Name and Title

23. Warden's Action - Date **19 OCT 2006**
   Approved *[signature]*
   Disapproved
   Other (specify) _____

24. _____
   Reason if more then 30 calendar days delay in
   action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
   Named inmate on this the **20** day of **OCT** 2006, at (time) **1050** (am/~pm~).

   *[signature]*, COI              *[signature]* 208091
   _____    _____
   Signature / Serving Officer / Title    Inmate's Signature and AIS Number

   (Page 2 of 2 pages)

# Disciplinary Question

① Q Did you ~~find~~ find these Cigarettes in my Constructive possession?

A.

② Q. Did you find any food items on my property. Sheet showing that I had three Golden Flake potato Chips Coming from Store In my possession?

A.

○ Q this Disciplinary is null and void, because it violated my 14th Amendment, the right to due process of law and Equal Protection of law?

A.

Q. This Disciplinary is null and void, because it was not served to me within 72 hour. I was given notice on 10-4-06 at 6:09 pm, ~~so~~ they had until 6-10-06 before 6:09p to serve ~~me~~ me with an Disciplinary or extended, before to 72 hour man act. I was not served with an ~~extended~~ ~~extension~~ until 9:39. The 72 hour period investigation was over. And the Detention Notification Says I should be released from the Cell, when the 72 hour investigation is over and you have not been served with extention.

A.

③ Q. If you Say you found them in my Constructive possession tell why?

A.

Answer
to

Disciplinary Question

1- I found them in his personal property
that he brought in from Kilby with him.
He poured out all his belongings on the
table and they were in his property.

2- I never did looked at his property
Sheet. I was only concern with what he
brought in with him.

3- I found them in his Personal Property
Inmate Boyd said that everything he had
belong to him.



ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

**DISC. #06-166**

ENTERED MAR 3 0 2006

1.   INMATE : **Courtney Boyd**          CUSTODY:  **Medium**          AIS NO.: **B/208921**

2.   FACILITY: **Easterling Correctional Facility**

3.   The above named inmate is being charged by **Officer Donald Simmons** with violation of rule **#35** specifically **Fighting without a weapon** from regulation # **403** which occurred on or about **March 7, 2006** at (time) **approximately 9:45 AM** (am / pm), Location: **Dormitory #6B Television Area**. A hearing on this charge will be held after 24 hours from service.

4.   Circumstances of the violation(s) are as follows: It was revealed through an investigation conducted by Sgt. Nathaniel Lawson and Officer Donald Simmons, that you, Inmate Courtney Boyd, B/208921 was involved in a physical altercation in Dormitory #6B in the television area with Inmate Sheraton Smith, B/211796.

5.   _3/9/06_                                         _COI Donald Simmons_
     Date                                            Arresting Officer / Signature / Rank
                                                      COI Donald Simmons

6.   I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _9_ day of _MARCH_ , 2006, at (time) _12:26_ (am/pm).

7.   _Elmer Taylor , COI_                              _Courtney Boyd B/208921_
     Serving Officer / Signature / Rank                Inmate's Signature / AIS Number

8.   Witnesses desired?     NO _____          YES _Courtney Boyd_
                            Inmate's Signature                 Inmate's Signature

9.   If yes, list: _oic Simmons_

10.  Hearing Date _03/19/2006_     Time _1:20 pm_     Place _Seg Office_

11.  Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12.  A finding is made that inmate (is/ is not) capable of representing himself.

                                                      _Rush Peters , COI_
                                                      Signature / Hearing Officer

13.  Plea: _Courtney Boyd B/208921_ ___Not Guilty          _____ Guilty

14.  The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                                      _Rush Peters , COI_
                                                      Signature / Hearing Officer

15.  Arresting Officer's testimony (at the hearing): There was a fight in 6 Dorm, B-Side. Sgt. Lawson and I investigated by questioning inmates in 6B. Numerous inmates stated Inmate Sheraton Smith was masturbating in the television area of 6B. Inmate Courtney Boyd got mad at Inmate Smith and they got into a fight. They also stated Inmate Smith set up the incident to get to 9 Dorm, A-Side, so he could masturbate on the female officers. QBHO: Have you ever used that confidential, reliable source in the past? A: Yes. QBHO: Approximately how many times? A: Numerous times. QBHO: Did you find any evidence to corroborate the information given to you by the confidential, reliable source? A: Yes, it was reported to me in the investigation that Inmate Courtney Boyd grabbed Inmate Sheraton Smith around the neck in the fight. Inmate Smith's neck was red and looked like it had been grabbed and choked. QBHO: Are you satisfied (Con't

Annex C to AR 403 ( Page 1 of 3 pages )

16. Inmate's Testimony: ▓▓▓▓e not fighting. ▓▓▓

Witness: __N/A_____    Substance of Testimony: __N/A__

Witness: _____    Substance of Testimony: _____

Witness: _____    Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are
attached.

_Derek Port___ , COI
Signature / Hearing Officer

18. The Following witnesses were not called        reason not called
    1. __Officer Donald Simmons__        __Arresting officer of the incident.__
    2. __N/A__                           __N/A__
    3. _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that :  __On 03/09/06, at approximately 9:45 AM, in Dormitory 6B__
__Television Area, Inmate Courtney Boyd, B/208921, did get involved in a physical__
__alteration with Inmate Sheraton Smith, B/211796.  Therefore, Inmate Boyd was in__
__violation of Rule #35-Fighting Without a Weapon.__

20. Basis for Finding of Fact:  __Officer Donald Simmons stated under oath that through an in-__
__vestigation with Sgt. Nathaniel Lawson, it was revealed that Inmates Boyd and Smith__
__were in a physical altercation in Dorm 6B.  Numerous inmates consistently stated In-__
__mates Boyd and Smith were fighting because Inmate Smith was masturbating while watch-__ (Con't

21. Hearing Officer's Decision:    __XX__ Guilty
                                   _____ Not Guilty

22. Recommendation of Hearing Officer:  __30 Days Disciplinary Segregation.__
    __*Prohibited from earning good time.__

_Derek Port___ , COI
Signature / Hearing Officer

__Derek Portwood, COI__
Typed Name and Title

23. Warden's Action – Date  __21 MAR 2006__
    Approved  _Carlo Allton Grof_
    Disapproved
    Other (specify)

    Reason if more then 30 calendar days delay in
    action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
Named inmate on this the __23__ day of __MARCH__ 200?, at (time) __11:40__ (am /pm).

_Darr  Jaspor_ , COI
Signature / Serving Officer / Title

_Courtn____ 208921_
Inmate's Signature and AIS Number



## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT (OPTIONAL)

Inmate Name /AIS Number  **Courtney Boyd, B/208921**    Incident Report No.  **ECF-06-**

Facility :  **Easterling Correctional Facility**

CONTINUED ARRESTING OFFICER'S (AO) STATEMENT AND/OR QUESTION BY HEARING OFFICER (QBHO) TO ARRESTING OFFICER:    that the information supplied to you by the confidential, reliable source in this case is factual? **A:** Yes. **QBHO:** During your investigation, did you find any credible evidence to suggest that the confidential, reliable source had reason to give false information concerning Inmate Courtney Boyd? **A:** No.

CONTINUED INMATE'S STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO INMATE:    **N/A**

CONTINUED WITNESS TESTIMONY (QBHO):    **N/A**

CONTINUED FINDINGS OF FACTS:    **N/A**

CONTINUED BASIS FOR FINDING OF FACT:    ing the television. Numerous inmates consistently stated Inmate Boyd was fighting with Inmate Smith, and told the same story. Hearing officer did not find Inmate Boyd's testimony believable.

Annex C to AR403 (Page 4 of 5)

Dis████inary Quest:██

Q. Officer Simmons did you see me in a physical altercation with Inmate Sheraton Smith?

A. NO

Q. Sgt. Lawson did you see me in a altercation with Inmate Sheraton Smith?

A. NOT ASKED

Q Officer Simmons was I not on my bed when you came Pod bed 102 going to the future.

A. Yes

Q. Did anyone tell or report to you that I was fighting, and if so who it was,

A. Yes they did tell me you were in the fight but I can't tell who said

Q. Officer Simmons did you see me in a physical dispute with anyone? NO

A. NO

Q Officer Simmons did you see me in any physical altercation with an inmate on march of 2006,

A. NO



Q. Officer Simmons did you see me in a physical combat with inmate Smith?

A. NO

Q. Officer Simmons was I not under investigation for being involved in a physical altercation with Inmate Sheratour Smith?

A. You were under investigation

<u>Definition</u>

Physical Altercation Means "A noisy or angry dispute,"

Physical Combat means "To fight with;

Fighting! To take part in a fight: fight with: Physical Combat,

Q. Officer Simmons was I placed under investigation for being involved in a physical altercation or was I under investigation for fighting?

A. there the same

(CL-56)

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

DOC Form 225B (Revised 1/30/2003)

**ECC05-528A**

1. INMATE : Boyd, Courtney        CUSTODY: MIN        AIS NO.: B/208921

2. FACILITY : Elmore Correctional Center

3. The above named inmate is being charged by Officer D. Colvin with violation of rule #64 specifically Possession of Contraband from regulation # 403, which occurred on or about 04-11, 2005 at (time) 10:28pm (am / pm), Location: C2-Dorm, Bed 95. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: While searching your, Inmate Courtney Boyd's B/208921, bed area, Officer D. Colvin found attached to your (Inmate Boyd's) bed a laundry bag containing one (1) gallon of julip.

   Denita Colvin, COI
   _____        _____
   Arresting Officer / Typed / Rank                    Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 23rd day of April, 2005, at (time) 5:55 (am / pm)

   _____        X _____
   Serving Officer / Signature / Rank                   Inmate's Signature / AIS Number

6. Witnesses desired?      NO _____        (YES) X _____
                              Inmate's Signature                         Inmate's Signature

7. If yes, list: Keith Gordon

8. Hearing Date 8 MAY 2005      Time 4:35pm          Place SHIFT OFFICE

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

    _____
    Signature / Hearing Officer

11. Plea: X _____ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): While searching your, Inmate Courtney Boyd's B/208921, bed area, Officer D. Colvin found attached to your (Inmate Boyd's) bed a laundry bag containing one (1) gallon of julip.

    Not Guilty
    5-8-05
    JH

Annex C to AR 403 ( Page 1 of 3 pages)

3

Inmate's Testimony:     The ___ belongs to bed 96. I slee___ ___ed 95.

Witness: _____     Substance of Testimony: _____

Witness: _____     Substance of Testimony: _____

Witness: _____     Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

Signature / Hearing Officer

16. The Following witnesses were not called          reason not called
    1. I DON'T WANT KEITH GORDON AS A WITNES X ____
    2. _____
    3. _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : Inmate Boyd is not guilty of Possession of Contraband.
    The laundry bag could have been placed there by another inmate, although Inmate Boyd
    should have alerted Officer Colvin to the fact that there was julip on his bed but
    was not his.

18. Basis for Finding at TIME: 2005          4:35 PM          SHIFT OFFICER
    Inmate Boyd admits that it was in his area but he did not have anything to do with
    it and it is possible someone else could have put it there.

19. Hearing Officer's Decision:          Guilty _____  X  Not Guilty ___
                                         Randy Frank COII

20. Recommendation of Hearing Officer:
    X _____

    Signature / Hearing Officer
    Randy Frank, COII
    Typed Name and Title

21. Warden's Action – Date  5/9/05
    Approved  John matthews COII
    Disapproved
    Other (specify)

22. Reason if more then 30 calendar days delay in action.

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on
    this the 9TH day of May 2005, at (time) 5:15 (am / pm).

    Signature / Serving Officer / Title          Inmate's Signature/AIS Number
                                                 Annex C of AR 403 (page 2 of 3 pages)

# Disciplinary Question

(1). Where did you find the swip on 95 side or 96 side of the bag?
FOUND THE BAG ON THE NUMBER SIDE OF THE BED

(2) Did bed 96 tell you that this was his side of the bed, when you asked
who side was this? I DON'T REMEMBER ASKING THAT.

(3) Was this laundry bag in my ~~Constructed~~ Possession are was
it ~~was~~ sub on my 96 bed area? ON YOUR BED AREA

(4) MY ~~Bed~~ 14th Amendment was violated when I was not served
with ~~the~~ a copy of my Disciplinary with 72 hours
STATEMENT

(5) MY 14th Amendment was violated when I was not tried with
10 working days. STATEMENT

(6) What nubmer did the laundrt bag have on it? ~~————~~
~~————————————————~~ I DON'T KNOW.

(7) Did you not ~~write~~ write bed 96 up for the same swip?
YES

(8) When you came to the 96 and 95 what was your ~~————~~ Intention?
TO FIND SOME SWIP

(9) Did you find any thing in the laundry bag with my name
on it? NO.

(10.

[hand-drawn diagram of a rectangular area with two laundry bags at bottom corners]

96 side of bed                    95 side

laundry bag          Laundry Bag

Exhibit A



(10.) The first five line on a disciplinary must be true. The first five line on my disciplinary are wrong, because this incident happen on April 10 not April 11 and it was after 10:27 pm, because the light was out. The disciplinary must be dismiss because it does not sure her statement. THE H/O CHECKED AND IT DID HAPPEN ON THE 11 TH AS STATED.

(11) Did you give me a urine test to see if I had been Drinking July? NO

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

DOC Form 225B (Revised 1/30/2004)

1. INMATE : __Courtney Boyd__       CUSTODY:  __Min.__        AIS NO.:  __B/208921__

2. FACILITY:  __Elmore Correctional Center__

3. The above named inmate is being charged by __COI Markeith West__ with violation of rule __# 57__ specifically __insubordination__ from regulation # __403__, which occurred on or about __August 9,__ 2005 at (time) __3:40 A.M.__ (am / pm), Location: __Elmore Dining Hall__. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __On August 9, 2005 at approximately 3:40 A.M., You, inmate Courtney Boyd B/208921 did state to Officer Markeith West " Y'all ain't nothing but some old house niggers anyway". Your actions constitute a violation of rule # 57, insubordination. .__

__COI Markeith West__                              _(signature)_ COI
Arresting Officer / Typed / Rank          Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __10__ day of __AUGUST__, 2005, at (time) __12:49 AM__ (am/pm).

_(signature)_ Sandy Frank CO II          _(signature)_ AIS Number
Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

6. Witnesses desired?     NO _(signature)_       YES _____
                          Inmate's Signature              Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time_____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

_____
Signature / Hearing Officer

11. Plea: _____ Not Guilty     _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_____
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): _____

_____
_____
_____
_____
_____
_____

Annex C to AR 403  ( Page 1 of 3 pages )

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 1/30/2004)

ECC05-1038

1.  INMATE: Courtney Boyd    CUSTODY: Min.    AIS NO.: B/208921

2.  FACILITY: **Elmore Correctional Center**

3.  The above named inmate is being charged by **COI Markeith West** with violation of rule **# 57** specifically **insubordination** from regulation # **403** which occurred on or about **August 9**, 2005 at (time) **3:40 A.M.** (am / pm), Location: **Elmore Dining Hall**. A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: **On August 9, 2005 at approximately 3:40 A.M., You, Inmate Courtney Boyd B/208921 did state to Officer Markeith West " Y'all ain't nothing but some old house niggers anyway". Your actions constitute a violation of rule # 57, insubordination. .**

**COI Markeith West**                          _COI_
Arresting Officer / Typed / Rank              Arresting Officer / Signature / Rank

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _10_ day of _AUGUST_, 2005, at (time) _12:49 AM_ (am/pm).

_Randy Frank COI_                          _X Courtney Boyd 208921_
Serving Officer / Signature / Rank           Inmate's Signature / AIS Number

6.  Witnesses desired?    NO _Courtney Boyd 208921_    YES _____
                              Inmate's Signature              Inmate's Signature

7.  If yes, list: _____

8.  Hearing Date _11 August 2005_    Time _1:14 AM_    Place _SHIRT OFFICE_

9.  Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

_Randy Frank COI_
Signature / Hearing Officer

11. Plea: _X Not guilty 208921_ _____ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_Randy Frank COI_
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): On August 9, 2005 at approximately 3:40a.m., you, Inmate Courtney Boyd B/208921, did state to Officer Markeith West, "Y'all ain't nothing but some old house niggers anyway." Your actions constitute a violation of Rule #57-Insubordination.

ENTERED IN COMPUTER
DATE: _8-11-05_
SIGN. _KH_

Annex C to AR 403 ( Page 1 of 3 pages )

3

14. Inmate's Testimony:    I did not make the statement to him. I was talking to someone else in the kitchen.

Witness: _____    Substance of Testimony: _____

Witness: _____    Substance of Testimony: _____

Witness: _____    Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

*Randy Frank COII*
Signature / Hearing Officer

16. The Following witnesses were not called    -    reason not called
    1. _____    _____
    2. _____    _____
    3. _____    _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that:    The Hearing Officer believed the Arresting Officer's testimony. Inmate Boyd admits to making the statement and therefore is guilty of Rule #57-Insubordination.

18. Basis for Finding of Fact:    The Hearing Officer believed the Arresting Officer's testimony and Inmate Boyd admitted to saying the statement, but claims he was talking to some unknown inmate. Officer West testified that Inmate Boyd was looking right at him (Officer West) when Boyd made the statement.

19. Hearing Officer's Decision:    __x__ Guilty    _____ Not Guilty

20. Recommendation of Hearing Officer:    45 days loss of visiting, pass/leave, phone and store privileges; Recommend a custody review.

*Randy Frank COII*
Signature / Hearing Officer
Randy Frank, COII
Typed Name and Title

21. Warden's Action—Date  8/11/05
    Approved  *W. Thomas*
    Disapproved
    Other (specify)

22. Reason if more then 30 calendar days delay in action.

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the __11th__ day of __August__ 2005, at (time) __11:34__ (am / pm).

*Sgt Charles Bromley*
Signature / Serving Officer / Title

*Corey Boyd 200921*
Inmate's Signature/AIS Number

Annex C of AR 403 (page 2 of 3 pages)

## ALABAMA DEPARTMENT OF CORRECTIONS
Disciplinary Report

Elmore Correctional Center

Continuation Sheet:                                    Incident Report : ECC05-1038

Inmate's Name:  Boyd, Courtney                         AIS # :  n/208921

QUESTION TO ARRESTING OFFICER:   (See attached questions from Inmate Boyd)

QUESTION 1:  What makes you feel he made the statement towards you?

ANSWER 1:  When he said it, he looked directly at me.

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

QUESTION TO INMATE:

QUESTION 1: Do you know who you were talking to in the kitchen?

ANSWER 1:  No, just some dude.

QUESTION 2: What was you referring to when you stated "y'all ain't nothing but some old house niggers anyway"?

ANSWER 2:  I was talking to somebody else in the chow hall.

QUESTION 3: Was you in the area of Officer West when you made the statement?

ANSWER 3:  Yes.

QUESTION 4: Was you close to Officer West when you made the statement?

ANSWER 4:  About 5 foot.

QUESTION 5: Did you make the statement?

ANSWER 5:  Yes, but it was not towards Officer West.

DISCIPLINARY Question



Q Did I make the statement reflect you?
   YES

Q Was the statement just said a loud?
   YES

Q Did me and you go the the Shift Office by our
   self.? YES.

Q Did you push my head over and over again saying, when
   we was lone   in the Shift Office? NO

Q. Did sgt Bromley have to come in and stop you
   for hit my head.? NO

Q What star this Problem, to make me say this to you?
   HE HAD BEEN TO THE HEALTH CARE UNIT
   AND COME BACK AND HAD NOTHING TO STOP HIM
   FROM working

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 1/30/2003)

ECC05-1031

1.  INMATE : **Boyd, Courtney**          CUSTODY:          AIS NO. : **B/208921**

2.  FACILITY: **Elmore Correctional Center**

3.  The above named inmate is being charged by **Officer Michael Lee** with violation of rule **#50** specifically **Being in an Unauthorized Area** from regulation # **403**, which occurred on or about **8-8-05**, at (time) **5:46p.m.** , Location: **C1 Dorm Bed 115**. A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: **Inmate Courtney Boyd, B/208921, was observed standing next to bed #115 in C1 Dorm. Inmate Boyd is assigned to C2 Dorm Bed 96.**

    **Michael Lee, COI**
    Arresting Officer / Typed / Rank          Arresting Officer / Signature / Rank

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the ___10th___ day of __August__ , 2005, at (time) __6:38__ (am/pm)

    Serving Officer / Signature / Rank          Inmate's Signature / AIS Number

6.  Witnesses desired?          NO _____          YES _Courtney Boyd 208921_
                                          Inmate's Signature                    Inmate's Signature

7.  If yes, list: _Ken Barker_

8.  Hearing Date ___8-12-05___          Time ___7:02 p.m.___          Place __Ecc Shift Office__

9.  Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is)/ is not capable of representing him/herself.

    Signature / Hearing Officer

11. Plea: _Courtney Boyd 208921_  (Not Guilty)                    ~~Guilty~~

12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): __Inmate Courtney Boyd B/208921 was observed standing next to bed #115 in C1 Dorm. Inmate Boyd is assigned to C2 Dorm Bed 96.__

    _Entered: 8-16-05_
    _By: SK_

    Annex C to AR 403 (Page 1 of 3 pages)

3

14. Inmate's Testimony:   I was in there just to pick up legal work. Officer Lee was working C2. That's when he called me over to C1 side and asked for my I.D. and told me he was going to write me up. I wasn't in there chit chatting. I was getting my legal work.

Witness: _Ken J Barker 2-06180_  Substance of Testimony: Boyd was standing by my rack talking about legal issues. When he was leaving, the Officer called him and said he was going to write him up. Q #1: Is there a sign on the dorm stating C1 occupants only? A #1: I never noticed it.

Witness: _____  Substance of Testimony: _____

Witness: _____  Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

                                        Mark Loman    Co II
                                    Signature / Hearing Officer

16. The Following witnesses were not called    -    reason not called
    1. _____N/A_____    _____
    2. _____    _____
    3. _____    _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that :   On 8-8-05, Inmate Courtney Boyd was inside C1-Dorm. Inmate Boyd is assigned to C2-Dorm.

    _____
    _____
    _____

18. Basis for Finding of Fact:   The Hearing Officer believes the sworn testimony of the Arresting Officer and did not believe Inmate Boyd. Each dormitory is clearly marked occupants only.

19. Hearing Officer's Decision:       X    Guilty    _____ Not Guilty

20. Recommendation of Hearing Officer:  45 days loss of visiting, phone and store privileges; Refer to Classification for increase in custody.

                                        Mark Loman    Co II
                                    Signature / Hearing Officer
                                        Mark Loman, COII
                                    Typed Name and Title

21. Warden's Action – Date  8/16/05
    Approved   John matthews CoSII
    Disapproved  _____
    Other (specify)  _____

22. Reason if more then 30 calendar days delay in action.   _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _16th_ day of _August_ 2005 at (time) _5:06_ (am / pm).

    _____ COI                        _____
    Signature / Serving Officer / Title    Inmate's Signature/AIS Number
                                    Annex C of AR 403 (page 2 of 3 pages)

## ALABAMA DEPARTMENT OF CORRECTIONS
### Disciplinary Report

Elmore Correctional Center

Continuation Sheet:

Incident Report : ECC05-1031

Inmate's Name: __Boyd, Courtney__    AIS # : __B/208921__

QUESTION TO ARRESTING OFFICER: (See attached questions from Inmate Boyd)

QUESTION 1: Is there a sign on the dorm stating C1 Occupants Only?

ANSWER 1: Yes sir.

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

QUESTION TO INMATE:

QUESTION 1: Is there a sign on the dorm stating C1 Occupants Only?

ANSWER 1: I never paid it any attention.

QUESTION 2: Did you ask permission to enter C1-Dorm?

ANSWER 2: No sir.

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

B2-107

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

EC004-295C

DOC Form 225B (Revised 1/30/2003)

1.  INMATE : __Courtney Boyd__          CUSTODY: _____     AIS NO.: __B/208921__

2.  FACILITY: __Elmore Correctional Center__

3.  The above named inmate is being charged by __Steward Jones__ with violation of rule __#54__ specifically __Refusing to Work__ from regulation # __403,__ which occurred on or about __3/3,__ 2004 at (time) __4:00__ (am / pm), Location: __Kitchen.__ A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follows: __On 03/03/04, at approximately 4:00 a.m., you inmate Boyd__ __stated that you quit and left the serving line during the morning feeding.__

    __James Jones, Steward II__ _____          _James Jons_ _Steword II_
    Arresting Officer / Typed / Rank                        Arresting Officer / Signature / Rank

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __4__ day of __MARCH__, 2004, at (time) __4:50 pm,__ (am/pm)

    _____ _Cal C01_          _____ _20821_
    Serving Officer / Signature / Rank                     Inmate's Signature / AIS Number

6.  Witnesses desired?    (NO)  _____        YES _____
                          Inmate's Signature                      Inmate's Signature

7.  If yes, list: _____

8.  Hearing Date __3-10-04__          Time __4:36a.m.__          Place __Ms. Perry's Office__

9.  Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

    _Sergeant Tanya_ _____
    Signature / Hearing Officer

11. Plea: X _Courtney Boyd 2008321_    (Not Guilty)  _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Sergeant Tanya_ _____
    Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): __On 3-3-04, Inmate Boyd stated that he quit and__ __and left the serving line during the morning feeding.__

    _____
    _____
    _____

    ENTERED IN COMPUTER
    DATE: __3-11-04__
    SIGNED: _____

Annex C to AR 403 ( Page 1 of 3 pages )

14. Inmate's Testimony: I didn't refuse to work. If I did, then why have I still been going to work.

Witness: _____          Substance of Testimony: _____

Witness: _____          Substance of Testimony: _____

Witness: _____          Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_Sergeant Tanya C__
Signature / Hearing Officer

16. The Following witnesses were not called      -      reason not called
    1. _____          _____
    2. _____          _____
    3. _____          _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : On 3-3-04, Inmate Boyd did state that he quit and left the serving line during morning feeding. GUILTY Officer S. Snider was present during the hearing to assist Inmate Boyd with representing himself. Inmate Boyd stated that he was not capable of representing himself.

18. Basis for Finding of Fact: Based on arresting officer's sworn statement that Inmate Boyd stated that he quit and left the serving line during the morning feeding.

19. Hearing Officer's Decision:      X      Guilty      _____ Not Guilty

20. Recommendation of Hearing Officer: 75 days loss of visiting, phone and store privileges. Recommend upgrade in custody level.

_Sergeant Tanya C__
Signature / Hearing Officer

Tanya Arrington, Sgt.
Typed Name and Title

21. Warden's Action – Date   3-11-04
    Approved  John Matthews
    Disapproved
    Other (specify) _____

22. Reason if more then 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _11_ day of _March_ 2004, at (time) _840_ (am / pm).

_____          _____
Signature / Serving Officer / Title          Inmate's Signature/AIS Number

Annex C of AR 403 (page 2 of 3 pages)

## ALABAMA DEPARTMENT OF CORRECTIONS
### Disciplinary Report

Elmore Correctional Center

Continuation Sheet:

Incident Report : ECC04-295C

Inmate's Name:  Boyd, Courtney

AIS # :  B/208921

## QUESTION TO ARRESTING OFFICER:

QUESTION 1:  Did you tell him to leave the serving line or did he leave on his own?

ANSWER 1:    He pulled his apron off and left on his own.

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

## QUESTION TO INMATE:

QUESTION 1:   Did you finish serving that morning?

ANSWER 1:    No. I was told to leave.

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:



# ALABAMA DEPARTMENT OF CORRECTIONS
Disciplinary Report

Elmore Correctional Center

Continuation Sheet:

Incident Report: ECC04-078B

Inmate's Name:  Boyd, Courtney

AIS # :  B/208921

## QUESTION TO ARRESTING OFFICER:

QUESTION 1:

ANSWER 1:

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

## QUESTION TO INMATE:

QUESTION 1: Did you have a jacket in your possession that belonged to an inmate at Staton CC?

ANSWER 1:  Yes.

QUESTION 2: Did you know the jacket belonged to Staton CC?

ANSWER 2:  No.

QUESTION 3: Did you receive an orientation when you went to work at the laundry?

ANSWER 3:  No.

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

Staff 1-28-04 and 2-27-04

B2-107
30days Comp.
Kitchen

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 1/30/2003)

ECC04-078B

1. INMATE: Boyd, Courtney          CUSTODY: MIN          AIS NO.: B/208921

2. FACILITY: Elmore Correctional Center

3. The above named inmate is being charged by **Ralph Perkins, Laundry Manager II** with violation of rule **#70** specifically**Unauthorized Possession of Another's Property** from regulation # **403**, which occurred on or about **1-15**, 2004 at (time) **7:15am** (am / pm), Location: **Elmore Regional Laundry**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On 1-15-04, Inmate Courtney Boyd B/208921 was observed with a Staton C.C. state jacket in his possession by Mr. Ralph Perkins - Laundry Manager II and Officer L. Carter. Inmates at ECC are not authorized to have clothing belonging to another inmate in their possession.**

**Ralph Perkins, Laundry Manager II**          _Ralph Perkins - Ly Mngr II_
Arresting Officer / Typed / Rank                Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **21st** day of **January**, 200**4** at (time) **8:00 A.m.** (am/pm).

_Sgt Charles Brantley_                    _Courtney Boyd 208971_
Serving Officer / Signature / Rank         Inmate's Signature / AIS Number

6. Witnesses desired?   (NO) _Courtney Boyd_          YES _____
                         Inmate's Signature              Inmate's Signature

7. If yes, list: _____

8. Hearing Date: **1-27-04**     Time **10:25a.m.**     Place **ECC Shift Office**

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

_Sgt Charles Brantley_
Signature / Hearing Officer

11. Plea: _____ Not Guilty ✓ _Courtney Boyd_          (Guilty)

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_Sgt Charles Brantley_
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): **Staton Correctional Center notified me that they had some jackets missing from the laundry. Approximately 3 days later, I observed Inmate Boyd wearing one of the missing jackets. Inmate Boyd was orientated not to have any inmates clothes in their possession except their own.**

ENTERED IN COMPUTER
DATE: 1-28-04
SIGNED: PH

3                                         Annex C to AR 403 ( Page 1 of 3 pages )

14. Inmate's Testimony:   I got the jacket from the laundry at the backgate. I did not
steal the jacket. The next day after I got caught with the jacket, another jacket
was found at the backgate that belonged to Staton CC.

Witness: _____   Substance of Testimony: _____

Witness: _____   Substance of Testimony: _____

Witness: _____   Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are
attached. *none submitted.*

Sgt Charles Bromley
Signature / Hearing Officer

16. The Following witnesses were not called    -    reason not called
   1. _____ n/a _____    _____
   2. _____    _____
   3. _____    _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that : On 1-15-04, Mr. Ralph Perkins, Laundry Mgr. II, did observe Inmate Courtney
   Boyd wearing a state jacket that had been reported stolen from Staton Correctional Center three days earlier.
   The Hearing Officer further finds the elements of rule #70 have been met in that inmates are prohibited
   by AR 403 from having any property in their possession not issued to them. Therefore the Hearing Officer
   finds Inmate Boyd guilty of rule #70.

18. Basis for Finding of Fact:   The above finding of fact is based on the sworn testimony of Ralph Perkins
   who stated he did observe Inmate Boyd with a jacket on that was reported stolen from Staton CC. The Hearing
   Officer did not believe the testimony of Inmate Boyd.

19. Hearing Officer's Decision:    X    Guilty    _____ Not Guilty

20. Recommendation of Hearing Officer:   30 days loss of visiting, phone and store privileges.

Sgt Charles Bromley
Signature / Hearing Officer
Charles Bromley, Sgt.
Typed Name and Title

21. Warden's Action – Date   1-27-04
   (Approved)   John matthews
   Disapproved
   Other (specify)   _____

22. Reason if more then 30 calendar days delay in action.

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on
   this the   29th   day of   Jan   2004, at (time)   7:40   (am / pm).

   _____    _____ 208??
   Signature, Serving Officer / Title    Inmate's Signature/AIS Number
                                          Annex C of AR 403 (page 2 of 3 pages)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921 )
    Plaintiff, )
     )
VS. )
     )    CASE NO. 2:07-CV-524-MEF
     )
SUSANNE BUSH, et al., )
    Defendant (s) )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Shawn Logan, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Shawn Logan, and I am presently employed as Correctional Sergeant, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

On Thursday, July 5, 2007, at approximately 9:30 AM, I provided Inmate Courtney Boyd, B/208921, an opportunity to inspect/review his Medical File. Inmate Boyd was also provided an opportunity to have copies made of said documents at .50 cents per copy. Inmate Boyd finished viewing his file at approximately 11:00 AM.

_Sgt. Shawn C. Logan_
SHAWN LOGAN

SWORN TO AND SUBSCRIBED TO before me this the ___5th___ day of
___July___, 2007.

_Shane M. McLendon_
NOTARY PUBLIC

My Commission Expires: __03/27/11__

DEFENDANT'S
EXHIBIT
16
PENGAD 800-631-6989



# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

**EASTERLING CORRECTIONAL FACILITY**
**200 WALLACE DRIVE**
Clio, Alabama 36017-2615
334-397-4471

**Bob Riley**
**Governor**

**Richard F. Allen**
**Commissioner**

On ___July 5, 2007___, I, ___COURTNEY BOYD, B/208921___, was provided an opportunity to inspect/review my Medical files in the presence of a Correctional Officer. I was allowed to have copied any document at .50 cents per copy surface. I understand that I must submit a Funds Withdrawal slip to the Business Office prior to copies being made.

_____ / 208921 / July 5, 2007
Signature                /AIS#      /Date

_____ / July 5, 2007
Witness                  /Date

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921          )
    Plaintiff,              )
                            )
VS.                             )
                            )          CASE NO. 2:07-CV-524-MEF
                            )
SUSANNE BUSH, et al.,           )
    Defendant (s)           )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Cleveland Ewing, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Cleveland Ewing, and I am presently employed as Correctional Officer, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

On Tuesday, July 31, 2007, at approximately 12:00 PM, I provided Inmate Courtney Boyd, B/208921, an opportunity to inspect/review his Medical and/or Institutional File. Inmate Boyd was also provided an opportunity to have copies made of said documents at .50 cents per copy. Inmate Boyd finished viewing his file at approximately 1:15 PM.

_Cleveland L Ewing_
CLEVELAND EWING

SWORN TO AND SUBSCRIBED TO before me this the ___31st___ day of
_____July_____, 2007.

_Linda E. Teal_
NOTARY PUBLIC

My Commission Expires: ___7-11-11___

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921      )
    Plaintiff,      )
                 )
VS.      )
                 )     CASE NO. 2:07-CV-524-MEF
                 )
SUSANNE BUSH, et al.,      )
    Defendant (s)      )

## AFFIDAVIT

    Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Willie Bryant, who being known to me and being by me duly sworn, deposes and says under oath as follows:

    My name is Willie Bryant, and I am presently employed as Correctional Lieutenant, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

    On October 22, 2007, Inmate Courtney Boyd, B/208921, was allowed to review/inspect and make handwritten copies of documents from his prison medical records. On October 23, 2007, Inmate Boyd reviewed/inspected copies of documents from his Institutional File. Inmate Boyd refused to sign the memo stating that he was provided the opportunity to review/inspect and make copies of documents from his files (Exhibit #1). Inmate Boyd stated that the documents he was looking for was not in his medical records.

WILLIE BRYANT

SWORN TO AND SUBSCRIBED TO before me this the 31st day of
October , 2007.

NOTARY PUBLIC

My Commission Expires: My Commission Expires Jan. 24, 2009



# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

### EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
Clio, Alabama 36017-2615
334-397-4471



**Bob Riley**
**Governor**

**Richard F. Allen**
**Commissioner**

On October 22, 2007, I, Courtney Boyd, B/208921, was provided an opportunity to inspect/review my Medical file and on October 23, 2007, I was provided an opportunity to inspect/review my Institutional files in the presence of a Correctional Officer. I was allowed to attach post-it notes to each document which I desire to have copied at .50 cents per copy surface. I understand that I must submit a Funds Withdrawal slip to the Business Office prior to copies being made.

*Refuse to Signed by Inmates*     *Lt. willie Bryant*
*10/23/07*

_____/_____/_____
Signature          /AIS#   /Date

_____ 10/23/07
Witness               /Date

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921          )
                                )
        PLAINTIFF                )
                                )
vs.                             ) CIVIL ACTION NO. 2:07-CV-524-MEF
                                )
SUSANNE BUSH, et. al.,          )
                                )
        DEFENDANTS.             )

A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County
and State of Alabama at Large, personally appeared one J.C. Giles, who being
known to me and being by me first duly sworn, deposes and says on oath as
follows:

My name is J. C. Giles, and I am presently employed as a Correctional
Warden III, with the Alabama Department of Corrections at the Ventress
Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

On November 30, 2007 at approximately 10:00 a.m., Courtney Boyd,
#208921 was allowed to view his green jacket on the computer along with his
medical files. After looking at his files inmate Boyd stated and wrote on his
consent form, "I seen my medical files, but the complaint and grievance was not
a part of it and I need them to prove my claim." Inmate Boyd further asked to see
his co-pay charges. Because this is not in his files, a copy of the co-pay charges
was given to him from the Business Office. Please note that all of these charges

Page 2
Affidavit – J. C. Giles

are unpaid co-pay charges.  Inmate Boyd only has $2.23 on the books.  A copy

of the medical co-pay sheet that was given to him is attached.  The consent

forms that he signed are also attached with this affidavit.

J. C. Giles          Date     11-30-07

STATE OF ALABAMA)

BARBOUR COUNTY )

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF Nov,
2007.

Reba D Currie
NOTARY PUBLIC
MY COMMISSION EXPIRES: 9-9-08

# A F F I D A V I T

)
)
)
)

## STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Courtney Boyd, #208921 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 30th day of Nov, 2007.

_Reba J Currie_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF Nov, 2007.

_Glenda Ross_
Notary Public
My Commission Expires: 11/21/09

I, Courtney Boyd, #208921, an inmate at Ventress Correctional Facility on Friday, November 30, 2007 was allowed to view my medical file with all documents that are contained in my file to this date.   I understand that I have to pay 50 cents per copy for all copies that I ask for. *I Seen medical files, but the complaints and grievances were not apart of it, And I need them to prove my Claim.*

*Courtney Boyd 208921* 11-30-07
Courtney Boyd, #208921     Date

Witness: Warden J Hill

Date: 11-30-07

_____0_____ number of copies  X   .50 cents  =  _____0_____

Courtney Boyd, #208921       Date

I, Courtney Boyd, #208921, an inmate at Ventress Correctional Facility on Friday, November 30, 2007 was allowed to view my file on the computer with all documents that are contained in my file to this date.   I understand that I have to pay 50 cents per copy for all copies that I ask for.

Courtney Boyd, #208921        Date

Witness: _Reba Currie_

Date: _11-30-07_

```
COPAY VISIT DATE:   2007/02/28    INST: 041
COPAY VISIT DATE:   2007/03/08    INST: 041
COPAY VISIT DATE:   2007/03/13    INST: 041

MEDICAL COPAY INFORMATION:
COPAY VISIT DATE:   2007/03/16    INST: 041
COPAY VISIT DATE:   2007/03/19    INST: 041
COPAY VISIT DATE:   2007/03/19    INST: 041
COPAY VISIT DATE:   2007/03/22    INST: 041
COPAY VISIT DATE:   2007/03/27    INST: 041
COPAY VISIT DATE:   2007/03/30    INST: 041
COPAY VISIT DATE:   2007/04/03    INST: 041
COPAY VISIT DATE:   2007/04/08    INST: 041
COPAY VISIT DATE:   2007/04/13    INST: 041
COPAY VISIT DATE:   2007/05/03    INST: 041
COPAY VISIT DATE:   2007/06/04    INST: 041
COPAY VISIT DATE:   2007/06/07    INST: 041
COPAY VISIT DATE:   2007/06/28    INST: 041
COPAY VISIT DATE:   2007/07/02    INST: 041
COPAY VISIT DATE:   2007/07/05    INST: 041
COPAY VISIT DATE:   2007/07/19    INST: 041

COPAY VISIT DATE:   2007/07/20    INST: 041
COPAY VISIT DATE:   2007/07/29    INST: 041
COPAY VISIT DATE:   2007/07/30    INST: 041
COPAY VISIT DATE:   2007/08/07    INST: 041
COPAY VISIT DATE:   2007/08/07    INST: 041
COPAY VISIT DATE:   2007/08/16    INST: 041
COPAY VISIT DATE:   2007/08/27    INST: 041
COPAY VISIT DATE:   2007/09/09    INST: 041
COPAY VISIT DATE:   2007/10/04    INST: 041
COPAY VISIT DATE:   2007/10/09    INST: 041
COPAY VISIT DATE:   2007/10/18    INST: 041
COPAY VISIT DATE:   2007/11/06    INST: 041

   71 CHARGES FROM (041) EASTERLING CORR. FACILITY

   TOTAL UNPAID CO-PAY CHARGES: $213.00    ( 71 VISITS)


REPLACEMENT ID CHARGES INFORMATION:
   REPLACEMENT ID DATE:   2006/10/24    INST: 041
   REPLACEMENT ID DATE:   2006/10/24    INST: 041
   REPLACEMENT ID DATE:   2006/10/24    INST: 041

   3 CHARGES FROM (041) EASTERLING CORR. FACILITY

   TOTAL UNPAID REPLACEMENT IDS:    $9.00    ( 3 CARDS)
```

```
FROM:   EASTERLING CORR FACILITY              TO:   VENTRESS CORRECTIONAL FACILITY
        200 WALLACE DRIVE                           P.O. BOX 767
        CLIO, AL                                    CLAYTON          AL
        360170000                                   36016-0767

NOV. 13, 2007                        INMATE TRANSFER TRANSACTION#: 2008000641
FINAL CLOSING FOR :        BOYD, COURTNEY JAMES     AIS NUMBER: 208921      CHECK NUMBER: 3032
ACTIVE PMOD AMOUNT TRANSFERED:                                                        $2.23

CASE NBR  CT   CASE DT  CASE AMOUNT PAID AMOUNT  F FEE-PD    $$   MIN PAY   $%  FILE FEE ESCROW TRANSFERED
1399 CC601 61A 09 16 2005    $201.00     $20.00    $0.00   20.00   $20.00  .00                    $0.00
2006 CV511W 80A 06 12 2006   $360.00      $0.00    $0.00   50.00    $1.00  .00   Y                $0.00
1999 68166  51A 02 07 2007   $201.00      $0.00    $0.00   25.00    $1.00  .00   N                $0.00
2003 CV1780 07A 02 23 2007   $465.00      $0.00    $0.00   20.00    $1.00  .00   Y                $0.00
2007 CV403M 80A 05 11 2007   $350.00      $0.00    $0.00   20.00    $1.00  .00   Y                $0.00
2007 CV624M 80A 06 11 2007   $360.00      $0.00    $0.00   20.00    $1.00  .00   Y                $0.00
                                                          TOTAL AMOUNT TRANSFERED:               $2.23

MEDICAL COPAY INFORMATION
     COPAY VISIT DATE:   2006/10/16    INST: 041
     COPAY VISIT DATE:   2006/10/18    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/24    INST: 041
     COPAY VISIT DATE:   2006/10/28    INST: 041
     COPAY VISIT DATE:   2006/11/04    INST: 041
     COPAY VISIT DATE:   2006/11/13    INST: 041
     COPAY VISIT DATE:   2006/11/20    INST: 041
     COPAY VISIT DATE:   2006/11/25    INST: 041
     COPAY VISIT DATE:   2006/11/29    INST: 041
     COPAY VISIT DATE:   2006/12/18    INST: 041
     COPAY VISIT DATE:   2006/12/21    INST: 041
     COPAY VISIT DATE:   2007/01/29    INST: 041
     COPAY VISIT DATE:   2007/02/08    INST: 041
     COPAY VISIT DATE:   2007/02/12    INST: 041
     COPAY VISIT DATE:   2007/02/15    INST: 041
     COPAY VISIT DATE:   2007/02/25    INST: 041
     COPAY VISIT DATE:   2007/02/28    INST: 041
     COPAY VISIT DATE:   2007/03/08    INST: 041
```