IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion to compel filed by the plaintiff on November 30, 2007 (Court Doc. No. 66), and in light of the response filed by the correctional defendants on November 30, 2007 (Court Doc. No. 67), it is

ORDERED that the motion to compel be and is hereby DENIED. It is further

ORDERED that the plaintiff is allowed until December 13, 2007 to file any supplemental response he deems necessary to the written reports filed by the defendants.

Done this 3rd day of December, 2007.

                                                /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE