IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

COURTNEY BOYD, AIS 208921

        Plaintiff,

v.

BUSH, et al.

        Defendants,

)
)
)
)
)
) CASE NO. 2:07-CV-524-MEF
)
)
)
)
)

## CONFLICT DISCLOSURE STATEMENT

COMES NOW All ADOC Defendants * , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

■ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| n/a | |
| | |
| | |

12/10/2007
Date

*ADOC Defendants include:
Richard Allen, Anthony Williams,
LaGreta McClain, Joseph Danzey,
Matthew Jordan, Kenneth Sconyers,
Nathan Lawson, Mary Lee, Gerald
Wright, Marcia Scott, Shawn Logan,
and Darrell Bell

/s/ Jack Wallace, Jr.
(Signature)

Jack Wallace, Jr.
(Counsel's Name)

All ADOC Defendants
Counsel for (print names of all parties)

11 South Union Street

Montgomery. AL 36130
Address, City, State Zip Code

(334) 353-8671
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Jack Wallace, Jr. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by us Mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 10th ___ day of December ___ 20 07, to:

Courtney Boyd, AIS 208921

Ventress Correctional Facility

P.O. Box 767

Clayton, AL 36106

12/10/2007
Date

/s/ Jack Wallace, Jr.
Signature