IN THE UNITED STATES DISTRICT COURT
FOR THE LIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                                    Case No:2:07-CV-524-MEF
Susanne Bush et.al
Defendant

## Traverse  To The Defendants Second Supplemental Special Report

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court

Pursuant to the Court Order Entered on 12-3-07 (Court Doc.76). The Palintiff

submit the following insupport of this traverse:

1. The Defendants was order to procduce a copy of the plaintiff disciplinaries

which he received from the Defendants in the month of March on 23rd,2007. The

Defendants has forward these disciplinaries, and other disciplinaries that have

nothing to do with the case at hand. The Defendants should not be allowed to

produce disciplinies that are not relevance to the plaintiff case.  This

Honorable Court has held that the plaintiff interrogatoties he was trying

to get the defendant s to answer to what happen was not relevance to his

case.  Just like this Honorable Court rule that the plaintiff interrogaties

was not relevance to his case, so sould it be rule that the other disciplinies

other then Rule Violation #41,56,44 should be dismiss from the face record,

because they have nothing to do with the case at hand. See Rule.of.Evidence.

RUle 403..

2. The Plaintiff filed a traverse to the defendants first Special Report

and he request that it be accpted along with this traverse.

3. The Defendants produce the disciplinary that the plaintiff was charged

and it shows that the plaintiff was not found guilty off of any evidence the

PAGE 1

defendants produce, but base off the arresting officer testimony along.
See Exhibit A, which is a copy of these disciplinary.

4. The Plaintiff was placed into lock up for violation of Rule #44 &56 against
Sgt.Marcia Scott, and Lt.Mary Ann Lee was the officer who was investgating the
report. But when the Plaintiff was served with these disciplinary it said
that Lt.Lee was charging the plaintiff with RUle violation #56 and Sgt.Scott
was charging him with Rule #44.  But Lt.Lee could not be the investgating officer
and then turn around and charge the plaintiff with the same offense that Sgt.Scott
had him plaed into Lock up for.Even the hearing on these two disciplinary was
a violation of the plaintiff 14th Amendment, & 5th AMendment, because officer
Stephanie Govan was assigned to the HCU when the plaintiff was durg by officer
therefore she had first hand knowlegde of the incident, but she still did the
plaintiff disciplinary report hearing and found him guilty ,because the arresting
officer stated under oath that the discilplinary was true.  See Exhibit A&B
which show that Office Govan had first hand knowlegde of what happen on 3-23-07.

5. The Plaintiff was not even given a fair disciplinary against the report
Defendant Bush worte, because once more he was found guilty because the arresting
officer said that it happen.  See Exhibit C which is a copy of that disciplinary.

6. The Defendants did not file these incident report on 3-23-07 &3-19-07, But
on March 23,2007, which is the one for Defendant Bush and April 3,2007, for
Defendant Lt.Lee.   Under the ADOC Admin.Rule. #302 the incident report must
be filed before the arresting officer leave work. See Exhit & C

7. The Defendants Bush, Wilson, Dr.Darbouze, Capt.Sconyers has relatiton rjsse
against the plainitff.see Exhibit D which is Documents filed into the Northern
Distirct of ALabama and to I&I Division about these Defendants trying to cause
bodyliy harm to the paiintiff.

PAGE 2

8. The Defendants for ADOC has submit an incorrect body chart which does not show the injuries that the plaintiff received from being durg by officer on the concerted while being cuffed behind his back. The Defendants for PHS has also submit an body chart which shows that the plaintiff did receive injuries to his body as a result of being durg by officer on the concrte ground while being cuffed. See Exhibit E, which is the two body charts that was submit to this Honorable Court by the Defendants.

9. The Plaintiff request that the body chart submit by the ADOC Defendants be dismiss form the face of the records, because it is an incorrect document, and The Defendants who has controll over the plaintiff Medical Records submit the correct from which is the original document.

10. The Plaintiff was charged with Rule Violation #44 Threats, because Defendant Sgt.Scott said that the Plaintiff said "Y'all can't make me go in there (C-1 -Dorm)"! The Defendant claim that the plaintiff fists was clenched, when he made this Statement. However ADOC Amind.Reg.#302 says Threats"A verbal or written expression by an individual of an intention to do bodily harm to another individual or grounp. See Exhibit F, which is a copy of the Admin. Reg.#302 on Threats". The Defendant Sgt.Scott even said at the disciplinary hearing that the plaintiff did not say he was going to cause her bodily harm. The plaintiff action did not constitute a violation of Threats, but he was found guilty anyway, because the Arresting Officer said so under oath. But this Disciplinary should be dismiss, because there was never an threats made or said against an officer.

**WHEREOFRE,**The Plaintiff prays that this Honorable Court will grant this Traverse and set this matter down for an trial by an Jury.

### CERTIFICATE OF SERVICE

I hereby ceritfy that I have served a copy of the foregoing upon the Defendants counsel, by placing it into Ventress Corr.Fac.Mail Box On.12-5-07.

Courtney Boyd Plaintiff

PAGE 3

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courteny Boyd
Plaintiff

Vs.                                        Case No:2:07-Cv-524-MEF
Susanne Bush et.Al.
Defendants

COunty  of Barbour
State of Alabama

### AFFIDAVIT

Before me, The Palintiff, Courteny Boyd, for the said County and State of
Alabama, personally appeared COurtney Boyd, who being know to me and being

by me duly sworn deposes and says under oath as follows:

My name is Courteny Boyd, I do hereby  says under oath that this Traverse is ture

to the best of my knowlegde, and all Exhibits are from the records submit by

the Defendants.

SWORN TO AND SUBSRCIBED TO ME BEOFRE A NOTARY PUBLIC  on  Dec. 5, 2007

Carolyn R. Abercrombi          _____
        Notary Public                  Courteny Boyd


My commission Exrpiess:_____**My Commission Expires 08/08/2011**_____

APGE 3

NAME *Courtney Boyd*
AIS # *208921*    DORM # *E-4-19*
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0002403830    **$01.31⁰**
DEC 12 2007
MAILED FROM ZIP CODE 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United STATES DISTRICT Court
P. O. Box 711
Montgomery, AL
36101

36101+0711-11  B007

16. Inmate's Testimony: I was not in the ECU at 2:00 PM on 03/ /07, because I didn't go in to see the doctor until 2:10 PM, and before then I was in the waiting room.

Witness: N/A          Substance of Testimony: N/A

Witness:          Substance of Testimony:

Witness:          Substance of Testimony:

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_Joel Tew COI_
Signature / Hearing Officer

18. The Following witnesses were not called       reason not called
1. N/A          N/A
2.
3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that : On 03/19/07, at approximately 2:00 PM, in the Health Care Unit, Inmate Courtney Boyd, B/208921, did state/write in a complaint dated 03/19/07. Therefore, Inmate Boyd was in violation of Rule #41-Making False Statement or Charges.

20. Basis for Finding of Fact: Susanne Bush, LPN, stated under oath that Inmate Boyd did state in a written complaint that she said, "I hate that black ass nigger!" Nurse Bush stated in her testimony that Inmate Boyd's accusation is false.

21. Hearing Officer's Decision:          X   Guilty
Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation and loss of all privileges.
*Prohibited from earning good time.

_Exhibit A_                    _Joel Tew COI_
Signature / Hearing Officer
Joel Tew, COI
Typed Name and Title

23. Warden's Action - Date  _Approved_   _4/4/07_
Approved
Disapproved
Other (specify)

24.
Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the _3_ day of _April_ 2007, at (time) _1120_ (am/ pm).

_Signature / Serving Officer / Title_ COI          _Inmate's Signature and AIS Number_

16. Inmate's Testimony:  It was after 9:40 AM when these things happened.  All of it happened, but it was after 9:40 AM.

_____

_____

Witness:  __N/A__                    Substance of Testimony:  __N/A__

_____

Witness:  _____        Substance of Testimony:  _____

Witness:  _____        Substance of Testimony:  _____

17. The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

                                    _Stephanie Govan, COI_
                                    Signature / Hearing Officer

18. The Following witnesses were not called      -      reason not called
    1.  Officer Anthony Williams            Waived by Inmate Boyd
    2.  Officer Bobby Lingo                 Waived by Inmate Boyd
    3.  N/A                                 N/A

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that:  On 03/23/07, at approximately 9:40 AM, in Dorm C1, Inmate Courtney Boyd, B/208921, did refuse to go in Dorm C1 after Lt. Mary Lee gave you several orders to do so.  Therefore, Inmate Boyd was in violation of Rule #56—Failure to Obey a Direct Order of an ADOC Official.

20. Basis for Finding of Fact:  Lt. Mary Lee stated under oath that she ordered Inmate Boyd to go into C1 Dorm.  Inmate Boyd refused to do so.  (1) Inmate Boyd did admit in his testimony that he did not comply with the order.  (2) Hearing officer finds Inmate Boyd guilty based on Lt. Lee's testimony.

21. Hearing Officer's Decision:      __X__  Guilty
                                            Not Guilty

22. Recommendation of Hearing Officer:  45 Days Disciplinary Segregation.
    *Prohibited from earning good time.

                                    _Stephanie Govan, COI_
                                    Signature / Hearing Officer
                                    Stephanie Govan, COI
                                    Typed Name and Title

23. Warden's Action — Date  _4/4/07_
    Approved  _____
    Disapproved
    Other (specify)  _____

    Reason if more then 30 calendar days delay in action.  _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the __6__ day of _April_ 200_7_, at (time) _1105_ (am/pm).

    _Sam M[...] COI_                        _____
    Signature / Serving Officer / Title      Inmate's Signature and AIS Number

16. Inmate's Testimony: ~~I didn't make a verbal or written impression to anybody.~~

Witness: _Mary A. Lee, COI_    Substance of Testimony: (See attached questions).

Witness: N/A    Substance of Testimony: N/A

Witness: _____    Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_Stephanie Govan, COI_
Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
    1. Officer Bobby Lingo    Waived by Inmate Boyd
    2. Officer Anthony Williams    Waived by Inmate Boyd
    3. N/A    N/A

19. After bearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : On 03/23/07, at approximately 9:40 AM, in Dorm C1, Inmate Courtney Boyd, B/208921, did turn toward Sgt. Marcia Scott in an aggressive manner, with his fists clenched and state, "Y'all can't make me go in there." Therefore, Inmate Boyd was in violation of Rule #44-Threats.

20. Basis for Finding of Fact: Sgt. Marcia Scott stated under oath that Inmate Boyd turned toward her in an aggressive manner with his fists clenched and stated, "Y'all can't make me go in there." (1) Hearing officer finds Inmate Boyd guilty based on Sgt. Scott's testimony. (2) Sgt. Scott felt threatened based on Inmate Boyd's actions.

21. Hearing Officer's Decision:    X    Guilty
                                      _____ Not Guilty

22. Recommendation of Hearing Officer: 45 Days Disciplinary Segregation.
    *Prohibited from earning good time.

_Exhibit A_

_Stephanie Govan, COI_
Signature / Hearing Officer

Stephanie Govan, COI
Typed Name and Title

23. Warden's Action - Date _4/6/07_
    Approved _Terrie Stowe_
    Disapproved _____
    Other (specify) _____

    Reason if more then 30 calendar days delay in action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the _6_ day of _April_ 200_7_, at (time) _1105_ am/ pm).

_Pamla Jones CO8_
Signature / Serving Officer / Title

Inmate's Signature and AIS Number

**EASTERLING CORRECTIONAL FACILITY**
**200 WALLACE DRIVE**
**CLIO, AL  36017**

DETENTION NOTIFICATION

TO INMATE: Courtney Boyd        R/S  B/M        AIS# 208921

This is to inform you that you are presently being investigated by:

Lt. Mary Lee  for  #44-Threats and #56-Failure to obey a direct order of an ADOC

(Supervisor's Name)                    (Briefly, describe reason for detention)

Official.  You, Inmate Courtney Boyd, B/208921, did refuse to enter Dorm#C1

after being ordered to do so.  You then turned around in a threatening manner

with your fists clenched towards Sgt. Marcia Scott.

As a result of this, you are being placed in a single cell pending completion of the investigation or
evaluation.  You are hereby notified that this investigation or evaluation may take longer than 72 hours.
Before the end of the 72-hour period, you will either receive additional notification or be released from the
single cell.  The 72-hour period excludes weekends and holidays.  By your signature below, you
acknowledge receipt of a copy of this notice.

**** CHECK APPROPRIATE BOXES BELOW TO INDICATE PLACEMENT/STATUS  ****

( X ) Investigate for violation of rules/regulations
(   ) Pending investigation for Protective Custody
(   ) Pending Reclassification
(   ) Suicide/Self Injury Watch
(   ) Hunger Strike

**INITIAL ENTRY PHONE CALL**
Was inmate allowed phone call?
( ✓ ) YES    (   ) NO    Why? _____

*Sgt. Shawn L. Lyan*    03/23/07        _signature_  208971
SHIFT SUPERVISOR'S SIGNATURE/DATE        INMATE'S SIGNATURE/AIS #

*Co1 Ont B.M.*              03/23/07 @ 11:05 am
SERVING OFFICER'S SIGNATURE        DATE AND TIME OF SERVICE

DISTRIBUTION:

Original / Segregation
Deputy Warden
Captain (x2)                    *Exhibit B*
Classification
Inmate's File

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Easterling Correctional Facility | Incident Number: ECF- 07- | Class Code: C |
|---|---|---|
| Date: 3/23/07 | | Type of Incident: R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force) |

Narrative Summary (Continued) Page No. 2

aggressive and threatening manner, at Sgt. Scott, with his fists clinched and stated, "Y'all can't make me go in there." Officer Williams then grasped Inmate Boyd's left arm. Lt. Lee, Officer Lingo, and Officer Williams placed Inmate Boyd on the floor. Inmate Boyd continued to resist. The inmates in C-1 began encouraging Inmate Boyd to comply with the order. Officer Lingo placed handcuffs on Inmate Boyd's left arm. Officer Williams placed handcuffs on Inmate Boyd's right arm. Officers Lingo and Williams picked Inmate Boyd up off the floor. Sgt. Shawn Logan, the Segregation Commander, entered C-1 to assist with the incident. At approximately 10:20 AM, Lt. Lee, Sgt. Logan, Sgt. Scott, and Officer Williams escorted Inmate Boyd to the Health Care Unit. As Inmate Boyd was being escorted to the Health Care Unit, Inmate Boyd fell on the sidewalk. Lt. Lee via radio advised Officer Stephanie Govan, the assigned Health Care Unit Rover, to escort the Nurse to the sidewalk in front of Dormitory B, because Inmate Boyd had fallen on the sidewalk. Inmate Boyd then got up, and continued walking to the Health Care Unit. At approximately 10:25 AM, Inmate Boyd was examined by Nurse Deborah Shehane (See attached medical report). At approximately 10:26 AM, Lt. Lee reported the incident to Captain Kenneth Sconyers and Warden Carter F. Davenport. At approximately 10:30 AM, Inmate Boyd was released from the Health Care Unit. Captain Sconyers advised Lt. Lee to place Inmate Boyd in Administrative Segregation. At approximately 10:30 AM, Lt. Lee, Sgt. Scott, Sgt. Logan, and Officer Lingo escorted Inmate Boyd to the Segregation Unit. Inmate Boyd was processed into Administrative Segregation pending disciplinary action for R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats. At approximately 10:45 AM, Officer Williams reported to the Health Care Unit and was examined by Nurse Mona Payne (See attached medical report). At approximately 10:51 AM, Officer Williams was released from the Health Care Unit and resumed his tour of duty. At approximately 11:15 AM, Officer Lingo reported to the Health Care Unit and was examined by Nurse Payne (See attached medical report). At approximately 11:22 AM, Officer Lingo was released from the Health Care Unit and resumed his tour of duty. At approximately 12:03 PM, Lt. Lee reported to the Health Care Unit and was examined by Nurse Diane Bowman (See attached medical report). At approximately 12:07 PM, Lt. Lee was released from the Health Care Unit and resumed her tour of duty. At approximately 1:37 PM, Lt. Lee completed a Duty Officer Report and e-mailed the report to the appropriate Officials (See attached Duty Officer Report). On March 26, 2007, Lt. Willie Bryant conducted a Use of Force Investigation Sheet (See attached Use of Force Investigation Sheet). (See attached statements of Sgt. Marcia Scott, Officer Bobby Lingo, and Officer Anthony Williams).

*Lt. Mary Lee*
Mary Lee, COS I



ADOC Form 302-B – June 1, 2005

Exhibit 13

EXHIBIT #1

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: **Easterling Correctional Facility** | 2. Date: **3/23/07** | 3. Time: **9:40 AM** | 4. Incident Number: **ECF- 07- 307** Class Code: **C** |
|---|---|---|---|
| 5. Location Where Incident Occurred: **Dormitory C-1 (Restricted Privileges Dorm)** | | 6. Type of Incident: **R/V #56-Failure to obey a direct order of an ADOC Official and R/V #44-Threats (Use of Force)** | |
| 7. Time Incident Reported: **10:26 AM**  RECEIVED APR - 9 2007 | | 8. Who Received Report: **Captain Kenneth Sconyers** | |

9. Victims:    Name                                          AIS

a.  **N/A** _____    No.  **N/A** _____

b.  _____    No.  _____

c.  _____    No.  _____

| 10. Suspects:    Name                          AIS | 11. Witnesses:    Name                          AIS |
|---|---|
| a.  **Courtney Boyd**    No. **B/208921** | a.  **Anthony Williams, CO I**    No. **N/A** |
| b.  _____    No. _____ | b.  **Bobby Lingo, CO I**    No. _____ |
| c.  _____    No. _____ | c.  **Marcia Scott, CO II**    No. _____ |
| d.  _____    No. _____ | d.  _____    No. _____ |
| e.  _____    No. _____ | e.  _____    No. _____ |
|  | f.  _____    No. _____ |
|  | g.  _____    No. _____ |

**PHYSICAL EVIDENCE:**
12. Type of Evidence

**N/A**

13. Description of Evidence:

**N/A**

14. Chain of Evidence:

a  **N/A**
b
c
d
e

15. Narrative Summary:

**On March 23, 2007, Lt. Mary Lee was assigned as the First Shift Commander and Sgt. Marcia Scott was assigned as the Assistant First Shift Commander. At approximately 9:40 AM, Lt. Lee escorted Inmate Courtney Boyd, B/208921, to the Shift Commander's Office, and advised Inmate Boyd that was being placed in Dormitory C-1 (Restricted Privileges Dorm) per Captain Kenneth Sconyers for Rule Violation #41-Making false statements or charges to an ADOC Employee with intent to Deceive the Employee or Prejudice Another Person. Lt. Lee then ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd refused to comply with the order. Sgt. Scott also ordered Inmate Boyd to report to Dormitory C-1. Inmate Boyd again refused to report to Dormitory C-1. Lt. Lee and Sgt. Scott exited the Shift Commander's Office and escorted Inmate Boyd to Dormitory C-1. At approximately 9:52 AM, Lt. Lee, Sgt. Scott, and Inmate Boyd entered Dormitory C lobby. Lt. Lee ordered Inmate Boyd to enter C-1. Inmate Boyd again refused to comply with the order. Sgt. Scott again ordered Inmate Boyd to enter C-1. Inmate Boyd again refused to comply with the order. Officer Bobby Lingo, the assigned C-1 Rover, and Officer Anthony Williams, the assigned C-2 Rover, entered the lobby. Officer Lingo grasped Inmate Boyd by his right shoulder and arm. Lt. Lee grasped Inmate Boyd by his left shoulder and arm. Lt. Lee and Officer Lingo attempted to escort Inmate Boyd into C-1. Inmate Boyd began to resist. Inmate Boyd pulled away from Lt. Lee, and turned around in an**

03APR07

Date Filed 4-3-07

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: **Easterling Correctional Facility** | 2. Date: March 19, 2007 | 3. Time: 2:00PM | 4. Incident Number: ECF 07- 274 | Class Code: C |
|---|---|---|---|---|

| 5. Location Where Incident Occurred: Health Care Unit    RECEIVED MAR 2 6 2007 | 6. Type of Incident: R/V# 41-Making False Statement or Charges |
|---|---|

| 7. Time Incident Reported: 10:00AM March 20, 2007 | 8. Who Received Report: Captain Kenneth Sconyers *K. Sconyers Capt* |
|---|---|

| 9. Victims: | Name | | AIS |
|---|---|---|---|
| a. | N/A | No. | N/A |
| b. | | No. | |
| c. | | No. | |

| 10. Suspects: | Name | AIS | 11. Witnesses: | Name | AIS |
|---|---|---|---|---|---|
| a. | Courtney Boyd | No. B/208921 | a. | N/A | No. N/A |
| b. | | No. | b. | | No. |
| c. | | No. | c. | | No. |
| d. | | No. | d. | | No. |
| e. | | No. | e. | | No. |
| | | | f. | | No. |
| | | | g. | | No. |

**PHYSICAL EVIDENCE:**
12. Type of Evidence

N/A

13. Description of Evidence

N/A

14. Chain of Evidence
a. N/A
b.
c.
d.
e.

15. Narrative Summary:

On March 19, 2007, Susanne Bush, LPN, was working in the Health Care Unit. At approximately 2:00PM, Inmate Courtney Boyd, B/208921, was in the Health Care Unit for a medical appointment. Nurse Bush walked past Inmate Boyd in the Health Care Unit hallway. Nurse Bush did not speak to Inmate Boyd while he was in the Health Care Unit; nor did she address him in any way. After Inmate Boyd left the Health Care Unit, he wrote a complaint on Nurse Bush which was a false statement (See attached). In the complaint, he stated that Nurse Bush said, "I hate that black ass nigger!" Kay Wilson, RN,HSA, reported the complaint to Captain Kenneth Sconyers on March 20, 2007, at approximately 10:00AM. Inmate Boyd remained in the Restricted Privilege Dorm pending disciplinary action for Violation of Rule #41-Making False Statement or Charge to a DOC Employee with Intent to Deceive the Employee or to Prejudice Another Person. No further action taken at this time.

*Susanne Bush, LPN*
Susanne Bush, LPN

Distribution:    ORIGINAL AND ONE (1) COPY to Central I & I Division
COPY to Institutional File

COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Central Records Office

**ADOC Form 302-A – June 1, 2005**

Date filed 3-23-07
Exhibit C



EXHIBIT
A-7

I&I Divison
*Research, Monitoring Evaluation*
   *P.O. Box 30/50/*
   *Montgomery, AL. 36/30-7/50/*

To:Warden Gwendolyn Mosley
From:Courtney Boyd #208921 ~~D-3~~ 3
   *P.O.Box 56*
   *Elmore, AL, 36025*          **COMPLAINT**

On 8-5-06, I, Courtney Boyd, was in the law libary getting ready
to go, when officer Gavin told me, that "You better stop going to
the HCU and picking at them nurse or else the 1st shift officer will
have you put inot lock up, in 5 dorm an kill you or beat you and
have you walking like sidewinder. I, then told officer Gavin, that
 this is your third time, you have said this to me. Officer Gavin,
said I'm just trying to let you know that you need to stop going to
the HCU, complainting about your back pain problems. When I left
the law libary, I called home, my mother said for me to report it
to the shift commander and the head nurse. So I did and Ms.Wilson
the ahead nurse came out of her office on 8-7-06, and said "What
was on my complaint. I asked her can I talk with her in her office
and she said no. That's when Officer Cynthia Jones CO1, hear what
I was saying, and she said that "Officer Gavin should not have said
that, that when she told me to say what I write on my complaint to
Ms.Wilson. So I did. Then the nurse called me in to see the  doctor.
When I came out of the doctor office Capt.K.Sconyers, told me to go
to his office, so I did, and when he got there he said that "What
are you telling them nurse that officer are trying to kill you about
them. He then call Lt.Bryant in who said I'm just making this up,
because I have had problems with officer Gavin in the past. So.
Capt.K. Sconyers told me that"I'm not going yo take your word over
my officer and you will be wrote up for making a false statement
to on ADOC Employee. So on 8-9-06, I was wrote up and placed into
lock up by officer Cynthia Jones Co1. Even though I never made this
statement to her. I was talking iwth Ms.Wilson. I asked the Capt.K.
Sconyers to report this to I&I Division, and he said he would not
                    PAGE 1

*Exhibit D*

because they are only getting
They are only getting back at me for filing an suit in 2003 against
DOC and for filing one against Prison Health Care.
I'm in a lock up drom, because an officer told me that something
three time, and I reported it to the Shift Commander and Ms.Wilson
Please look into this matter! If you wish you can call my lawyer
at (205) 521-8987 or (205) 521 8375, ask for MR.Thomas Warbutton
or Mr.Hallman B.Eady. I'm sending a copy of this to I&I Division,
Commissioner, Personnal Department.

   P.S. The Petitioner is no long at Easterling Corr.Fac., he is now
at Staton Corr.Fac., However he will be transfer back to Easterling
once he come form trial. So please look into this matter for me.
This is my second time sending you all a copy of this.
**VERY TRULY YOUR,**

Courtney Boyd #208921
P. O. Box 56
Elmore, AL,
          36025

**PAGE 2**

FILED
2006 May-26 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTIRCT OF ALABAMA

WESTERN DIVISION

Courtney Boyd,
    Plaintiff,

Vs.                                              Case No:CV-03-1780-

FREDERICK BATES, ERIC EVANS,

AND JOHNNY CLARK,
Defendants.

## MOTION FOR PHYSICAL EXAMINATION AND FOR PRELIMINARY INJUNCTIONS

### PURSUANT TO BOTH 35 and 65 F.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court

pursuant to 35 and 65 F.R.CIV.PROC., requesting that an physical examination

be done on his back by a back specialist, and for an Temporary Restraining

Order against the following people. The plaintiff submitt the following

in support of his motion:

 1. The Plaintiff, has signed up for sick call over (3) time complaining about

his back pain problem, is causing his hands, arms, legs, feets, and pennis,

to go out for some time up to 2 to 5 min. See Exhibit A.

2. The Plainitff filed a complaint against Dr.Darboze, for not giving him a

full examining about his back. And becuase he will not examine the plaintiff,

to see what is causing his back to make his body part go out form 2 to 5 min at

a time. See Exhibit B.

3. The Plaintiff, filed a complaint to the prison health care service in TN,

asking them to make Ms.Wilson and Dr.Darboze to give me a full examination

on my back. However when I sent Ms.Wilson a copy of this Complaint, she send, it

PAGE 1

*Exhibit D*

to Capt.Knox, and he called the plaintiff to his office and told the plaintiff

that if he write the head office or Ms.Wilson again, that he will put the

plaintiff in Jail for threatening. However as you can see for the copy that

I am sending you as an Exhibit, this is not a threatening letter, and it would

not address to Ms.Wilson, but she answer it back. In the letter I explain to

the head office that all Dr.Darboze will do is order me an x-ray on my back,

after, I have told him that I have already had x-ray done on my back. See

Exhibit C.

4. The Plaintiff, request that this Honoralbe Court issue Temporary Restraining

order against the following people. (1) Warden Mosley (2) Deputy Warden (3) Capt.

Knox (4) the Entire staff of Easterling Correction Officer (5) Dr.Darboze

(6)Ms.Wilson (7) Nurse Bush, so that these people won't threaten the plaintiff

again.

5. The Plaintiff has followed this Honorable Court in on 10/04/04., in requesting

Prison Health Care Service to send him to a back specialist in the free world.

However they have still fail to do so, therefore the plaintiff request immed-

iately help on this matter. Dr.Darboze knows about this court order, but

he still will not send the plaintiff to a free world Doctor for a full examin-

ation about his back pain.

 6. The Plaintiff has a current custody level at 2, so therefore he request

that this Honorable Court also issue and order for Warden Molsey to transfer

him the an level 2 camp. See Exhibit D.

 WHEREFORE, The Plaintiff prays and ask for immediately help on the above

matter and request that this Honorable Court will grant his Motion and issue

an order for an temporary restraining order again the above people and issue an

order for the plaintiff to have an free world examination on his back, also

issue an order having Warden to transfer the plaintiff to a level (2) camp.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy for the foregoing upon the Defendants by placing it into the Easterling Corr. Fac. Mail Box on May 19 2006.

Courtney Boyd/Plaintiff

PAGE 3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
**CRISIS INTERVENTION**

Family problem:_____

Problems with other inmates:_____

Recent stress:_____

Other: _Problems Associated w/ Staff_____

**EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| Suicidal | Anxious | Physical Complaints |
| Homicidal | Depressed | Sleep Disturbance |
| Mutilating | Withdrawn | Hallucinations/Delusions |
| Hostile, Angry | Poor hygiene | Suspicious |

Other inappropriate behavior:_____

**HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**

**REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
COMMENTS:_____

_Continous complaints about Health Care_

_Claims he was told that Nurses would have officers kill him._

_____

Referred by _Kenneth Georgen, COII_    Phone Contact #: _Ext 216_    Date: _8/7/06_

Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

"S" _Officer Gavens told me that if I go to HCU complaining about my back problem that shit would put me in lock up and beat me to death. Stated he did not feel threatened. Stated he had communicated with HCU regarding his back. Stated his mother would handle it._

"O" _Calm, oriented x3, good eye contact, no symptoms of mental illness noted._

"A" _Referred by security_ — "P" _Counseled to notify shift office if felt threatened or needed Health Care._

Follow-Up by: _Brian McWilliamS_    Date: _8-7-06_

| Inmate Name: _Courtney Boyd_ | Cell #: _6328_ | AIS #: _B/208921_ |
|---|---|---|

Disposition: Inmate Medical Record         Reference: ADOC AR: 609, 612, 613, 614, 627, 638

ADOC Form MH-008 – November 14, 2005

_Exhibit D_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*PHS COPY*

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 3 /23/07 | 10²⁵ AM/PM | E/Sterling | | |

☐ SIR  ☐ PDL  ☐ ESCAPEE

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES: *NKDA*   Wt 172

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP *98.3*  ORAL/RECTAL  RESP. *18*  PULSE *92*  B/P *108/88*  RECHECK IF SYSTOLIC <100>50 ____/____

NATURE OF INJURY OR ILLNESS

So "I went into CA and they threw me on the ground & cuffed me."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

1) Inmate to Heu for Doc Body Chart. Inmate states my knees & my head hurts. I/N note has scrape noted to ® knee. No bleedor noted @ this time. No o/inio noted to head noted @ this time — no other cuts, bruises or abrasion noted @ this time. 4) A+O+3. Skin WD & warm & resp. free. No o/o noted & no visible distres noted.
4. Doc Body Chart

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: no Rx indicated @ this time | | |

DIAGNOSIS

*Exhibit E*

INSTRUCTIONS TO PATIENT

Return if needed

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 /23/07 | 10³⁰ AM/PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | 3/23/17 | | 3/23/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S |
|---|---|---|---|
| Boyd Courtney | 208921 | 12/11/81 | B/m |

EXHIBIT
A-4

Blumberg No. 6119

EXHIBIT #1

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**

*ADOC/COPY*

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 3 /23/07 | 10²⁵ AM/PM | Easterling □ SIR □ PDL □ ESCAPEE □ | □ SICK CALL □ EMERGENCY ☑ OUTPATIENT | |

ALLERGIES  *NKDA*    Wt .172

CONDITION ON ADMISSION: ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP *98³*    ORAL/RECTAL    RESP. *18*    PULSE *72*    BP *108/88*    RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S. " I went into CA and they threw me on the ground & cuffed me."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O Inmate to Hea for Doe Body Chart. Inmate State My Knees & my head hurts. Inmate has scrape noted to ⓇC Knee. No bleedy noted @ this time. No injuries noted to head noted @ this time - no other cuts, bruise, or abrasion noted @ this time. A&0 x3. Skin W/D to touch + Resp even. No S/s voiced & no visible distra noted.

A. Doc Body Chart

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P. no Rx indicated @ this time | | |

DIAGNOSIS

*Exhibit F*

INSTRUCTIONS TO PATIENT

*Retn if needed*

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 3 /23 07 | 10³⁰ AM/PM | □ DOC □ AMBULANCE □ | ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | 3/23/07 | | | |

ps3

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd Courtney | 208921 | 12/11/81 | B/m | Easterl |

## CLASSIFICATION OF INCIDENTS

**DEATHS**
Death Investigations

**ASSAULTS WITH A WEAPON**
An attack by one individual upon another with an instrument which is capable of causing physical injury

**ASSAULT WITHOUT A WEAPON**
An attack upon one individual by another without a dangerous instrument, but causing physical injury or a substantial risk of causing physical injury

**FIGHTING**
Two individuals engaged in mutual combat and principal aggressor cannot be determined

**THREATS**
A verbal or written expression by an individual of an intention to do bodily harm to another individual or group

**ASSAULT ON AN OFFICER**
A deliberate attack on an officer ( or employee ) which results in physical injury or a substantial risk of physical injury. Assault is a misdemeanor unless a dangerous instrument is used or serious physical injury results from the attack

**THREATS ON OFFICER OR EMPLOYEE**
See definition of threats

**ASSAULT ON INMATE BY OFFICER**
The unjustified attack upon an inmate by an Officer. **NOTE:** Any use of force, chemical or physical, by an officer against an inmate will be reported

**KIDNAPPING AND HOSTAGE**
Abducting any individual with the intent to hold them for ransom or reward, use them as a shield, or to use them to aid in the commission of a felony or escape

**RAPE**
Engaging in forcible sexual intercourse with a female or engaging in consented sexual intercourse with a female under 16 years old

**SODOMY**
Any forceful unnatural sex act regardless of sex

**SEXUAL MISCONDUCT**
Engaging in deviate of homosexual intercourse with another person 16 years of age or older when both parties are consenting

Annex B (Page 1 of 3)

9

Exhibit F

AR 302-April 6, 1999