IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.                                          Case No:2:07-CV-524-WKW
SUSANNE BUSH LPN et.,al,
Defendants

**MOTION FOR DISCOVERY PURSUANT TO RULE 26 aFED.R.CIV.PROC**

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to RUle 26 Fed.R.Civ.Proc. seeking Discovery from the above Defendants. The Plaintiff submit the following:

1. The Prison Health Service Defendants to produce all of the complaints and grievance from and Appeal Grievance from filed by the plaintiff.

2. The DOC Defendants to produce their Admin Reg. # 204,206, 207,208, 213,217,220, 227, 403,410. This inculded all of the Annex From to each one.

3. DOC to produce a clear copy of the duty log for March 19,23,24,25,26. This is for Segregation only.

4. The PHS Defendants to produce the plaintiff sick call request for the month of March 2007.

5. The PHS Defendants to produce a clear copy of their medical licence this should be certified. Do not just listed them, but produce them.

6. The Plaintiff request for these documents because they are not apart of his medical record or Prison file, and they are much need to prove his claim against these defendants.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion an order the Defendants to produce the following to the plaintiff within (20) days of receving this order.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac.Mail Box On December 27,2007.

Courtney Boyd/Plaintiff

PAGE 1

NAME *Courtney Boyd* AIS # *208921* DORM # *F-4-29*
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



United STATES Middle District Court
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711-11  B007