IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.
SUSANNE BUSH LPN et.al.,
Defendants

Case No:2:07-CV-524-MEF

### MOTION FOR INTERROGATORIES PURSUANT TO FEDERAL RULE OF CIVIL PROCURE 26&33 FED.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Rule 26&33 Fed.R.Civ.Proc. Quessting for Interrogatories be served on the above Defendants to be answer within (20) days. The Plaintiff Submit the following:

1. List your full name?
2. List your date of Birth?
3. How long have you lived in Alabama?
4. Dr. Darbouze did you not say " You was not going to give the plaintiff an X-Ray on his back, after he said that he had been drug by officers when he was cuffed and pass out on the ground?
5. Ms.Kay Wilson did the plaintiff address any complaint against Nurse Bush on March 19,2007? Did you answer any complaint on this matter? How did you determine that the complaint was a false statement?
6. Ms.S.Bush, did you not pass out pill to Seg. Inmate on 3-26-07 to B-2-40? Did you not tell the plaintiff you could not help him, when he said " He could not move, because his lower back and lower body had been out for three (3) days? Did you pass by the plaintiff saying "Hi Courtney Boyd " on March 19,2007? Did you not go around the concer an say "I hate that Black Ass Nigger?
7. Ms.Kay Wilson, did you ever answer any complaint or grievance from that the plaintiff filed against Nurse Bush? If so please produce them. How many complaint & Grievance from then the plaintiff filed against Nurse Bush? Prodcue full and clear copies of them.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and order the Defendants to answer these Interrogatories question within (20)days of being served with them.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On 12-28-07.

Courtney Boyd

PAGE 1

NAME *Courtney Boyd* AIS # *208921* DORM # *F-4/29*
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



United STATES Middle District Court
P.O. BOX 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711-11 B007