IN THE UNITED STATES MIDDLE DISTRCIT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.
SUSANNE BUSH et.al.,
Defendants

Case No:2:07-CV-524-MEF

### MOTION FOR INTERROGATORIES PURSAUNT TO FED.R.CIV.PROC. RULE 33

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to FED.R.CIV.PROC. RULE 33 requesting that the above Defendants for ADOC answer these question within (21) days of receving them: The Plaintiff submit the following:

**QUESTION**

1. List your full name?
2. List your Date of Birth?
3. How long have live in Alabama?
4. Do you have any children, if so list their age and names?
5. Are you married, if so please listed how long?
6. Do all D.O.C. Employee, must take an polygrahp testing, when ever an inmate file an serious complaint or allege a serious complaint against them under Admin. Reg.#204? Prodcue a full and clear copy of Admin.Reg.#204.
7. Capt.Sconyers How did you determine that my Complaint against nurse Bush was a false statement, when I said, she said I hate that Black Ass Nigger?
8. Sgt.Scott did I ever Speak or Write to you that I was going to cause you bodily harm?
9. Sgt.Logan did you drug the plaintiff while he was cuffed behined his back and pass out on the Correct ground?
10. Lt.Lee Did you not place the plaintiff under investgation for Violation of Rule violation #56 and 44 against Sgt.Scott?  Did Sgt.Logan  drug the plaintiff while he was down on the ground curred and pass out? Did you have to make him Stop?
11. Officer A.Williams Did Sgt.Logan Drug the plaintiff while he was cuffed and pass out on the ground?
12. Officer Mr.M.Jordan did the plaintiff not report to you on 3-23-24-25-26, that his lower back and lower body had want out and he could not move? Did you not report to him that you called the HCU, and the nurse said for the plaintiff to sign up for sick call?

Page1

13. Officer Dansbay did I not report to you on March 23,24,25,26,2007, that my lower back and lower body had want out and he could not move? Did you not report to him that you called the HCU, and nurse said for the plaintiff to sign up for sick call?

14. Lt.Lawson, Did you not see me on the floor on 6-7-07, in the cubible wall way? DId you see the plaintiff leave the SEG. and go to the HCU for an Body chart?

15. Sgt.Wright did you not drug the plaintiff from cell 11 into the wall way from of the cubible?

16. Officer Bell did Sgt.Wright not make you drug me out in front of the wall way by the cubible?

17. Officer L.McClain was you working in B-Dorm cubible on 6-7-07? Did you see Sgt.Wright drug me down the floor into the wall way in front of the cubible? Did you see the plaintiff leave B-Dorm to the HCU for an Body Chart or was he placed into a wheelchair and taken back to his cell?

**WHEREFORE,** The Plaintiff prays that this Honorable Court prays that the Defendants will answer these question within (20) days of receviing them.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On : 12-27-07.

_Courtney Boyd/Plaintiff #208921_

Page 2]

NAME Courtney Boyd   AIS # 208921   DORM # F-4-29
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



United STATES Middle District Court
P.O. BOX 711
Montgomery, AL 36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711-11  B007