IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon thorough consideration of the motion for discovery filed by the plaintiff on December 28, 2007 (Court Doc. No. 89), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks production of (i) the complaints, grievance forms and grievance appeals filed by the plaintiff with Prison Health Services, Inc., and (ii) the sick call requests filed by the plaintiff during March of 2007.

2. This motion be and is hereby DENIED in all other respects as the plaintiff seeks production of documents which (i) are cumulative or duplicative in nature to information provided in the special report(s), and/or (ii) are irrelevant to a determination of the constitutional issues before this court.

3. On or before January 29, 2008, the medical defendants shall file with the court

and furnish to the plaintiff copies of the documents identified in ¶1 of this order.

    Done this 9th day of January, 2008.


                                                     /s/ Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE