IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon thorough consideration of the motions for interrogatories filed by the plaintiff on December 28, 2007 (Court Doc. No. 90 and Court Doc. No. 91), and for good cause, it is

ORDERED that these motions be and are hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s) and supporting evidentiary materials, and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

Done this 9th day of January, 2008.

                                               /s/ Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE