IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.
Susanne Bush et.al.,
Defendants

Case No:2:07-CV-524-WKW

### MOTION TO CORRECT THE RECORD

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to correct the record on the above case. The Defendants for PHS was served a copy of the sum, but the record does not show that the Defendants for ADOC was served with that same sum. The Plainitff was requesting a sum of (9) Nine Million Dallor form each Defendant, this include both parties, PHS AND ADOC Defendants. So please correct this problem and served the Defendants for ADOC each with a copy of the sum, which is a total of 9,000,000.00 from each one of them. Also the plaintiff filed for a Jury Trial on August 16,2007, when he filed his first Traverse, but the record does not show that this Honorable Court ruled on that Motion so please for the plainitff the statuts of his Motion for Jury Trial and Please served each Defendant for ADOC with the 9,000,000.00(Nine Million) Dollar sum that was requested from them by the plainitff.

**WHEREFORE,** The Plaintiff, prays that this Honorable Court will grant this Motion and served a copy the sum upon the ADOC Defendants and Rule on his Motion for Jury Trial filed on August 16,2007.

### CERIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On: January 7  2008.

Courtney Boyd/Plaintiff #208921

Page 1

NAME Courtney Boyd AIS # 208921 DORM # B-7-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
08 JAN 2008 PM 4 L

United STATES DISTRICT Court
P.O. BOX 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711