IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
Dr. Darbouze et.al.,
Susanne Bush et.al,
SHAKEMA FOSTER et.al.,
Defendants

2008 JAN -9 A 9:20

Case No: 2:06-CV-511-WKW
Case No: 2:07-CV-524-WKW
Case No: 2:07-CV-961-WKW

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

### MOTION FOR CASE ACTION SUMMARY SHEET

Comes Now, The Plaintiff Courtney Boyd, moves into this Honorable Court seeking a case action summary sheet on the above cases. Also please forward him the Federal Rule of Civil Procdure for the Middle District of Alabama.

**WHEREFORE,** The Plaintiff prays that this Honorable Court wil grant this Motion and forward the plainitff an case action summary sheet on the above case.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On January __7__ 2008.

Courtney Boyd/Plaintiff

PAGE 1

NAME Courtney Boyd AIS # 208921 DORM # B7-15A
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
08 JAN 2008 PM 4 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United STATES DISTRICT Court
P.O. BOX 711
Montgomery, AL 36101