IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to correct the record filed by the plaintiff on January 9, 2008 (Court Doc. No. 94), in which the plaintiff clarifies the amount of monetary damages he seeks from the defendants and reminds the court of his requesting a jury trial in the document filed with the court on August 21, 2007 (Court Doc. No. 35), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of January, 2008.

                                          /s/ Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE