IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| SUSANNE BUSH, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for case action summary sheet filed by the plaintiff on January 9, 2008 (Court Doc. No. 95), in which the plaintiff seeks a copy of the case action summary sheet and the Federal Rules of Civil Procedure, and as this court is not required to provide such copies without prepayment of the costs associated with producing the requested copies, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of January, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE