IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for reconsideration filed by the plaintiff on October 29, 2007 (Court Doc. No. 59), in which the plaintiff seeks reconsideration of the order entered on October 17, 2007 (Court Doc. No. 57) to the extent this order denied his requests for responses to interrogatories, and as the information sought by the plaintiff relevant to the claims pending in this case has been provided by the defendants in their special reports, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 24th day of January, 2008.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE