IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD (AIS # 208921), § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No.: 2:07-cv-524-MEF |
| vs. § | |
| § | |
| SUSANNE BUSH, et al., § | |
| § | |
| Defendants. § | |

## RESPONSE TO COURT ORDER DATED JANUARY 9, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and respond to this Court's order of January 9, 2008 as follows:

1. On January 9, 2008, this Honorable Court issued an order directing Defendants to submit (1) complaints, grievance forms, and grievance appeals filed by Plaintiff with Prison Health Services, Inc., ("PHS") and (2) sick call requests filed by Plaintiff in March 2007. Plaintiff's sick call requests filed during March 2007 are attached hereto as Ex. "A."

2. All of Plaintiff's complaints, grievances, and grievance appeals in the possession of Prison Health Services, Inc. have been previously produced to the Court as Ex. "A" to their supplemental special report dated October 2, 2007 (Doc. 51), with the exception of that inmate request slip attached hereto as Ex. "B."

Respectfully submitted this the 30th day of January, 2008.

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

1

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 30th day of January, 2008, to:

Courtney Boyd (AIS # 208921)
VENTRESS CORRECTIONAL FACILITY
PO Box 767
Clayton, AL 36016

                                              *s/R. Brett Garrett*
                                              Of Counsel



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Courtney Boyd     Date of Request: 3-26-07
ID #: 208921     Date of Birth: 12-11-81   Location: B-1-40
Nature of problem or request: I need to see the Doctor about my back going out and I could move for 48 hours. I wet myself on the 15th because I could not move. Also I sleeping on the floor, and that is hurting my back worse. So please call me over. I told all three shifts this problem.

Signature: Courtney Boyd

**DO NOT WRITE BELOW THIS LINE**

Date: 3/27/07
Time: 9:40 AM/PM (PM circled)
Allergies: _____

RECEIVED
Date: 3-27-07
Time: 5:15 A.M.
Receiving Nurse Initials: ___

(S)ubjective: See nest took dated 3/27/07

(O)bjective (V/S):  T:  P:  R:  BP:  WT:

(A)ssessment:     208921

(P)lan:

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
  If Emergency was PHS supervisor notified:  Yes ( )  No ( )
  Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

EXHIBIT A

**PHS**

## Nursing Evaluation Tool: General Sick Call

Facility: Alabama Department of Corrections

Patient Name: **Boyd**, **Courtney**
Inmate Number: **208921**
Date of Birth: **12 / 11 / 81**
Date of Report: **3 / 27 / 07**
Time Seen: **9:40** AM / **PM** (Circle One)

**Subjective:** Chief Complaint(s): "Want to see the Dr. about my back going out"
Onset: 3 days

Brief History:
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T: 98.6  P: 93  RR: 16  B/P: 110/70  O2 96

Examination Findings: B/M ambulates c̄ steady gait. A&O x 3. Reports a ease of tenderness noted to back. States he has to lie on floor + wasn't able to get up for 48 hrs. + due to this he urinated on himself. Request to see M.D. because his back went out.

**Assessment:** (Referral Status) Preliminary Determination(s):
☐ Referral **NOT REQUIRED**
☑ Referral **REQUIRED**, due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List):
Referral: ☐ NO ☑ YES (If Yes, Whom/Where) Dr. Darbouze  Date for referral 3/30/07
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?)  Time _____

X M. Moates LPN
Nurse's Signature
Name: M. Moates LPN (Printed)



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: _Lawrey Byrd_     Date of Request: _3-22-07_
ID # _208921_                  Date of Birth: _12-11-81_  Location: _C-1-32_
Nature of problem or request: _I was force to suffer Chest pain, After I was told not to come to HCU, I was told to sign up for Sick Call. This is a denial me medical help, I have a bad back mr Peters. I want to see the Doctor._

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _3-25-07_
Time: _____ cw
Receiving Nurse Initials _____

(S)ubjective:

Refused to come out of cell for sick call 3-25-07 — see again
                                                    CW, RN

(O)bjective (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____

(A)ssessment:


(P)lan:


Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                            CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
         Was MD/PA on call notified:  Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*follow up*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Boyd    Date of Request: 3-17-07
ID #: 208421    Date of Birth: 12/1/81    Location: C-1-25A
Nature of problem or request: I want to see the doctor about having a MRI on my back, because the x-ray only read broken bone, and my issues are soft tissue in the chronic phase. Below my penis, arms, hands, legs, and feet are still going out. Please me!

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 3/19/07
Time: 225 AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

(S)ubjective:

See Nurse tool dated 3-19-07

(O)bjective (V/S): T:____  P:____  R:____  BP:____  WT:____

(A)ssessment:   X_____

(P)lan: Has MD appt 3/19/07

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT




## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: 208921 Courtney Boyd   Date of Request: 3-14-07
ID #: 208921   Date of Birth: 12-11-81   Location: C-1-28A
Nature of problem or request: I want to see the Doctor about my Back and I need an X-ray of my left side to liver & Kidney

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 3/15/07
Time: 9:00 AM (PM)
Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective: see next to

(O)bjective (V/S):  T:       P:       R:       BP:       WT:

(A)ssessment:

(P)lan:
208921

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**Nursing Evaluation Tool:**  **General Sick Call**

Facility: Alabama Department of Corrections
Patient Name: Boyd, Cortney
Inmate Number: 208931
Date of Birth: 12/11/81
Date of Report: 3/15/07
Time Seen: 9:00 AM/**PM** (Circle One)

**Subjective:** Chief Complaint(s): "Want x-ray of kidney & Ivop"
Onset: x 1 month
Brief History: I/M states he wants x-ray of internal organs due to c/o inability to urinate when have sensation; I/M denies hematuria; denies burning/pain c̄ urination; denies discharge

**Objective:** Vital Signs: T: 97  P: 74  RR: 22  B/P: 103/60  105/70
#17 Examination Findings: I/M alert × O×3, resp. even, unlabored; Skin w/o F; Ø masses, discoloration noted to abdominal and flank area; denies ab/flank pain; c/o inability to urinate and possible hemorrhoid c̄ straining causing bleeding at times = B/M c̄ spots of bright blood on tissue

**Assessment:** (Referral Status)   Preliminary Determination(s):
☐ Referral NOT REQUIRED
☒ Referral REQUIRED due to the following:
  ☐ Recurrent Complaint
  ☒ Other: Unresolvable by RN — Requests to see MD

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: ... ☐ YES ☐ NO
☒ Other: Urinalysis
OTC Medications given ☒ NO  ☐ YES
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr. Darbouze
Date for referral: 3/19/07
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent
Nurse's Signature: [signature] RN   Name: Kelly Johnston RN



*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Bell  Date of Request: 3-7-07
ID #: 208921  Date of Birth: 12-11-81  Location: C-1-38-B
Nature of problem or request: I need to see the Doctor about having a M.R.I done on my back because it is still going out on me. I need to have my bottom Bed profile renew. Please don't forget to call me over.

Signature: Courtney Bell

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time: 3-7-07
Receiving Nurse Initials

(S)ubjective: no show - sick call
see waiver dated 03-07-07
J Jollyson

(O)bjective (V/S): T:____ P:____ R:____ BP:____ WT:____

(A)ssessment:

(P)lan:

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**     **General Sick Call**

Facility: Alabama Department of Corrections
Patient Name: Boyd, Courtney
Inmate Number: 208921
Date of Birth: 12/11/81
Date of Report: 3/8/07
Time Seen: 9:25 AM/**PM** (Circle One)

**Subjective:** Chief Complaint(s): "I need bottom bunk profile & MRI of back"
Onset: Chronic

Brief History: _____

**Objective:** Vital Signs: (As Indicated) T: 97° P: 74 RR: 18 B/P: 130/70 wt 174 O2 95
Examination Findings: B/M ambulates c even steady gait. A+O x3
Keep c ease Sk w/o to touch

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**
☒ Referral **REQUIRED** due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
OTC Medications given ☒ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr. Darbouze    Date for referral: 3/12/07
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time: _____

X M Moates LPN    Name: M Moates LPN



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Boyd  Date of Request: 3-8-07
ID #: 208921  Date of Birth: 12-11-81  Location: C-1-29A
Nature of problem or request: I need to get my bottom bed profile rendered and I want to see the Doctor about having a MRI Done on my back. This my second time asking you not to do away this one. Thank you!

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 3/8/07
Time: 9:25 AM (PM)
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective: See note dated 3/8/07

(O)bjective (V/S): T: ___ P: ___ R: ___ BP: ___ WT: ___

(A)ssessment:

(P)lan:

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

## INMATE REQUEST SLIP

Name: Courtney Boyd    Quarters: B-1-15    Date: 1-3-08
AIS #: 208921

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Dear Warden Giles, would you please remove the $222.00 hold off my account. I don't owe that much money to HCU, and I was charged $9.00 for (3) I.D. which was all on the same day. please call me up, so I can show you my paper.

Do Not Write Below This Line - **For Reply Only**

Mrs. Burks    Bring your receipts    /CB 1/14/08

See m___

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden                ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public ( ) Record Office

FOR PROFESSIONAL USE ONLY
N176
CONFIDENTIAL RECORD  1-3-08
NOT TO BE PHOTO COPIED

EXHIBIT B