IN THE UNITED STATES MIDDLE DISTRICT COURT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.

SUSANNE BUSH et.al.,
Defendants

Case No:2:07-CV-524-MEF

RECEIVED
2008 FEB -7 A 9: 24
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR COMPLE THE DEFENDANT FOR DISCOVERY

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Fed.R.Civ.Proce. 37(a) seeking to have the Defendants to produce the Complaint's and Grievances, Grievance Appeals filed by the Plaintiff from August 17,2005, until November 17,2007. The Plaintiff submit the following insupport of this Motion:

1. The Plaintiff was granted discovery by this Honorable Court on January 9,2008, which this Honorable Court order the Defendant to produce the plaintiff a copy of his complaints, grievances, and grievance appeals, from filed August 17,2005 until November 17,2007.

2. The Defendant failed to comply with this Honorable Court order to prodcue this information as order, but only said that they previously produced this information in their Supplemental Special Report dated October 2,2007 (Doc.51). However this is not what the Defendants was order to do. The Defendants only produced the complaints, grievances, and grievance appeals, for the month of August of 2007 only, not for any time else.

3. The Plaintiff need this information tp help prove his claim in this Honorable Court, because these complaints, grievances, and grievance appeals from, will show that the plaintiff complained of problems with Nurse Bush on more time then one.

4. The Plaintiff request that the Defendants be compel to produce the above information to the plaintiff, so that he will be able to show that he had problems with Nurse Bush, before, it was never taking care of by Nurse Kay Wilson.

PAGE 1

**WHEREFORE,** The Plaintiff, prays that this Honorable Court will grant this Motion and order the Defendants to produce a clear of all of the plaintiff compalints, grievances and grievance appeals from filed from August 17,2005 until November 17,2007.

### CERTIFICATE OF SERVICE

I hereby certfiy that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box on: February 7,2008.

_____
Courtney Boyd/ Plaintiff

PAGE 2

NAME Courtney 130rL   AIS # 207921   DORM # B-1-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711