IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on February 7, 2008 (Court Doc. No. 100), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before February 19, 2008, the medical defendants shall file with the court and furnish to the plaintiff copies of all complaints, grievances and grievance appeals filed by the plaintiff with Prison Health Services, Inc. from August 17, 2005 until November 17, 2007 which have not previously been produced.

Done this 7th day of February, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE