## Prison Health Services
### Inmate Informal Grievance

NAME: Courtney Boyd
AIS #: 208921
UNIT: 6-13-102
DATE: 9-8-05

**PART A — Inmate Complainant**

Greetings, I am writing you, because I have been charged $75.00 for medical services. My mother call the personnel Department and legislature and the legislature said that I should have never been charge these fees. I was charge $26.00 at Draper and $49.00 at Staton. My mother tell the legislature that I don't have any $, and they said I do not need to, because a copy of my co-payment would be in my medical jacket. I will like for you to call me up to see ya, because I have some paper you need to see.

INMATE SIGNATURE: Courtney Boyd

**PART B — RESPONSE**     DATE RECEIVED: 9-8-05

Mr. Boyd, as I explained when we talked today, I cannot do anything about money you were charged when you were at Staton or Draper. You ask if we had copies of your receipts in your chart + we do not. Only accounting/ADOC would have that. You also ask about a back brace. When you were seen on 8-30-05 by Dr. Darbouze, he did not find it medically indicated for you to have a brace. If you are having problems, you will need to follow the procedure to access healthcare.

MEDICAL STAFF SIGNATURE: K Wilson, RN/HSA
DATE: 9-8-05

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☒ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

11/03 – Alabama


EXHIBIT

## Prison Health Services, Inc.

### Inmate Grievance

NAME: Courtney Boyd    AIS #: 208921    UNIT: 6-13-102    DATE: 2-28-06

**PART A — Inmate Grievance**

I need to get a new back brace. The last one I had was taken at Kilmore because my profile had ran out. I had my mother call the Prison Health Services company and they told her that I should not have any problem getting a new back brace. I lost the back brace because I was put off my two pills and beating by officers. So I really need my back brace, so please call me over so that we may fix this. I mother.

INMATE SIGNATURE: [signed]

**PART B — RESPONSE**    DATE RECEIVED: 3-1-06

Mr. Boyd, you have have to follow the procedure to access healthcare, to be seen & evaluated. The physician will have to see you concerning this.

P.H.S. Department Head Signature: K Wilson, RN/HSA

DATE: 3-1-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI Delay in Health Care Provided | ☒ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☒ | ☐ |

Committee Review of Data Collection

11/03 — Alabama
Revised 5/16/05

MAR 1 2006

Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney Boyd    AIS #: 208921    UNIT: 6-A-54    DATE: 4-12-06

**PART A — Inmate Grievance**

My mother call IN, to the head office, because I told her about me trying to go to a free world doctor about my back problem. Also about me not been able to get my double tray profile I had at B.S. Correct. Fac. and about my other profiles. Well the head office told her to tell me to write you, because that's who you are there for. So if you can call me over to talk with me, I'll be very thankful to have this problem fix. Also I have sign up two time for the Dental, but have not been seen yet.

INMATE SIGNATURE

**PART B — RESPONSE**    DATE RECEIVED 4-12-06

The doctor is the only person that can write for a freeworld appointment if he finds that it is medically necessary. When we talked today, you were requesting your bottom bunk profile to be renewed. Dr. Darbouze wrote it for 180 days only. If you are having problems, you will need to sign up to be seen. I also spoke with Dr. Darbouze + he, nor ADOC will give double tray profile. Pt. verbalized understanding.

K. Wilson, RN / HSA
P.H.S. Department Head Signature

DATE: 4-13-06

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI Delay in Health Care Provided | ☒ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |
| Committee Review of Data Collection | | | | | |

11/03 — Alabama
Revised 5/16/05

APR 13 2006



Mr. Courtney Boyd #208921 6-B-28
Easterling Corr. Fac.
200 Wallace Dr.
Clio, Ala, 36017

May 4, 2006
PRISON HEALTH SERVICE (PHS)
Suite 200 105 West park Drive
BrentWood TN,
37027



ReIn: Complaint

Dear Ladys and Gentleman,

Greeting, I am writing to you today, because I am having problems with your empolyee at Easterling Corr. Fac.. I have lower back problems, becuase I was pull from a top bunk onto the floor, by Correction Officer. This happen on 6-30-03, and I am still having lower back pain. Well I talked with Dr. Darbouze, about me been sent to a free word doctor, so that I can find out what is wrong with my back. I told Dr. Darbouze that my Legs, Hands, Feets, Pennis, has being going out on him, because of my back problems. Well all Dr. Darbouze, did was order me some ex-ray after I told him that I had already had some done. Dr. Darbouze will only talk with me, he does not examining my back what so ever. Dr. Darbouze will not given me my two try profile, because he said that he do not write them. Even though I told that I had it at Bibb Co. Corr. Fac.

I filed a complaint and Ms. Wilson said that they will not given me my two try profile, and that if it would have to be up to Dr. Darbouze to send me to a free world doctor about my back. However the Federal Court have told me that I must get the prison health service to send me to a free world doctor, because my back. Dr. Darbouze and Ms. Wilson know this but still will not help me out.

PAGE 1

My Mother and Father, had both said that it would be best for me to write you, to inform you of what they are doing to me. Both my Mother and Father are ready to file Lawsuit against you, because Dr.Darbouze and Ms.Wilson are playing with my life. However we are giving you a chance to fix this problems, by telling Dr.Darbouze to give me my two try profile back to me for six months, and to order me a free world doctor appointment, about my back, and to find out why it is having my Legs, Hands, Feets, arms, and Pennis, to all go out at time.

My Mother and Father said to give you (10) Ten working days to answer this complaint or they will file a lawsuit against you! Again Thank You For Your Time On This Matter!

SINCERELY

*Courtney Boyd #208921 6-B-28*
Courtney Boyd #208921 6-B-28
Easterling Corr.Fac.
200 Wallace Dr.
Clio,Ala, 36017

5/4/06

Mr. Boyd,
You had an x-ray of your lower back on 4/21/06 and it was normal. You have profiles for a bottom bunk and a back brace, for six months. Dr. Darbouze did not find it medically necessary for you to have a no prolonged standing profile, when you were seen on 4/21/06.
K Wilson, RN/HSA.

I am not sure what you mean in this letter when you say, "two try profile." K Wilson, RN/HSA

5/4/06
Capt. Knox also spoke c̄ pt., in his office, about this threatening letter.
K Wilson, RN/HSA

## Inmate Grievance

NAME: Courtney Boyd
AIS #: 208921
UNIT: 6-B-28
DATE: 5-10-06

**PART A — Inmate Grievance**

I, received your letter on 5-4-06, However I am still having problem with my legs, and I need my no long standing profile. Also I had my two tray profile, because I was and I lose my weight quickly, so I will like to see the doctor about going to a knee world Doctor about my back, so therefore I will like to talk with you about this matter.

I also having been having problem with your employee, that I need to talk to you about.

INMATE SIGNATURE: Courtney Boyd

**PART B — RESPONSE**    DATE RECEIVED 5-12-06

Mr. Boyd, as I explained when we talked today, 5/16/06, Dr. Daibuze is not going to write for two-tray profile. It is not medically necessary. When you saw him on 4/27/06, your weight was 168#. Today, your weight was 170#. He did not find it medically indicated for you to be given a no prolonged standing profile at your visit on 4/27/06. If you are having further problems, you will need to follow the procedure to access healthcare to be seen and evaluated.

P.H.S. Department Head Signature: K. Wilson, RN/HSA
DATE: 5-16-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

MAY 12 2006

11/03 – Alabama
Revised 5/16/05

Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney Boyd   AIS #: 208921   UNIT: 6-15-28   DATE: 6-2-06

**PART A—Inmate Grievance**

I went to see Dr. Darbouze today, I had my No long standing profile, and when I seen him, he said that he was not going to give me a No long standing, and also that he was going to take the profile that he had already giving me. So I asked him if he went [ ] it now, he said yes. so I give it to him along with my back brace, because I can not have my back brace, I can't have it, unless I have my profile for it. So I was hoping that you can make him give it back, because I really need it.

INMATE SIGNATURE

**PART B – RESPONSE**   DATE RECEIVED 6-5-06

Mr. Boyd, at your appointment to see Dr. Darbouze he did not take your bottom bunk + back brace profiles. You said you didn't want them + gave them back + you also took your back brace off + gave it back. As you were explained to on that some day, he will not re-write for those profiles.

YKWilson, RN/HSA
P.H.S. Department Head Signature

6-5-06
DATE

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

JUN 5 2006

Prison Health Services, Inc.

## Inmate Grievance

| Courtney Boyd | 208921 | 6-B-28 | 6/14/06 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A—Inmate Grievance** Dear Ms. Wilson this is my second time written you about this problem about my back brace. I did not given Dr. Darbouze my profile for my back brace, he asked for them. It was be very stupid for me to give Dr. Darbouze my profile went I was coming to get an no long standing profile. Also why would he have to re-write any profile that had being just wrote on 4-21-06. It's like I told you before, Dr. Darbouze told me that he was not going to given me any no long standing profile, and that he was going to taken the ones he had giving me. So I asked him if he want them now, he said Continue on another sheet of paper.

*Courtney Boyd*
INMATE SIGNATURE

**PART B – RESPONSE**   DATE RECEIVED 6-16-06

Mr. Boyd, when you were seen by Dr. Darbouze at your appointments, there were no profiles medically indicated. Dr. Darbouze did not say he was going to take the profiles he had given you. You gave your profiles back to him + the brace to a nurse.

K Wilson, RN/HSA
P.H.S. Department Head Signature

6/16/06
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05



JUN 16 2006

yes, so I gave him my profile along with my back brace, because I can not have the back brace without any profile. So can you please make Dr. Darbouze return my back brace to me, because I need it for my back.

SINCERELY,

*Courtney Boyd*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD (AIS # 208921),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No.: 2:07-cv-524-MEF |
| vs. | § | |
| | § | |
| **SUSANNE BUSH, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## RESPONSE TO COURT ORDER DATED FEBRUARY 7, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and in response to this Court's order of February 7, 2008 present as follows:

1. Copies of all complaints, grievances and grievance appeals filed by Plaintiff with Prison Health Services, Inc. from August 17, 2005 until November 17, 2007 which have not previously been produced, attached hereto as Ex. "A."

Respectfully submitted this the 19<u>th</u> day of <u>February, 2008</u>.

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (phone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 19th day of February, 2008, to:

Courtney Boyd (AIS # 208921)
VENTRESS CORRECTIONAL FACILITY
PO Box 767
Clayton, AL 36016

                                              *s/R. Brett Garrett*
                                              Of Counsel