## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 19, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Boyd v. Bush et al**

**Case Number:    2:07-cv-00524-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer which contained numerous typographical errors.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 102  filed on   February 19, 2008.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD (AIS # 208921),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.: 2:07-cv-524-MEF** |
| **vs.** | § | |
| | § | |
| **SUSANNE BUSH, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**RESPONSE TO COURT ORDER DATED FEBRUARY 7, 2008**

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and

Jean Darbouze, M.D., and in response to this Court's order of February 7, 2008 present as

follows:

1.    Copies of all complaints, grievances and grievance appeals filed by

Plaintiff with Prison Health Services, Inc. from August 17, 2005 until November 17,

2007 which have not previously been produced, attached hereto as Ex. "A."

Respectfully submitted this the 19th day of February, 2008.

                                                     s/ R. Brett Garett
                                                     R. BRETT GARRETT (GAR085)
                                                     Attorney for Defendants Susanne
                                                     Bush, L.P.N., Kay Wilson, R.N.,
                                                     H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL  36101-0270
334-206-3138 (phone)
334-481-0808 (fax)
bg@rsjg.com (email)

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the <u>19th</u> day of <u>February, 2008</u>, to:

Courtney Boyd (AIS # 208921)
VENTRESS CORRECTIONAL FACILITY
PO Box 767
Clayton, AL 36016

        <u>*s/R. Brett Garrett*     </u>
        Of Counsel