IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SUSANNE BUSH, et al.,
Defendants

Case No: 2:07-CV-524-MEF

RECEIVED
2008 FEB 26 A 9:52
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO OBECT TO THE DEFENDANTS RESPONSE AND MOTION TO COMPEL

Comes Now, The Plaintiff, Courteny Boyd, move into this Honorable Court seeking to object to the Defendants Response and to compel them to produce all the complaints, Grievances, Grievances Appeals filed by the Plainitff from August 17,2005 Unitl November 17,2007, that was filed with Prison Health Service. The Plaintiff submit the following insupport of this Motion:

1. The Plaintiff received the Defendants Response, and object to it, becuase they has once again failed to produce the plaintiff full filed .

2. The Defenants has failed to produce the complaint, which the plaintiff is complaining about how nurse Bush is treating him, and keeps picking at him every time she seen him.

3. The Plaintiff add a list of the Complaints, Grievances, Appeals Grievance From, which are Dates that he filed these from to Ms.Wilson.

4. The Plaintiff request that the Defendants be compel to produce the plaintiff full filed of all Complaints, Grievances, Appeals Grievance From, filed from August 17,2005 until November 12,2007.

5. These Complaints, Grievances, Appeals Grievances from are much needed in this case to show that the Defendants Bush always picked with him and messed with him and the Defendant Wilson, did not do any thing to stop her.

WHEREFORE, The Plaintiff prays that this Honorable COurt will grant this Motion and order the Defendants to produce all of the Complaints, Grievances, Appeals Grievance From filed by him from August 17,2005 until November 17,2008.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, Counsel, by placing it into Ventress Corr.Fac. Mail BOx On February 23,2008.

Courtney Boyd

PAge 1

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.                                                          Case No:2:07-CV-524-MEF

SUSANNE BUSH et.al.,
Defendants

### AFFIDAVIT IN SUPPORT OF MOTION TO OBJECT AND MOTION TO COMPEL

My Name is Courteny Boyd, and I'm over the age of 21 years old and is incarcerated at Ventress Corr.Fac. at P.O.BOX 767 Clayton, Ala, 36016.

I, The Plaintiff, Courtney Boyd, do hereby sworn that this Motion to obect and Motion to compel is a correct and ture. Becuase the Defendants failed to produce the plaintiff all of his Complaints, Greivances, Appeals Grievances From. The Plaintiff only received the ones that the Defendants want to send to the plainitff so that they may try to stop his claim for going through this Honorable Court.

I do hereby sworn that this Affidavit is true and corrected

I do hereby sworn that this Affidavit is true and corrected, Pursuant to 28 U.S.C. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of Perjury that the foregoing is true and corrected. Excuted on February 21,2008.

*[signature]*
Courtney Boyd

Page 2

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Complaints, Grievances, Appeal Grievance List

1. Inmate Grievance Date 7-13-06
2. Inmate Grievance Date 7-29-06
3. Inmate Grievance Date 8-06-06
4. Inmate Grievance Date 10-7-06
5. Inmate Grievance - Date(s)
5. 2-22-07         16. 3-15-07
6. 4-15-07
7. 5-7-07
8. 6-14-07
9. 6-20-07
10. 7-16-07
11. 8-20-07
12. 9-5-07
13. 5-10-06
14. 6-2-06
15. 6-14-06

Complaint(s) Date(s)
1. 5-4-06
2. 3-09-07
3. 8-15-05

Appeal Grievance Date(s)
1. 5-17-06
2. 6-17-06
3. 4-19-07
4. 8-20-07

Page 3