IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on February 26, 2008 (Court Doc. No. 104), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks access to and production of all complaints, grievance forms and grievance appeals filed with Prison Health Services, Inc., from August 1, 2005 until the present date.

2. On or before March 10, 2008, counsel for the medical defendants shall file with the court and furnish to the plaintiff copies of the documents referenced in ¶1 of this order and identified by the plaintiff on page 3 of Court Doc. No. 104 to the extent these documents have not been previously filed in this case. If no such additional documents exist, counsel shall so advise the court.

3. On or before March 10, 2008, the medical defendants shall allow the plaintiff to inspect and/or copy those documents in his institutional medical filed. **The plaintiff is**

**hereby informed that neither prison nor medial personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his mental health records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

    Done this 27th day of February, 2008.

                        /s/ Charles S. Coody  
                        CHARLES S. COODY  
                        CHIEF UNITED STATES MAGISTRATE JUDGE