IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

RECEIVED

Vs.
SUSANNE BUSH, et al.,
Defendants

2008 MAR -3 A 9:45

Case No:2:07-CV-524-MEF

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**MOTION TO SHOW EXHAUSTED OF ADMINISTRATIVE REMEDIES**

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to show this Honorable Court that he has exhausted his administrative remedies. The Plaintiff submit the following insupport of this Motion.

1. The Plaintiff filed a Complaint against the above the Defendants for excessive force and denial of medical help and racial discrimination a violation of the plaintiff 8th and 14th Amendment of United States Constitution.

2. The Plaintiff filed many grievance from against Nurse Bush and not one was answer about her action , and the plaintiff also filed a Appeal Grievance From complaining about Nurse Bush action toward him, and still nothing was done. So the Plaintiff filed this Complaint into this Honorable Court seeking relief. The Plaintiff filed also Grievance from against Doctor Darbouze, and not one thing was done to him, these two defendant was allowed to keep picking at the plaintiff. The Defendant Wilson is over the Defendants Darbouze and Nurse Bush, and these grievance from and appeal grievance from was filed to her, and she did not even answer the answer or even try to help the plaintiff. What she (Ms.Wilson) did do was lie and said that the plaintiff would be seen by Dr.McQueen, which he never did. The CMS who now gave inmate's medical care, said that Dr.McQueen is not apart of the term, so I will not be seen her. See Exhibit A

3. The Plaintiff filed a Complaint with Warden Boyd at Easterling Corr.Fac. even through the ADOC does not have any from of Grievance From, and he never a answer from the Warden Boyd, about what happen to him on 3-23-07 and 6-7-07. See Exhibit B.

4. Title 42 U.S.C.S. 1997 (a) requrie that you only exhauted the administrative remedies availble to him. The ADOC does not have any Grievance From, but the

plaintiff did filed a complaint only to have nothing done. The Plaintiff filed both a Grievance From and Appeal From, and even a Complaint against the Medical Defendants and also did not receive any help form anyone of them. Therefore, The Plainitff has meet the requirement of Title 42 U.S.C.S. 1997(a).

5. The Plaintiff aruges that this Honorable Court was his last availble remedies left, because the Defendants did not answer any of his Complaint or Grievance From or Appeal Grievance. The Plaintiff request that this Matter be set down for a Jury Trial when the time come to have it,

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and set this matter down for a Jury Trial when the time come.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing into Ventress Corr.Fac. Mail Box On:February 27.

Courtney Boyd 208921

Courtney Boyd #208921

# Prison Health Services, Inc.

## Inmate Grievance

NAME: Courtney J. Boyd AIS #: 208921 UNIT: C-1-29A DATE: 3-15-07

**PART A – Inmate Grievance**

I would like to talk with you about your nurse Ms. Bush. every time she see me, she kick her nose up, if she hate me because I'm a black man! This is my 6 complaint against her & you once again fail to do anything about it. Also I seen the Doctor on 3-12-07. None of the nurse took my vital sign and when I seen the Doctor I told him and he said that They don't have to take my vital sign about I be up there very week. I feel that I'm being done wrong because of suit I filed. If you can't deal with this Please give me a Grievance Appeal so I can take my complaint higher. So please call me up to fix this matter. This time don't try to talk with me around everyone. I feel that nurse Bush mv hurt me so more. this problem. I know it hurt to do this to your best friend but it must be done.

INMATE SIGNATURE: Courtney J. Boyd

**PART B – RESPONSE** DATE RECEIVED: 3-16-07

Vital signs are taken on patients as medically indicated. All patients are seen & treated regardless of age, race, etc. K Wilson, RN/HSA

3-20-07

P.H.S. Department Head Signature: K Wilson, RN/HSA

DATE

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

MAR 16 2007

11/03 – Alabama
Revised 5/16/05



Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney Boyd AIS #: 208921 UNIT: B-14 Seg DATE: 4-15-07

PART A—Inmate Grievance

Dear Ms. Ellison, As you know I was seen by the Doctor 4-13-07, well once more I was not given proper medical care, by the nurse or Doctor. I don't even have my vital sign done, and the Doctor would not order me an x-ray, on my back after I told me I was drug my officer, on the same day one of nurse Bush had me wrote up and put into seg. I was cuffed while I was being drug. I take my life very serious, if I have done any thing wrong to any nurse I do ask for givenes from you all. Believe I should not be treated like that, and I don't want to make you all mad and when I need your help you turn me down or I may get the wrong med. cetera, which could kill me. So if I don't ask to you all I ask forgiveness and mercy on my life from you all.

INMATE SIGNATURE: [signature]

PART B—RESPONSE DATE RECEIVED 4-16-07

Mr. Boyd, vital signs are done as medically necessary and indicated. The MD would have ordered an x-ray if medically indicated.

[signature] RN/HSA
P.H.S. Department Head Signature

DATE 4/17/07

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection






Exhibit A

Copy

**Prison Health Services, Inc.**

**Inmate Grievance Appeal**

| Courtney Boyd | 208921 | C-1-4 | 8/20/07 |
|---|---|---|---|
| **NAME** | **AIS #** | **UNIT** | **DATE** |

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same medical problem, which is not well. I have been given a life-long back injury I know you said that DOC must remove the hold off my account, but DOC said you must do it because I can't be charged for the same thing two times. And this is what my bill are for my back injury which happen June 16, 2006. Also what have Dr. McQueen said about me, because I'm on a top bed, and I have fell down two time, so I need me bottom bed and back brace. I will be able to tell you more when you talk with me. Thank you, and please don't look this.

Courtney Boyd
**INMATE SIGNATURE**

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B – RESPONSE** **DATE RECEIVED** 9-2-[illegible]

[illegible]

Courtney Boyd 208921
**Inmate Signature**

8-27-07
**Date**

[illegible]
**Health Services Department Head**

**Date**

**H.S.A. Selection:**

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI | Delay in Health Care Provided | ☐ | ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII | Problems with Medication | ☐ | ☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII | Request to be seen | ☐ | ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX | Request for Off-site Specialty Care | ☐ | ☐ |
| V | Conduct of Healthcare Staff | ☐ | ☐ | X | Other | ☐ | ☐ |

**Committee Review of Data Collection**

11/03 – Alabama
Revised 5/16/05

Exh 8 HA

60535-AL

White-Administration Copy Yellow-Response Copy Pink-Notary Copy

Mr.Courtney Boyd #208921 7-A-29B
200 Wallace Dr.
Clio,Ala, 36017.

Warden Boyd
200 Wallace Dr.
Clio,Ala, 36017.

Date 11-6-07

Re In: Complaint agianst Officer

Dear Warden Boyd,

Greeting, I am writing to you today, because I was drug by your officer on 3-23-07. I wrote the Deputy Warden a request, but I never got any thing back from him. Also I was drug out of my cell while I was in Lock up on the floor, by Sgt. Wright and Officer Bell on 6/7/07. Please allow me to talk with you and I&I, becuase I will like to pass charges. This is my thrid time writing you about this problem. Now I will also like to add that Capt.Knox threaten to beat my ass with his metal stick. While talking to me he had his hand on his stick as if he was about to pull it, because I was asking to talk with Ms.Foster and where was the incident report that was done when I went to C-1 Hot Drom on 10-4-07. ALso Officer Canty and Officer Baldwin, had me to cut myself just to get to see Mental Health, because I told them that I was streessing. So I cut myself to get some mental health help. Now Officer and Capt. Knox are threaten me, and I feel for my life here. Please call me up to talk with me. I talk with Mental Health Ms.Caffie and she send me to Capt. and Lt.Bryant, who would not help me. I can not Sleep because I fear for my life because of what your officer and Mental Health is doing to me. So please help me out.

Courtney Boyd 208921

Courntey Boyd #208921

Exhibit B