IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed on March 3, 2008 (Court Doc. No. 107), the plaintiff seeks to supplement his response to the medical defendants' written report with respect to his exhaustion of administrative remedies. The court therefore construes this document as a motion for leave to file supplemental response. Upon consideration of the motion for leave to file supplemental response, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 5th day of March, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE