**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #208921
 Plaintiff
V.S.                                          Case NO: 2:07-CV-524-MH

Susanne Bush, et al.,
Defendants

## MOTION TO COMPEL

Comes Now, The plaintiff Courtney Boyd, moves into this Honorable Court seeking to have this Honorable Court Compel, The Defendants to follow this Honorable Court (Court Doc. No. 105). The plaintiff Submit the following in support of this Motion:

(1) The Plaintiff was granted his Motion to object to the Defendants Response on Feb 21, 2008. Because he did not forward the plaintiff full Medical Records.

(2) The Defendants Said that the plaintiff need a Court order send to Ms. Burks, at Ventress Corr. Fac. She said that that will be the only way I will look at them.

(3) The plaintiff request that this Honorable Court issue a order for the Defendant's to produce a full Copy of his Medical Records Vol. I to II, So that he will not have this problem anymore.

page 2

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Wherefore, The plaintiff prays that this Honorable Court will grant this motion and order to the Defendants produce the plaintiff a copy of his Medical Records.

## Certificate Of Service

I hereby Certify that I have served a copy of the foregoing upon the Defendants, Counsel, by placing it into Ventress Corr. Fac. Mail Box on March 3, 2008.

Courtney Boyd

Page 2

NAME Courtney Boyd   AIS # 10892   DORM # B-1-15
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



$00.41
MAR 05 2008
MAILED FROM ZIP CODE 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United States Middle District
P.O. Box 711
Montgomery, AL
36101