IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on March 6, 2008 (Court Doc. No. 109), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED as moot to the extent the plaintiff seeks *access* to his medical records as the court previously required production of such medical records for the plaintiff to inspect and/or copy. *Order of February 27, 2008 - Court Doc. No. 105* at 1-2.

2. This motion be and is hereby DENIED to the extent the plaintiff requests that the defendants be required to provide him with copies of those documents contained in both volumes of his medical file. This court previously informed the plaintiff "**that neither prison nor medial personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must

**make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order." *Order of February 27, 2008 - Court Doc. No. 105* at 2 (emphasis in original).

    Done this 7th day of March, 2008.

                       /s/ Charles S. Coody
                       CHARLES S. COODY
                       CHIEF UNITED STATES MAGISTRATE JUDGE