IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD (AIS # 208921),** § § | |
| Plaintiff, § § | Civil Action No.: 2:07-cv-524-MEF |
| vs. § § | |
| **SUSANNE BUSH, et al.,** § § | |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT ORDER DATED FEBRUARY 27, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and respectfully request that this Honorable Court extend the time period these Defendants have to file their response to this Court's order dated February 27, 2008 by fourteen (14) days, up to and including March 24, 2007.  As grounds for this motion, Defendants show to the Court as follows:

1. Prison Health Services, Inc. ("PHS"), employer to these Defendants, no longer contracts with the State of Alabama to provide medical care to inmates.  As a result, counsel needs additional time to secure copies of this inmate's grievances which are no longer maintained at each correctional facility where this inmate has been incarcerated.  Counsel for Defendants has been informed that PHS's records are now maintained out of state.  While counsel believes the majority of grievances responsive to this inmate's request have been produced, additional time is needed to ensure complete compliance.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted this the 10<u>th</u> day of <u>March, 2008</u>.

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

### CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2008, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
VENTRESS CORRECTIONAL FACILITY
PO Box 767
Clayton, AL 36016

*s/ R. Brett Garett*
Of Counsel
