IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
Susanne Bush, et.al
Defendants

RECEIVED

2008 MAR 13 A 10: 54

Case No:2:07-CV-524-MEF

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

MOTION TO COMPEL

Comes Now, The Plainitff, Courtney Boyd, moves into this Honorable Court
Pursuant to Rule 37 Fed.R.Civ.Proce. seeking to have this Honorable Court
to compel the Defendant to allow the plainitff to inspect his medical records
as Order on February 27,2008 (Court Doc. No.105 at 1 &2). The Plaintiff
submit the following:

1. The Plaintiff filed a Motion to compel on March 6,2008, which he was not
asking this Honorable Court to have access to his medical records, but to have
this Honorable Court forward a copy of this Honorable Court order to the
Warden at Ventress and to the Head of Nurse at Ventress, because they both
said that they can not allow the plainitff to inspect his medical records
unless they receive a Court order. Therefore the plainitff was only asking
that this Honorable Court is to forward a copy of the Order entered on
February 27,2008, be forward to Warden at Ventress Corr.Fac. and to the
Head Nurse at Ventress.

2. The Plaintiff request that this Honorable Court will compel the Warden at
Ventress Corr.Fac. and Head Nurse at Ventress Corr.Fac. to allow the plaintiff
to inspect his medical records.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this
Motion and Compel the Warden at Ventress and the Head Nurse At Ventresss
Corr. Fac. to allow the plaintiff to inspect his medical records as order
by thsi Honorable Court on February 27,2008.

### CERTIFICATE OF SERVICE

I hereby ceritfy that I have served a copy of the foregoing upon the Defendants
Counsel, and the Warden At Ventresss and the Head Nurse of Ventress Corr.Fac.
by placing it into Ventress Mail box On:3-11-08

Courtney Boyd #208921

Page 1

NAME *Courtney Boyl* AIS # *203921* DORM # *13/15A*
**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

02 1P    $00.41⁰
0002403830   MAR 12 2008
MAILED FROM ZIP CODE 36016

United STATES MIDDLE DISTRICT

P. O. BOX 711

Montgomery, AL
36101

**"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."**

36101+0711