IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on March 13, 2008 (Court Doc. No. 113), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent the plaintiff seeks access to his prison medical records. It is further

ORDERED that on or before March 28, 2008 correctional/medical personnel at the Ventress Correctional Facility shall allow the plaintiff to inspect and/or copy those documents contained in his institutional medical filed. **The plaintiff is hereby informed that neither prison nor medial personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the

evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.  **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

    The Clerk is DIRECTED to provide a copy of this order and the order entered on February 27, 2008 (Court Doc. No. 105) to the warden of the Ventress Correctional Facility and the head nurse at such facility.

    Done this 14th day of March, 2008.

                                              /s/ Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE