IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD (AIS # 208921), § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SUSANNE BUSH, et al., § <br> § <br> Defendants. | Civil Action No.: 2:07-cv-524-MEF |

### RESPONSE TO COURT ORDER DATED FEBRUARY 27, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D. and show as follows in response to this Honorable Court's Order of February 27, 2008:

1.  On February 27, 2008, this Court entered an Order granting Plaintiff's motion to compel to the extent that it addresses the production of complaints, grievances and grievance appeals filed with Prison Health Services, Inc. ("PHS") from August 1, 2005 through present, as well as a number of complaints, grievances and grievance appeals identified by Plaintiff specifically as follows:

    **Inmate Grievances**: 7-13-06, 7-29-06, 8-06-06, 10-7-06, 2-22-07, 4-15-07, 5-7-07, 6-14-07, 6-20-07, 7-10-07, 8-20-07, 9-5-07, 5-10-06, 6-2-06, 6-14-06.
    **Complaint Dates**: 5-4-06, 3-19-07, 8-15-05
    **Appeal Grievance Dates**: 5-17-06, 6-17-06, 4-19-07, 8-20-07

Each request is addressed, specifically, as follows.

7-13-06 (no record of complaint);

7-29-06 (no record of complaint);

8-06-06  (no record of complaint);

10-7-06  (no record of complaint);

2-22-07  (See attached as Ex. "A");

4-15-07  (previously produced to Plaintiff on October 2, 2007);

5-7-07 (See attached as Ex. "C");

6-14-07  (no record of complaint);

6-20-07  (previously produced to Plaintiff on October 2, 2007);

7-10-07  (no record of complaint);

8-20-07  (previously produced to Plaintiff on October 2, 2007);

9-5-07  (no record of complaint);

5-10-06  (previously produced to Plaintiff on February 19, 2008);

6-2-06  (previously produced to Plaintiff on February 19, 2008);

6-14-06  (previously produced to Plaintiff on February 19, 2008);

5-4-06 (previously produced to Plaintiff on February 19, 2008);

3-19-07 (See attached as Ex. "B");

8-15-05  (no record of complaint);

5-17-06  (no record of complaint);

6-17-06  (no record of complaint);

4-19-07 (previously produced to Plaintiff on October 2, 2007);

8-20-07 (See attached as Ex. "D").

    2.    The following grievances and appeals (which have not been previously produced) are being produced in response to Plaintiff's request for complaints, grievances and grievance appeals from August 1, 2005 through present.

1-19-07, attached hereto as Ex. "E;"

3-15-07, attached hereto as Ex. "F."

    Respectfully submitted this the 24th day of March, 2008.

                                         *s/ R. Brett Garett*
                                         R. BRETT GARRETT (GAR085)
                                         Attorney for Defendants Susanne
                                         Bush, L.P.N., Kay Wilson, R.N.,
                                         H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2008, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
VENTRESS CORRECTIONAL FACILITY
PO Box 767
Clayton, AL 36016

                                         *s/ R. Brett Garrett*
                                         Of Counsel

Prison Health Services, Inc.

## Inmate Grievance

NAME: Courtney Bell   AIS #: 208921   UNIT: C-1-38A   DATE: 2-22-07

**PART A — Inmate Grievance**

I was hoping that you will tell if, is it me or is it a conspiracy, when I have sign up for sick call all the time, but was never called on. Also I was told that they can show me every co-pay I owe here. Please let me know if it with me or is it really a conspiracy against me. Also I came to pill call last night, someone got a pill from nurse Johnson, but when I came to get to her, the nurse said that I did not have no reason to be over there when I had to gotten my pill from the nurse. As of now this is my 1st time I am in C-1, but your nurse will not say they gave me pill at that night. Please tell me about this.

INMATE SIGNATURE: [signature]

**PART B — RESPONSE**   DATE RECEIVED: 2-22-07

Mr. Boyd, the sick call nurse has your sick call & you will be seen at the next sick call. No, I cannot show you your co-pays. I have nothing to do with your account or any one else's. If there is a question about your pill call times, ADOC will notify us concerning this.

K Wilson, RN/HSA
P.H.S. Department Head Signature

DATE: 2-23-07

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection


11/03 — Alabama
Revised 5/16/05


EXHIBIT A

Mr. Courtney Boyd #208921 C-1-29      Date 3-19-07
E.C.F.
200 Wallace Dr.
Clio, AL 36017


Ms. Sharon L. Ormsby (F.B.I.) (334) 263-1691
One Commerce St, ste. 606
Montgomery, AL 36104

RE: Negligence & Discrimination

Dear Ms. Ormsby,

Greeting, I'm writing to you today because I have filed over (1) complaint against nurse Bush for picking at me. I just filed a complaint against her because I feel as if she hate me because I'm black. Well on 3-19-07, I was about to see the Doctor, when she came pass me saying "Hi Courtney Boyd." She went on around to come, and that's when I had someone say "I hate that Black Ass Nigger!" Now I don't know if she said this, but she was the only one, who around the corner. I really think nurse Bush said this. I'm writing you as my counsel because my mother said I should. Because the last time I filed a complaint against her, she had me put into seg. So now I'm writing you, and sending her Boss a copy of this because she may get a officer or another nurse to write me up. So I'm sending her Boss a copy of this letter and I hope she will call me over to talk with me on this matter. Please come to see me on this problem. Thank-you,

Courtney Boyd

"My Last Cry For Help!"

EXHIBIT B

Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney ▓▓▓▓

AIS #: ▓▓▓ 208921

UNIT: ▓▓▓ B-1-11

DATE: ▓▓▓ 5-7-07

**PART A---Inmate Grievance**

Dear Ms. Wilson, As we know I don't to fail go through my medical record, and Sgt. Logan says you are Ms. Johnson said that we all had to talk with our Counsel before I was able to look at them again. As we know I don't stop looking at them until April 26, 2007. So I still need to copy some of these down, so please talk with our Counsel and let me know why don't we all follow the Court order. I'm sending a copy of this to the Hon. Judge, just in case we I know we don't see it, or got to. Also what did Dr. McQueen say about me. I had a Doctor appointment but I don't go believe these Both ask for the officer to take us back. Please let me know what happen.

INMATE SIGNATURE

**PART B – RESPONSE**        DATE RECEIVED  5-8-07

Mr. Boyd, as I explained to you today, I have nothing to do with when you are allowed time to review your records. It is up to DOC when they can arrange it. I was told that you do have to pay ahead of time before you can get copies made.

JKWilson, RN/HSA
P.H.S. Department Head Signature

5-8-07
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

MAY - 8 2007


EXHIBIT C

# Prison Health Services, Inc.

## Inmate Grievance Appeal

NAME: Courtney Boyd    AIS #: 208921    UNIT: C-1-4    DATE: 8/20/07

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same medical problem, which is not well. I have been given a life-long back insert, I know, you said that DOC must remove my hold off my account, but DOC said you must do it, because I can't be charged for the same thing two times. And this is what my bill are for my back insert which happen June 30, 2006. Also what have Dr. McQueen said about me, Because I'm on a TOP Bed, and I have fell down two time, so I need my bottom Bed and back brace. I will be able to tell you more, when you talk with me. Thank-you, and please don't lose this!

INMATE SIGNATURE: Courtney Boyd

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**    DATE RECEIVED: 8-20-07

As per our conversation, I have explained the ADOC co-pay policy in detail to you. Anytime you sign up for medical service you are charged a co-pay by the department of corrections. Due to your complex medical history I am recommending that we do a medical review for you. I will let you know the time and date. We will meet with you, ADOC and PHS and we will discuss all your medical concerns. Let me know if you have any further problems. Thank you.

Inmate Signature: Courtney Boyd 208921    Date: 8-27-07
Health Services Department Head: G. Linscomb RN    Date: 8-27-07

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII   Problems with Medication | ☐ | ☐ |
| III   Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV   Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

EXHIBIT D

AUG 2 0 2007

White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

## Prison Health Services, Inc.

### Inmate Grievance

NAME: Courtney Boyd   AIS #: 208971   UNIT: 7A-77   DATE: 1-18-07

**PART A—Inmate Grievance**

I have wrote you about my co-pay fee from this lamp, but you never sent my Grievance back, so please call me up to talk with you about this matter.

INMATE SIGNATURE

**PART B—RESPONSE**   DATE RECEIVED 1-23-07

Mr. Boyd, you will need to send me your receipts + I will review them + send them back with a response.


P.H.S. Department Head Signature

1-23-07
DATE

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

MAY 23 2007


EXHIBIT E

# Prison Health Services, Inc.

## Inmate Grievance

**NAME:** Timothy J. Boyd  **AIS #:** 208921  **UNIT:** C-1-29A  **DATE:** 3-15-07

**PART A – Inmate Grievance**

I will like to talk with you about one - nurse Ms. Bush, everytime she see me, she kick her door, if the hate me because I'm a Black man, this is my 6 complaint against her, y'all once again failed to do anything about it. Also I seen the Doctor on 3-12-07, none of the nurse took my vital signs, and when I sees the Doctor I told him and he said that they don't have to take my vital signs everytime I be up there, very week I feel that I'm being done wrong because of sue I filed. If y'all can't deal with this please give me a Grievance Appeal so I can take my complaint higher so please call me up to sick call, mother this being done. I like to talk with you around everyone. I feel that nurse Bush my hurt me, maybe this problem. I know it hurt y'all to try to use, been friend, but it must be done.

**INMATE SIGNATURE:** [signature]

**PART B – RESPONSE**  **DATE RECEIVED:** 3-16-07

Vital signs are taken on patients as medically indicated. All patients are seen + treated regardless of age, race, etc. K. Wilson, RN/HSA

3-20-07
**P.H.S. Department Head Signature:** K Wilson, RN/HSA
**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

**EXHIBIT F**

MAR 1 5 2007

11/03 – Alabama
Revised 5/16/05

60534-AL    White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy