IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.

SUSANNE BUSH et.al.,
Defendants

Case No:2:07-524-WKW

RECEIVED
2008 APR 11 A 10: 21

## MOTION TO COMPEL

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have the Defendants for the Medical, to produce the compliants, Grievances, and Appeal Grievances from. The Plaintiff submit the following in support of this motion.

1. The Defendant was order to produce every complaints, Grievances from, and Appeal Grievances from form 8-17-05 until 11-5-07.
2. The Defendants for the Medical Service, counsel filed for a extenstion of time which end on March 24,2008. The Defendants Counsel has yet to produce these documents as order by this Honorable Court. See (Doc. No 105)
3. The Plaintiff request that this Honorable Court produce Ventress Corr.Fac. Legal Mail Log, so that they may see that the Defendants has failed to prodcue the compalints, Grievances from, Appeal Grievances as order by this Honorable Court on Feb.17, 2008.

   WHEREFORE, The Plaintiff prays that this Honorabel COurt will grant this Motion and order that the Defendants Produce the request documents above.

## CERTIFICATE OF SERIVCE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress COrr.Fac. Mail Box On 3-25-08.

_Courtney Boyd_
Plaintiff/ Courtney Boyd #208921

page 1

SCANNED