IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel service of documents filed by the plaintiff on April 11, 2008 (Court Doc. No. 116), and in light of the response to discovery filed by the medical defendants on March 24, 2008 (Court Doc. No. 115), it is

ORDERED that the motion to compel be and is hereby DENIED.[1]

Done this 14th day of April, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff appears to have prepared the motion to compel on March 25, 2008, only one day after the medical defendants' response to discovery was due to be filed. The plaintiff is advised that he should allow appropriate time for the postal system to deliver copies of documents to him before submitting a motion to this court.