IN THE UNITED STATES MIDDLE DISTRCIT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.
SUSANNE BUSH et.al,
Defendants

Case No:2:07-CV-524-MEF

## MOTION TO CORRECT THE RECORD

Comes Now, THe Plaintiff, COurteny Boyd, moves into this Honorable Court seeking to correct the record on the matter above. The Plaintiff submit the following:

1. The Palintiff filed a Motion to Compel on April 11,2008, for the Medical Defendants to produce the discovery reqested for and order by this Honorable Court. ( *Court Doc#116* )

2. This Honorable Court entered an order deniel the plaintiff motion to compel, becausae the Medical Defedants has received them a copy of some answer. Neverthe-less, the Plaintiff never received this Answer filed by the Medical Defendant on March 24,2008.

3. The Plaintiff request that this Honorable COurt order Ventress Corr.Fac. to produce their legal mail docket, so that this Honorable Court will see that the plaintiff did not receive any answer form the Medical Defendant on  March 24,2008.

**WHEREFORE,** THe Plaintiff prays htat this Honorable Court will grant this Motion and order the Medical Defendant to serve a copy of what they served this Honorable Court to the plaintiff.

### CERTIFICATE OF SERVICE

I hereby ceritfy that I have served a copy of the foreoging upon the Medical Defendants and ADOC Counsel, by placing it into Ventress COrr.Fac. Mail Box on : April 16,2008.

Courntey Boyd #208921

PAGE 1

Courtney Boyd
AIS No. 208921
ADOC VENTRESS
Ventress Correctional Facility
P O Box 767
Clayton, AL 36016-0767

DORM # B-1-15

MONTGOMERY AL 361
17 APR 2008 PM 1 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States Middle District Court
P.O. BOX 711
Montgomery, AL, 36101

36101+0711