IN THE UNITED STATES MIDDLE DISTRCIT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.

SUSANNE BUSH et.al.
Defendants.

Case No: 2:07-CV-524-WKW

## MOTION TO COMPEL

Comes Now, The Plainitff, Courtney Boyd, moves into this Honorable Court seeking to have the Defendants for the Medical to comply with the Court Order entered on 4/21/08. The Defendants for the Medical Serivce failed to comply with the Court Order on 4/21/08. This is the Defendants thrid time not compling with this Honorable Court Order. The Plaintiff request that the Defendants to order produce the Docments as order by this Honorable Court. This Honorable Court may produce Ventress COrr.Fac. Legal Mail Sheet, so that this Honorable Court will see that the Defendant for the Medical Service did not comply with the Order entered on 4/21/08. (DOc.No. 118).

**WHEREFORE,** The Plaintiff prays that this Honorable COurt will grant this Motion and order that the Defendant comply with the Court Order, and Sanctions be entered against them for failing to comply with this Honorable Court Order.

## CERTIFICATE OF SERVICE

I hereby ceritfy that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On : 5-8-08.

_Courtney Boyd 20892/_
Courtney Boyd #208921

PAGE 1

NAME Courtney Boyd AIS # 208921 DORM # H-1-19
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

$00.42
0002403830 MAY 14 2008
MAILED FROM ZIP CODE 36016

United STATES MIDDLE DISTRICT
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."