IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.
Dr.Darbouze et.al.,
Suanne Bush et.al.,
SHAMEKA Foster et.al.,
Defendants

Case No:2:06-CV-511-WKW-___
Case No:2:07-CV-524-WKW
Case No:2:07-CV-961-CSC

## NOTICE OF THE CHANGE OF ADDRESS

Comes Now, The Plaintiff, Courtney Boyd, movers into this Honorable Court seeking to give his notice of his change of address from Ventress Corr.Fac. P.O.BOX 767, Clayton, Al, 36016, To his new Address of Bullock Co.Corr.Fac. P.O. BOX 5107, Union Spring, Alabama, 36089. Please forward a copy of all of the Plaintiff Mail to his new Addess.

The Plaintiff request that this Honorable Court will forward a copy of the following change of Address to the Defendants in each case, so that they will not be able to say thsat they did not receive this Notice for the change of Address.

**WHEREFORE,** The Plainitff prays that this Honorable Court will grnat this Motion and forward a copy of the foregoing change of Address to each Defendants listed above.

## CERTIFICATE OF ISERIVCE

I hereby certifyb that I have servbed a copy ofthe foreoging Upon the United States Middle Distirct, by placing it into Bullock Co.Corr.Fac. Mail Box On May ,27,2008.

_Courtney Boyd_ (signature)
Courtney Boyd

PAGE 1

Cartney Boyd #208921 I-1-34A

BULLOCK CORRECTION FACILITY
P. O. BOX 5107
UNION SPRINGS, AL  36089-5107



United States MIDDLE District
P.O. Box 711
Montgomery, AL,
36101

**LEGAL MAIL**

36101+0711