**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
  Plaintiff
V.S.                                    Case No: 2:07-CV-524-MEF
Susanne Bush, et. Al.
  Defendants

## MOTION TO COMPEL

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court Seeking to have the Defendants to Comply with this Honorable Court order entered on 4/21/08 (Doc. No. ___). The plaintiff request that Sanctions be entered against them for failing to Comply with this Honorable Court. The Plaintiff Submit the following:

1. The Defendants for the Medical, has been order three times to Comply with this Court order, but have failed to do so. The plaintiff need these documents to help prove his Claim in this Court.

2. The Plaintiff this Sanctions pursuant to Rule 37 (b)(2), The Failure TO Comply with order. The Defendant was due on to answer this order and produce the Documents request of by the plaintiff. But they have failed to Comply.

Wherefore, The plaintiff prays that this Honorable Court will grant this Motion and sanction the Defendants for failing to Comply with this Honorable Court order entered on 4-21-08.

                                    Courtney Boyd

## Certificate of Service

I hereby Certify that I have Served a Copy of the foregoing upon the Defendants, by Placing it into Bullock Co. Corr. Fac. Mail Box on 5-27-08.

                                    Courtney Boyd