**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 2, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Boyd v. Bush et al

Case Number:   2:07cv00524-MEF

Referenced Pleading:   Notice of Change of Address

Docket Entry Number:   123

**The referenced pleading was filed on \*\*\*May 29, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry due to a clerical error.**

**Docket Entry 123 was an erroneous duplicate docket entry.   Parties are instructed to disregard #123 docketing entry and refer to docket entry # 122.**