IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 29, 2008 (Court Doc. No. 124), in which the plaintiff requests that the medical defendants be required to provide him a copy of their response filed on March 24, 2008 (Court Doc. No. 115) as directed by the order entered on April 21, 2008 (Court Doc. No. 119), and for good cause, it is

ORDERED that the motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before June 9, 2008 the medical defendants shall provide the plaintiff with a copy of their March 24, 2008 response and attached exhibits. The defendants shall file a notice to the court advising that they have acted in compliance with this order.

Done this 2nd day of June, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE