IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) | |
| SUSANNE BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the document filed by the plaintiff on May 29, 2008 (Court Doc. No. 124), which the court construes to contain a motion for sanctions, and for good cause, it is

ORDERED that on or before June 9, 2008 counsel for the medical defendants shall show cause why sanctions should not be imposed for the medical defendants failure to provide the plaintiff with a copy of their response filed on March 24, 2008 (Court Doc. No. 115) in compliance with the directives of the order entered on April 21, 2008 (Court Doc. No. 119).

Done this 2nd day of June, 2008.

       /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE