**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD (AIS # 208921),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.: 2:07-cv-524-MEF** |
| **v.** | § | |
| | § | |
| **SUSANNE BUSH, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>**

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D. and respond to this Honorable Court's order to show cause dated June 2, 2008 as follows.

1.       On March 24, 2008, the Defendants filed a response to this Court's order dated February 27, 2008 (<u>See</u> Doc. 115).  Said response was electronically filed, and a copy was mailed to Plaintiff at Ventress Correctional Facility where he was incarcerated at that time.  (<u>See</u> Affidavit of Kristi Lee, attached hereto as Ex. "A").

2.       On April 21, 2008, the Court entered an order (Doc. 119) directing the Defendants to provide Plaintiff a copy of the Defendants' March 24, 2008 response.  In response to said order, Defendants mailed Plaintiff a second copy of their response.  (<u>Id</u>.)

3.       On June 2, 2008, the Defendants received this Court's order (Doc. 126) directing them to again provide Plaintiff a copy of the Defendants' response dated March 24, 2008.  In response to this order, Defendants mailed a third copy of their response to Plaintiff at Bullock County Correctional Facility, where he is now incarcerated.  Defendants also electronically filed

a notice with this Court stating that they have acted in compliance with this Court's orders. (Id.;

See also Doc. 128).

4.    Plaintiff has been transferred twice during the pendency of this litigation.  It is

these Defendants' opinion that due to Plaintiff's frequent transfers between correctional

facilities, he is not receiving mail due to internal processing issues beyond the control of the

Defendants or, in the alternative, that Plaintiff's motions to this Court claiming not to have

received Defendant's March 24, 2008 response are being filed as a means of harassment.  The

Defendants have acted in compliance with each order issued by this Court.

Respectfully submitted this the 6th day of June, 2008.


s/ R. Brett Garrett
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne Bush,
L.P.N., Kay Wilson, R.N., H.S.A. and Jean
Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, a copy of the above and foregoing has been served
by U.S. Mail to:

Courtney Boyd (AIS # 208921)
BULLOCK COUNTY CORRECTIONAL FACILITY
PO Box 5107
Union Springs, AL 36089


s/ R. Brett Garrett
Of Counsel

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD (AIS # 208921), | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.: 2:07-cv-524-MEF |
| v. | § | |
| | § | |
| SUSANNE BUSH, et al., | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF KRISTI M. LEE

BEFORE ME, Angela Watson , a notary public in and for said County

and State, personally appeared **KRISTI M. LEE.**, and being duly sworn, deposed and says on

oath that the averments contained in the foregoing are true to the best of her ability, information,

knowledge and belief, as follows:

"My name is Kristi M. Lee.  I am over the age of twenty-one (21) and am personally

familiar with all the facts set forth in this Affidavit.  I am Legal Assistant to R. Brett Garrett,

Esq., counsel for the defendants in the above-styled matter.

On March 24, 2008, I mailed Plaintiff a copy of Defendants' response to court order

(Doc. 115) after electronically filing same with the Court.  On April 21, 2008, in response to this

Court's order (Doc. 119), I mailed a second copy of Defendants' response to Plaintiff.  On June

2, 2008, in response to this Court's order (Doc. 126), I mailed a third copy of Defendants'

response to Plaintiff and also electronically filed a notice with the Court stating that we have

acted in compliance with this Court's orders."

Further affiant sayeth not.



**KRISTI M. LEE**

STATE OF ALABAMA                )

                                )

COUNTY OF Montgomery )

Sworn to and subscribed before me on this the 6ᵗʰ day of June ___, 2008.

Notary Public
My Commission Expires:
07/15/08

2