**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES MIDDLE DISTRICT
OF ALABAMA

Courtney Boyd #208921
Plaintiff
vs.

Case NO: 2:07-CV-524-MEF

SuSannie Bush et. Al,
Defendants

## NOTICE TO THE COURT

Comes Now, The plaintiff Courtney Boyd, moves into this Honorable Court seeking to give notice to this Honorable Court that the Defendants for medical, has failed to serve the plaintiff with a copy of his Answer, as to why they failed to comply with the Court order, See (Doc. No. 124 & 127). The plaintiff request that Bullock Corr. Fac. legal Mail be produce, so that this Honorable Court will Know that the plaintiff has not received anything from the Defendants for medical.

Wherefore, the plaintiff prays that this Honorable Court will grant this motion and enter sanctions.

Courtney Boyd
Courtney Boyd

## Certificate Of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Bullock Co. Corr. Fac. Mail Box 6-12-08

Courtney Boyd
Courtney Boyd

Page 2

Courtney Boyd #208921 I-1-34A
Bullock Corr. Fac.
P.O. Box 5107
Union Spring, AL,
36089

MONTGOMERY AL 361
12 JUN 2008 PM 4 L

United States Middle District
P.O. Box 711
Montgomery, AL,
36101

**LEGAL MAIL**

36101+0711