IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the notice filed by the plaintiff on June 13, 2008 (Court Doc. No. 132), and for good cause, it is

ORDERED that on or before June 20, 2008 counsel for the medical defendants shall provide the plaintiff a copy of the response filed on June 6, 2008 (Court Doc. No. 129).

Done this 13th day of June, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE