# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD (AIS # 208921),** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No.: 2:07-cv-524-MEF** |
| vs. § | |
| § | |
| **SUSANNE BUSH, et al.,** § | |
| § | |
| **Defendants.** § | |

## RESPONSE TO COURT ORDER DATED JUNE 13, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D. and hereby notify the Court that these Defendants have on this date mailed a second copy of their response filed June 6, 2008 to Plaintiff.

Respectfully submitted this the 13th day of <u>June, 2008</u>.

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

<u>Of Counsel:</u>
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2008, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
BULLOCK COUNTY CORRECTIONAL FACILITY
PO Box 5107
Union Springs, AL 36089

                                        *s/ R. Brett Garrett*
                                        Of Counsel