IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.

SUSANNE BUSH et.al,
Defendants.

RECEIVED
2008 JUN 27 A 10: 40
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No:2:07-CV_524-MEF

**MOTION TO OBJECT TO THE DEFENDANTS**
**ANSWER AND REPONSE TO THE COURT ORDER**

Comes Now, The Plaintiff, Courntey Boyd, moves into this Honorable Court objecting to the Defendants Answer and Response filed into thisHonorable Court: The Plaintiff submit the following insupport of this Motion:

1. The Plaintiff filed a Motion for Discovery, which this Honorable Court granted , and order that the Defendants for Medical produce the plaintiff a copy of every Compalint, Grievances, Appeal Grievance. The Defendant filed a Answer on June 2,2008, after This Honorable Court had entered a order for them to shown why they have failed to comply with the two previously order.

2. The Defendant for Medical then after this Honorable Court entered an order for them to show cause why they have failed to comply with the court order. The Defendant did not produce their answer to the March 24,2008, Court order until June 2,2008. (Doc.115).

3. The Defendant did not produce any document, but claimed that there was no record of them. However as this Honorable Court can see from Exhibit A, which the plaintiff is producing, is a copy of the Grievances From filed 7-13-06, that the Defendants claim that they have no record of.

Page 1

4. The Defendant even claim that they have produce some of this document, but the Plaintiff do not have them, because the Defendant did not produce them. This was just a way to try to get around that sanctions, becuase these documents was not produce until June 2,2008.

5. The Plainitff request that this Honorable Court will order Ventress Corr. Fac. to produce a copy of their Legal Mail Docket , so that this Honorable Court will see for itself that the Defendant never served the plaintiff with any Legal Mail on March 24,2008, and April 21,2008.

6. This Honorable Court should recall it judgment and enter sanctions against the Defendants for failing to comply with this Honorable Court order entered On March 24,2008 and April 21,2008. Because if a prison is transfere d then his Legal Mail is transfered to him.

   WHEREFORE, The Plaintiff prays that this Honorable Court will grant this Motion and recall it judgment and enter sanctions against the Defendant.

## CERTIFICATE OF SERIVCE

I hereby certify that I have served a copy of the foreoging upon the Defendants Counsel, by plaing it into Bullock Corr.Fac. Mail Box on: June 16,2008.

*Courtney Boyd* #208921
Courntey Boyd  #208921

Page 2

Courtney Boyd #208921 I-1-34A
P.O. Box 5107
Union Springs, AL 36089



02 1M
0004219410    $ 00.59⁰
              JUN 25 2008
MAILED FROM ZIP CODE 36089

United States Middle District
P.O. Box 711
Montgomery, AL
36101

**LEGAL MAIL**

36101+0711

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                             Case No:2:07-CV_524_MEF

SUSANNE BUSH et.,Al.
Defendants

### AFFIDAVIT OF COURTNEY BOYD

Before Me, Courtney Boyd, personally appeared, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

My name is Courntey Boyd. I am over the age of Twenty-One (21) and an personally familiar with all the facts set forth in this Affdavit. I am a Pro/Se Inmate in the above matter.

ON March 24, 2008, I did not receive any Legal Mail form the Defendants Counsel, nor did I receive any Legal Mail on April 21,2008, from the Defendants Counsel. I did not receive any Legal Mail from the Defendants COunsel until June 2,2008, after this Honorable Court had entered the sanctions order. The Defendants Counsel even filed a Extention of Time on this Honorable COurt order. The Defendants did not serve the plaintiff any documents until June 2,2008. The Affidavit filed by the Clerk is only bare-bone, becuase there is no proof that that she mail any Legal mail off on March 24,2008 or April 21,2008.

PAGE 1

The plaintiff did not receive but only one copy of these documents from the Defendants Counsel. This Honorable Court should order Ventress COrr. Fac. to produce their Legal Mail Docket for the Months of March and APril, May, 2008. I hereby ceritfy that the foregoing is ture and corrected to the best of my knowledge.

Pursuant to U.S.C. 1746, I, Courntey Boyd, do heeby sign under the Penaly of perjury that the foregoing is true and corrected. Done on June 16, 2008.

_Courtney Boyd_

PAGE 2

## Prison Health Services, Inc.
### Inmate Grievance

| NAME | AIS # | UNIT | DATE |
|---|---|---|---|
| COURTNEY BOYD | 208921 | 6B-28 | 7-13-06 |

**PART A—Inmate Grievance** Dear Ms. Wilson, as you know, I was given parole discharge plan paper. Well I later found out that it was an misup in the paper work, however I did not think it was very professionally for nurse Bush to be making fun of how I talk. However what I did not understand is why did you not stop her, when she was doing this right in front of you. This is my second time having problems with her. I asking you to please make her stop picking at me for no reason at all. Also I will like to get my parole discharge paper back, Lt. Lee said that it was given back to

**INMATE SIGNATURE**

**PART B – RESPONSE**            **DATE RECEIVED** _____

**P.H.S. Department Head Signature**

**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05



you. So I will have to talk with you about it. Oh why did you tell the officer that I was in an unauthorize place when I was just trying to find out what was the big problem with me having this parole discharge paper. Ms. Wilson, you keep telling the officer that I was in an unauthorize place so that he can lock me up. I know you told me not to write you another grievance or complaint from, but I need to see what is going on and to see if I can get that parole discharge paper back, because I signed for it.

Courteny Boyd #208921 6B-28