IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO. 2:07-CV-524-MEF
    )
SUSANNE BUSH, et al.,    )
    )
    Defendants.    )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 27, 2008 (Court Doc. No. 135), which the court construes to contain a motion for production of inmate mail log, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of June, 2008.

_____/s/ Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE