IN THE UNITED STATES MIDDLE DISTRICT OF A:LABAMA

RECEIVED
2008 JUL -2 A 10:10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Courtney Boyd #208921
Plaintiff

Vs.                                       Case No:2:07-524-MEF

Susanne Bush et.al,                       Case No:2:07-CV-961-CSC

Shemeka Foster et.al.

Defendants

## MOTION FOR CLASSIFICATION ON MOTION FOR DISCOVERY AND INTERROGATIES

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have classification on when can and will he be allowed to file for Discovery and Interrogatories on the above cases. The Plaintiff submit the following insupport of this Motion:

1. The Plaintiff has filed for Discovery's and Interrogatories on both case's only to have them denial. See Doc 79, for Boyd vs.Foster). The Plaintiff is a bit confuse about how he should go about getting this information, that is need so badly for his case against these defendants.

2. The Plaintiff request that this Honorable Court will issue him an order letting him know when he can file for Discovery and Interrogatories, becuase the Federal Rule Civil Procdure Rule 26. and 33 are giving him the wrong answer on how to receive this information.

3. With all do respect to this Honorable Court and Judge, What does Rule 26.(a)(1) Means when it says " Except in categories of proceedings spefified in Rule 26(a)(1)(E), or to the extent otherwise stipulated or directed by order, a party must without awaiting a discovery request, provide to other parties: Rule 26.(a)(1)(A)&(B)&(C).

4. The Same is for Rule 33 Fed.R.Civ.Proc. what do it means when it says " Without leave of court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number inculding all discrete subparts, to be answered by the party served .

5. With all do respect for this Honorable Court and Judge, What does these Rule means, and when can I filed for Discovery and Interrogatories against the above party.

PAGE 1

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grnat this Motion and classifiy what Rule 26. and Rule 33 means.

*Courtney Boyd*
Courtney Boyd

CERTIFICATE OF SERIVCE

I hereby certify that I have sever a copy of the foregoing upon the Defendant by placing it into Bullock Corr.Fac. Mail Box On 6-20-08.

*Courtney Boyd*
Courtney Boyd

PACE 2

Courtney Boyd #208921 I-1-34
B.C.C.F.
P.O. Box 5107
Union Spring, AL,
36089

United STATES MIDDLE Dist
OF ALABAMA
P.O. Box 711
Montgomery, AL,
36101

LEGAL MAIL

USPS postage $00.42 JUL 01 2008, MAILED FROM ZIP CODE 36089