IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 2, 2008 (Court Doc. No. 139), which the court construes as a motion for clarification of discovery matters, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed by this order and DENIED in all other respects. The plaintiff is advised that he may request discovery in accordance with the provisions of the Federal Rules of Civil Procedure. However, this court, pursuant to the directives of such rules, will not require that the defendants provide information which is either (i) cumulative or duplicative in nature to information provided in the special report(s) and supporting evidentiary materials, and/or (ii) irrelevant to a determination of the constitutional issues before this court.

Done this 2nd day of July, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE