**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **COURTNEY BOYD (AIS # 208921),** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No.: 2:07-cv-524-MEF** |
| vs. § | |
| § | |
| **SUSANNE BUSH, et al.,** § | |
| § | |
| **Defendants.** § | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT
ORDER DATED JUNE 30, 2008**

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and respectfully request that this Honorable Court extend the time period these Defendants have to file their response to this Court's order dated June 30, 2008 (Doc. 138), by seven (7) days, up to and including July 17, 2008. As grounds for this motion, Defendants show to the Court as follows:

1. Due to unavoidable scheduling conflicts, counsel for Defendants needs additional time to respond to this Court's Order.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted this the 10th day of July, 2008.

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

2

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com


**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
BULLOCK COUNTY CORRECTIONAL FACILITY
PO Box 5107
Union Springs, AL 36089


                                                          *s/ R. Brett Garrett*
                                                          Of Counsel