**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **COURTNEY BOYD (AIS # 208921),** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No.: 2:07-cv-524-MEF** |
| vs. § | |
| § | |
| **SUSANNE BUSH, et al.,** § | |
| § | |
| **Defendants.** § | |

**RESPONSE TO COURT ORDER DATED JUNE 30, 2008**

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and offer the following in response to this Court's order dated June 30, 2008 (Doc. 138) and in support thereof show as follows:

1. On June 27, 2008, Plaintiff filed a motion with the Court indicating, in part, that the Defendants did not produce a copy of a grievance form dated July 13, 2006.

2. Defendants have reviewed their file and do not have a copy of the grievance dated June 13, 2006.

Respectfully submitted this the 17th day of July, 2008.

s/ R. Brett Garett
R. BRETT GARRETT (GAR085)
Attorney for Defendants Susanne
Bush, L.P.N., Kay Wilson, R.N.,
H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>July 17, 2008</u>, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
BULLOCK COUNTY CORRECTIONAL FACILITY
PO Box 5107
Union Springs, AL 36089

                                       *s/ R. Brett Garrett*
                                       Of Counsel