IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd # 208921
Plaintiff

Vs.

Susanne Bush et.al.,
Defendants.

CaseNO:2:07-524-WKW CV

motion to object to the defendant repose

## MOTION TO OBJECT TO THE DEFENDANT RESPONSE

Comes Now, THe Plaintiff, Courtney Boyd, moves into this Honorable Court objecting to the Defendant Response filed July 2,2008. The Plaintiff submit the following :

1. The Defendants for Medical answer and said that they did not the Grievance from dates July 13,2006. However see Boyd vs.Dr,Darbouze Case No:2:06-CV-511-WKW, which have a copy of this Grievance from listed as Exhibit____. The Defendant Wilson answer this Grievance From. Therefore it should be a copy of one on their file.

2. The Plaintiff request that they be compel to comply with this Honorable Court order entered on June 30,2008.

WHEREFORE, The Plaintiff prays that this Honorable Court Will grant his Motion and compel the Defendant to comply with the June 30 Court Order .

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foreoging upon the Defendants Counsel, by placing it into Bullock Corr. Fac. Mail Box on July 24,2008.

Courtney Boyd # 208921

PAGE 1

Courtney Boyd #208921 I-1-34A
B.C.C.F.
P.O. Box 5107
Union Springs, AL
36089

MONTGOMERY AL 361
29 JUL 2008 PM 2 T

United States Middle District
P.O. Box 711
Montgomery, AL
36101

LEGAL MAIL

36101+0711