IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.

Susanne Bush et.al,
Defendants

Case No:2:07-CV-524-WKW

### MOTION FOR DISCOVERY REQUEST

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have the Defendants produce the following : Which is needed to prove his claim. The Plaintiff submit the following:

1. ADOC Defendants to produce their Admin. Reg. # 204, 206, 207,208, 213,217,220,227. This include all of the Annex From to each One.

2. ADOC to Produce their Segregation duty Long for the Month of March 19,23,24,25,26, 2007. This is for Segregation only.

3. The Medical Defendants to produce a copy of their certifed copy of their Medical Licence. The Palintiff request the actual copy of these documents.

4. The Discovery request that the palintiff is requesting for is needed to prove his claims, and these document have not been produce by any Defendnat as of yet.

WHEREFORE, The Plaintiff, prays that this Honorable Court will grnat this Motion and order that the Defendant produce these documents within (14) days of this receiving this Motion:

### CERTIFICATE OF SERIVCE

_ I hereby ceritfy that I have serve a copy of the foregoing upon the Defendants Counsel, by placing it into Bullock COrr. Fac,. Mail On : July 24,2008.

_____
Courtney Boyd



Courtney Boyd # 208921  I-1-34A
B.C.C.F.
P.O. Box 5107
Union Springs, AL, 36089

United States Middle District
P.O. Box 711
Montgomery, AL, 36101

LEGAL MAIL

USA FIRST-CLASS FOREVER
28 JUL 2008 PM 3 T
MONTGOMERY AL 361