IN THE UNITED STATES MIDDLE DISTRCIT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.    Case No:2:07-CV-524-MEF
SUSANNE BUSH et.al.,
Defendants

RECEIVED 2008 JUL 29 A 10:16

## MOTION FOR INTERROGATORIES PURSAUNT TO FED.R.CIV.PROC. RULE 33

Comes Now, The Plaintiff Courtney Boyd, moves into this Honorable Court pursuant to FED.R.CIV.PROC. RULE 33 requesting that the above Defendants for ADOC answer these question within (14) days of receving them: The Plaintiff submit the following:

### QUESTION

1. List your full name?
2. List your date of Birth?
3. How long have live in Alabama?
4. Due you have any children, if so list their age and names?
5. Are you married, if so please lidsed how long?
6. Do all A.D.O.C. Employee, must take an polygrahp testing, when ever an inmate file an serious complaint or allege a serious complaint against them under Admin. Reg.#204? Prodcue a full and clear copy of Admin.Reg.#204.
7. Capt.Sconyers How did you determine that my Complaint against nurse Bush was a false statement, when I said, she said I hate that Black Ass Nigger?
8. Sgt.Scott did I ever Speak or Write to you that I was going to cause you bodily harm?
9. Sgt.Logan did you drug the plaintiff while he was cuffed behined his back and pass out on the concrete ground?
10. Lt.Lee Did you not place the plaintiff under investgation for Violation of Rule violation #66 and 44 against Sgt.Scott? Did Sgt.Logan drug the plaintiff while he was down on the ground curred and pass out? Did you have to make him Stop?
11. Officer A.Williams Did Sgt.Logan Drug the plaintiff while he was cuffed and pass out on the gound?
12. Officer Mr.M.Jordan did the plaintiff not report to you on 3-23-24-25-26, that his lower back and lower body had want out?and he could not move? Did you not report to him that you called the HCU, and the nurse said for the plaintiff to sign up for sick call?

Page1

13. Officer Dansbay did I not report to you on March 23,24,25,26,2007, that my lower back and lower body had want out and he could not move? Did you not report to him that you called the HCU, and nurse said for the plaintiff to sign up for sick call?

14. Lt.Lawson, Did you not see me on the floor on 6-7-07, in the cubible wall way? DId you see the plaintiff leave the SEG. and go to the HCU for an Body chart?

15. Sgt.Wright did you not drug the plaintiff from cell 11 into the wall way from of the cubible?

16. Officer Bell did Sgt.Wright not make you drug me out in front of the wall way by the cubible?

17. Officer L.McClain was you working in B-Dorm cubible on 6-7-07? Did you see Sgt.Wright drug me down the floor into the wall way in front of the cubible? Did you see hhe plaintiff leave B-Dorm to the HCU for an Body Chart or did he placed into a wheelchair and taken back to his cell?

**WHEREFORE,** The Plaintiff prays that this Honorable Court praysthat thhe Defendants will answer these question within (10) days of receviing them.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of thh forgoing upon the Defendants Counsel, by placing it into Bullock Corr.Fac. Mail Box On : July 24, 2008,

Courtney Boyd/Plaintiff #208921

Page 2]

Courtney Boyd #208921 I-1-34A
B.C.C.F.
P.O. Box 5107
Union Springs, AL
36089

MONTGOMERY AL 361
28 JUL 2008 PM 2 T



United States Middle District
P.O. Box 711
Montgomery, AL
36101

**LEGAL MAIL**

36101+0711