IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the document filed by the plaintiff on July 29, 2008 (Court Doc. No. 144), which the court construes as a motion to compel production of the July 13, 2006 medical grievance filed by the plaintiff, and as the plaintiff asserts this document is before the court as an exhibit -- Court Doc. No. 35-3 at 1-2 -- in *Boyd v. Darbouze, et al.*, Case No. 2:06-CV-5111-WKW-CSC (M.D. Ala. 2008), it is

ORDERED that the instant motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before August 18, 2008 the medical defendants shall file a copy of the aforementioned grievance.

Done this 29th day of July, 2008.

          /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE