IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-524-MEF |
| | ) |
| SUSANNE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon thorough consideration of the motion for discovery and motion for interrogatories filed by the plaintiff on July 29, 2008 (Court Doc. No. 145 and Court Doc. No. 146), and for good cause, it is

ORDERED that these motions be and are hereby DENIED as the plaintiff seeks production of documents/answer to interrogatories which (i) are cumulative or duplicative in nature to information provided in the special report(s), and/or (ii) are irrelevant to a determination of the constitutional issues before this court.

Done this 29th day of July, 2008.

                    /s/ Charles S. Coody
                    CHARLES S. COODY
                    UNITED STATES MAGISTRATE JUDGE