**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Mr. Cartney Boyd #208921 A-239A
Darper Corr. Fac.
P.O. Box 1107
Elmore, AL, 36025
Aug. 4, 2008

Boyd vs. Foster
Case 2:07-CV-961-CSC
2:07-CV-524 MEF
Boyd vs. Bush

## NOTICE OF CHANGE OF ADDRESS

The plaintiff is no longer at Bullock Corr. Fac., but is at Darper Corr. Fac., so please forward all mail to the plaintiff new address.

Wherefore, The plaintiff prays that this Honorable Court will grant this Motion.

### Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel by placing it into Darper Corr. Fac. Mail box on 8-4-08

Cartney Boyd