**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **COURTNEY BOYD (AIS # 208921),** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No.: 2:07-cv-524-MEF** |
| vs. § | |
| § | |
| **SUSANNE BUSH, et al.,** § | |
| § | |
| **Defendants.** § | |

## RESPONSE TO COURT ORDER DATED JULY 29, 2008

COME NOW Defendants, Susanne Bush, L.P.N., Kay Wilson, R.N., H.S.A., and Jean Darbouze, M.D., and offer the following in response to this Court's order dated July 29, 2008 (Doc. 147) and in support thereof show as follows:

1. Defendants have attached a copy of the requested grievance dated July 13, 2006 which was attached to Plaintiff's filing of September 9, 2006 as Doc. 35-3 in case number 2:06-cv-511-WKW-CSC. Said grievance is attached hereto as Ex. "A."

Respectfully submitted this the 18th day of August, 2008.

                                                *s/ R. Brett Garett*
                                                R. BRETT GARRETT (GAR085)
                                                Attorney for Defendants Susanne
                                                Bush, L.P.N., Kay Wilson, R.N.,
                                                H.S.A. and Jean Darbouze, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>August 18, 2008</u>, a copy of the above and foregoing has been served by U.S. Mail to:

Courtney Boyd (AIS # 208921)
DRAPER CORRECTIONAL FACILITY
PO Box 1107
Elmore, AL 36025

                                                             *s/ R. Brett Garrett*
                                                             Of Counsel

Prison Health Services, Inc.
Inmate Grievance

*Return To →*

| COURTNEY BOYD | 208921 | 6B-28 | 7-13-06 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A---Inmate Grievance** Dear Ms. Wilson, as you know, I was given parole discharge plan paper. Well I later found out that it was an misup in the paper work, however I did not think it was very professionally for nurse Bush to be making fun of how I talk. However what I did not understand is why did you not stop her, when she was doing this right in front of you. This is my second time having problems with her. I asking you to please make her stop picking at me for no reason at all. Also I will like to get my parole discharge paper back, Lt. Lee said that it was given back to

**INMATE SIGNATURE**

**PART B –RESPONSE**   DATE RECEIVED 7-13-06

Mr. Boyd, I do not have your discharge paper. You informed me that you gave it to your attorney. I did not tell you not to write me another request, complaint, or grievance. Only if it was concerning your back brace, because you have written numerous times concerning this & each time I have explained that only the MD can order you to have a brace.

K Wilson, RN/HSA
**P.H.S. Department Head Signature**

7-13-06
**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ■ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ■ | ☐ | X Other | ■ | ☐ |

Committee Review of Data Collection

*Exhibit B*

11/03 – Alabama
Revised 5/16/05

JUL 13 2006



you. So I will have to talk with you about it. Oh why did you tell the officer that I was in an unauthorize place when I was just trying to find out what was the big problem with me having this parole discharge paper. Ms. Wilson, you keep telling the officer that I was in an unauthorize place so that he can lock me up. I know you told me not to write you another grievance or complaint from, but I need to see what is going on and to see if I can get that parole discharge paper back, because I signed for it.

Courteny Boyd #208921 6B-28