IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921,       ) | |
|                                            ) | |
|     Plaintiff,                  ) | |
| v.                                          ) | CASE NO. 2:07-cv-0524-MEF |
|                                            ) | |
| SUSANNE BUSH, *et al.*,      ) | |
|                                            ) | |
|     Defendants.           ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. #205) filed on July 15, 2011 and the amended objections (Doc. # 209) filed on July 22, 2011 are overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #204) entered on July 11, 2011 is adopted;

(3) The defendants' motions for summary judgment (Doc. #33, #40, #51, #60, #185 & #189) are GRANTED.

(4) All claims pursuant to federal law are DISMISSED with prejudice, but the Court declines supplemental jurisdiction over state law claims which are DISMISSED without prejudice.

(5) The costs of this proceeding are taxed against the plaintiff.

DONE this the 14th day of September, 2011.

                                              /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE